# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT UNDER RULE 7.1

Defendant, Sysco Food Services of Central Alabama, Inc. identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock:  Sysco Corporation.

s/Arnold W. Umbach III
Arnold W. Umbach III
ASB-1932-M66A
Attorney for Defendant, Sysco Food
Services of Central Alabama, Inc.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, Alabama  35259-8512
(205) 868-6000
(205) 868-6099 Facsimile
tumbach@starneslaw.com

{B0535454}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Davis L. Middlemas, Esq.
>SOUTHLAW, P.C.
>3120 AmSouth/Harbert Plaza
>1901 6th Avenue North
>Birmingham, Alabama  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

>s/Arnold W. Umbach III
>Arnold W. Umbach III
>ASB-1932-M66A
>Attorney for Defendant, Sysco Food
>Services of Central Alabama, Inc.
>STARNES & ATCHISON LLP
>100 Brookwood Place, 7th Floor
>P. O. Box 598512
>Birmingham, Alabama  35259-8512
>(205) 868-6000
>(205) 868-6099 Facsimile
>tumbach@starneslaw.com

{B0535454}                                                          2