# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO COMPEL

Defendant Sysco Food Services of Central Alabama, Inc. ("Sysco") respectfully moves this Court to enter an order compelling Plaintiff Frank Fischer ("Fischer") to provide initial disclosures and responses to discovery. As grounds for this motion, Sysco states as follows:

1.　On December 13, 2005, counsel for Fischer and Sysco met pursuant to Local Rule 26(a)(1) for a planning meeting. By the terms of that agreement, pre-discovery disclosures were to be exchanged by January 27, 2006. (Attached hereto as Exhibit 1).

2.　As of the date of the filing of this motion, no pre-discovery disclosures have been provided to Sysco.

{B0573773}

3. On December 21, 2005, Sysco served discovery Requests in the form of interrogatories and requests for production of documents on Fischer. (Attached hereto as Exhibits 2 and 3).

4. As of the date of the filing of this motion, no discovery responses have been provided to Sysco.

5. On January 27, 2006, counsel for Sysco endeavored to resolve the subject of this discovery motion through correspondence. (Attached as Exhibit 4 is a true and correct copy of the January 27, 2006 letters). Specifically, counsel requested responses by February 6, 2006. Sysco neither received, by February 6 nor by the date of the filing of this motion, responses to this discovery.

WHEREFORE, PREMISES CONSIDERED, Sysco respectfully requests that this Court enter an order compelling Fischer to submit pre-discovery disclosures and responsive discovery.

    s/William D. Smith, Jr.
William D. Smith, Jr.
ASB-2906-T74W
Attorney for Defendant
Sysco Food Services
of Central Alabama, Inc.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, Alabama  35259-8512
(205) 868-6000
(205) 868-6099 Facsimile
wsmith@starneslaw.com

{B0573773}

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February ____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     Davis L. Middlemas, Esq.
     SOUTHLAW, P.C.
     3120 AmSouth/Harbert Plaza
     1901 6th Avenue North
     Birmingham, Alabama  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     None.

                                          s/William D. Smith, Jr.
                                          William D. Smith, Jr.
                                          ASB-2906-T74W
                                          Attorney for Defendant
                                          Sysco Food Services
                                          of Central Alabama, Inc.
                                          STARNES & ATCHISON LLP
                                          100 Brookwood Place, 7th Floor
                                          P. O. Box 598512
                                          Birmingham, Alabama  35259-8512
                                          (205) 868-6000
                                          (205) 868-6099 Facsimile
                                          wsmith@starneslaw.com