**Arnold W. Umbach III**
P.O. Box 598512
Birmingham, AL 35259-8512
(205) 868-6072
Facsimile: (205) 868-6099
E-mail: TUmbach@starneslaw.com

January 27, 2006

Davis. L. Middlemas, Esq.
HEBSON & SLATE
3120 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

      RE:    Frank Fischer, an individual v. Sysco Food Services of Central
                  Alabama, Inc., et al.
                  Our File No. 22756

Dear Davis:

        Enclosed are the initial disclosures in the above case. As a reminder, your discovery responses are overdue, based upon the interrogatories and requests for production, in this case, submitted on December 21, 2005. Please comply with those requests by February 6. Otherwise, we will file a motion to compel. Also we still need dates on which your client would be available for deposition in the month of February. Thank you for your cooperation.

                                          Sincerely,

                                          STARNES & ATCHISON LLP

                                          Arnold W. Umbach III

AWU/wds
Enclosure
cc:    William Smith

{B0566759}