IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-00763 |
| ) | |
| SYSCO FOOD SERVICES OF ) | |
| CENTRAL ALABAMA, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Comes Now Davis L. Middlemas, attorney for the Plaintiff in the above-styled cause, and gives notice that he is no longer employed and located at Southlaw, P.C., 3120 AmSouth/Harbert Plaza, 1901 6th Avenue North, Birmingham, AL 35203. His new firm name and address are as follows:

Davis L. Middlemas
Middlemas & Berry, LLP
205 North 20th Street
Suite 210
Birmingham, AL 35203
(205) 380-0737
(205) 251-1872 Fax
Email: Davis@middlemasberry.com

Davis L. Middlemas
ASB-2103-E63D
Attorney for Plaintiff
MIDDLEMAS & BERRY, LLP
205 North 20th Street, Suite 210
Birmingham, AL 35203
(205) 380-0737
(205) 251-1872
Davis@middlemasberry.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I provided a copy of the foregoing to counsel for Defendant via facsimile and U.S. Mail to the following address and fax number:

William D. Smith, Jr., esq.
Arnold W. Umbach, Esq.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259
Facsimile # 205- 868-6099

Davis L. Middlemas