IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| **FRANK FISCHER,**<br><br>    Plaintiff,<br><br>v.<br><br>**SYSCO FOOD SERVICES OF CENTRAL ALABAMA, INC., et. al.**<br><br>    Defendant. | **CIVIL ACTION NO. 2:05-CV-00763** |

## ENTRY OF APPEARANCE

COMES NOW, Donald B. Kirkpatrick, II, of the Law Firm of **Carr Allison** hereby enters an appearance as additional counsel for Sysco Food Services of Central Alabama.

Respectfully submitted,

s/Donald B. Kirkpatrick, II
DONALD B. KIRKPATRICK, II
Attorney for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, AL 35216
Telephone: (205) 822-2006
Facsimile:   (205) 822-2057

e-mail: dbk@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following by U.S. Mail, properly addressed and postage prepaid, this the 12th day of April, 2006:

William D. Smith, Jr.
Arnold W. Umbach
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259

Davis L. Middlemas
Middlemas & Berry, LLP
205 North 20th Street, Suite 210
Birmingham, AL 35203

s/Donald B. Kirkpatrick, II
OF COUNSEL