IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SYSCO FOOD SERVICES OF )<br>CENTRAL ALABAMA, INC., *et. al.*, )<br>)<br>   Defendants. ) | Case No. 2:05-cv-763-MEF<br>(WO - not for publication) |

## **ORDER**

On May 1, 2006, this court entered a Memorandum Opinion and Order (Doc. # 16). It has come to the court's attention that the Memorandum Opinion and Order inadvertently omitted footnote numbers from the body of the text. Accordingly, the court will on this date re-enter that Memorandum Opinion and Order with the footnote numbers included. Nothing about the re-entry of this Memorandum Opinion and Order is intended to in any way modify the substance of the Memorandum Opinion and Order. It simply being done to make the record more clear.

DONE this the 3rd day of May, 2006.

                                                    /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE