# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF ITEMIZATION
## OF EXPENSES AND ATTORNEY'S FEES

COMES NOW the Defendant Sysco Food Services of Central Alabama, Inc. (hereinafter "Sysco") and, in accordance and compliance with this Court's May 1, 2006, Memorandum Opinion and Order, submits an itemization of expenses and attorney's fees incurred in preparing and filing the motion to compel and the motion to dismiss in the above styled case. Sysco submits the itemization in the form of an affidavit from its lead attorney in this matter, Arnold W. Umbach III, with an attachment thereto.

        s/William D. Smith, Jr.
        William D. Smith, Jr.
        ASB-2906-T74W
        STARNES & ATCHISON LLP
        100 Brookwood Place, 7th Floor
        P. O. Box 598512
        Birmingham, Alabama  35259-8512
        (205) 868-6000
        (205) 868-6099 Facsimile
        wsmith@starneslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Davis L. Middlemas, Esq.
      MIDDLEMAS & BERRY, LLP
      205 North 20th Street, Suite 210
      Birmingham, Alabama  35203

      Donald B. Kirkpatrick II
      Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
      100 Vestavia Parkway, Suite 200
      Birmingham, Alabama  35216

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

      s/William D. Smith, Jr.
      William D. Smith, Jr.
      ASB-2906-T74W
      STARNES & ATCHISON LLP
      100 Brookwood Place, 7th Floor
      P. O. Box 598512
      Birmingham, Alabama  35259-8512
      (205) 868-6000
      (205) 868-6099 Facsimile
      wsmith@starneslaw.com

      One of the Attorneys for Defendant
      Sysco Food Services
      of Central Alabama, Inc.

{B0593850}