IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF ARNOLD W. UMBACH III

STATE OF ALABAMA    )

JEFFERSON COUNTY    )

Before me, the undersigned authority, in and for said County and State, personally appeared ARNOLD W. UMBACH III who, after being duly sworn by me, deposes and says as follows:

1.   My name is ARNOLD W. UMBACH III. I am a partner at the law firm of Starnes & Atchison LLP. The firm address is Seventh Floor, 100 Brookwood Place, Birmingham, Alabama 35209.

2.   I am lead counsel for the Defendant, Sysco Food Services of Central Alabama, Inc. ("Sysco") in the above-styled case. William D. Smith, Jr., an associate with our firm, has assisted me in handling this matter.

3.   I have reviewed the billable records of the firm as they relate to filing the motion to compel, February 23, 2006, the motion to dismiss, March 14, 2006, and the reply to Plaintiff's response to the motion to dismiss, April 05, 2006, in this matter. Those records indicate that 14.5 attorney hours were exhausted on various aspects of the motion to compel and motion to dismiss. The total assessment to Sysco based on those hours is $3015.

{B0593649}

4.  I personally billed 3.5 hours of time on the above stated matters at a rate of $270 per hour. Thus, my time has been assessed at $945.

5.  William David Smith, Jr. billed 11.5 hours of time on the above stated matters at a rate of $180 per hour. Thus, his time has been assessed at $2070.

6.  The itemized records are attached to this affidavit as Exhibit "A." Time entries unrelated to the motion to compel and motion to dismiss have been redacted.

FURTHER AFFIANT SAITH NOT.

_____
ARNOLD W. UMBACH III

STATE OF ALABAMA )
                 )
JEFFERSON COUNTY )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Arnold W. Umbach III, who is known to me, who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 4th day of May, 2006.

_____
Notary Public
My Commission Expires: 6-22-2008

[NOTARIAL SEAL]

IN ACCOUNT WITH

## STARNES & ATCHISON LLP
SEVENTH FLOOR
100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512

Fed. ID No: 63-0685284

Ms. Lynda Wheat
Sysco Food Services of Central Alabama Inc.
P. O. Box 1750
Calera AL  35040

Matter ID:  22756

For Services Rendered Thru February 27, 2006
Statement No. 46097

Enclosed please find our current statement for services rendered.  Please include our invoice number with your payment.

Re:  Sysco Food Services of Central Alabama, Inc. - Fischer, Frank

Current Fees:
Current Expenses:
Total Current Billing:
Previous Balance Due:
**Total Now Due:**

**EXHIBIT A**

IN ACCOUNT WITH
# STARNES & ATCHISON
SEVENTH FLOOR
100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512

Tax ID No. 63-0685284

Statement as of February 27, 2006
Statement No. 46097

Sysco Food Services of Central Alabama, Inc.
Ms. Lynda Wheat
P. O. Box 1750
Calera, AL  35040

Our File Number: 22756

Re:  Sysco Food Services of Central Alabama, Inc. - Fischer, Frank

**Professional Fees**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/19/2006 | AWU | E-mail from L.Wheat regarding motion to compel and draft same. | 0.30 | 81.00 |

Ms. Lynda Wheat                                                                                    March 8, 2006
Sysco Food Services of Central                                                                     Page:  2
                                                                                    Invoice # 46097

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/2006 | WDS | Draft motion to compel discovery. | 1.00 | 180.00 |
| 2/23/2006 | WDS | E-mail to L.Wheat regarding motion to compel. | 0.10 | 18.00 |

                                                                                         Total Fees

### Rate Summary

William David Smith

Trip Umbach

                    Total hours:

**Disbursements**

| Description | Amount |
|---|---|
| Photocopying | |

                                                                              Total Disbursements

IN ACCOUNT WITH

# STARNES & ATCHISON LLP

SEVENTH FLOOR
100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512

Fed. ID No: 63-0685284

Ms. Lynda Wheat
Sysco Food Services of Central Alabama Inc.
P. O. Box 1750
Calera AL 35040

Matter ID: 22756

For Services Rendered Thru March 27, 2006
Statement No. 46904

Enclosed please find our current statement for services rendered. Please include our invoice number with your payment.

Re: Sysco Food Services of Central Alabama, Inc. - Fischer, Frank

Current Fees:
Current Expenses:
Total Current Billing:
Previous Balance Due:
**Total Now Due:**

IN ACCOUNT WITH

# STARNES & ATCHISON

SEVENTH FLOOR
100 BROOKWOOD PLACE
POST OFFICE BOX 598512
BIRMINGHAM, ALABAMA 35259-8512

Tax ID No. 63-0685284

Statement as of March 27, 2006
Statement No. 46904

Sysco Food Services of Central Alabama, Inc.
Ms. Lynda Wheat
P. O. Box 1750
Calera, AL  35040

Our File Number: 22756

Re:  Sysco Food Services of Central Alabama, Inc. - Fischer, Frank

**Professional Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2006 | WDS | Correspondence to L.Wheat on motion to compel. | 0.10 | 18.00 |
| 2/24/2006 | WDS | Review court grant of motion to compel. | 0.20 | 36.00 |

Ms. Lynda Wheat  
Sysco Food Services of Central

April 5, 2006  
Page: 2  
Invoice # 46904

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/13/2006 | WDS | Draft motion to dismiss. | 3.00 | 540.00 |
| 3/14/2006 | WDS | File motion to dismiss for failure to comply with discovery. | 0.50 | 90.00 |
| 3/14/2006 | WDS | Correspondence with L.Wheat regarding motion to dismiss. | 0.10 | 18.00 |
| 3/14/2006 | WDS | Correspondence with B.Kirkpatrick regarding motion to dismiss. | 0.10 | 18.00 |
| 3/14/2006 | AWU | Revise motion to dismiss. | 0.40 | 108.00 |

Total Fees

**Rate Summary**

William David Smith

Trip Umbach

Total hours:

**Disbursements**

| Description | Amount |
|---|---|
| Photocopying | |
| Pacer Search | |
| 3/1/06 - Federal Express | |

Total Disbursements

# Pre-bill

Closing date: May 2, 2006

Sysco Food Services of Central Alabama, Inc.  
Ms. Lynda Wheat  
P. O. Box 1750  
Calera, AL  35040

Matter ID: 22756  
Opened: 8/9/2005  
Status: Open  
Originating AWU  
Responsible AWU

Sysco Food Services of Central Alabama, Inc. - Fischer, Frank

**Fees** | | | | Hours | Rate | Amount

| Date | Number | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/30/2006 | 1364942 | WDS | Case review and analysis on excusable neglect for motion to dismiss. | 2.00 | 180.00 | 360.00 |
| 3/30/2006 | 1364944 | WDS | Review plaintiff's response to motion to dismiss and file to determine whether a response was necessary. | 2.00 | 180.00 | 360.00 |
| 3/30/2006 | 1364950 | AWU | Review plaintiff's response to motion to dismiss; conference with W.Smith regarding same. | 0.50 | 270.00 | 135.00 |
| 4/4/2006 | 1366522 | WDS | Draft response to plaintiff's reply to motion to dismiss case. | 2.00 | 180.00 | 360.00 |
| 4/4/2006 | 1366438 | AWU | Telephone conference with L.Wheat regarding reply to plaintiff's opposition to motion to dismiss; conference with W.Smith regarding drafting same. | 0.30 | 270.00 | 81.00 |
| 4/5/2006 | 1367148 | WDS | File reply in support of motion to dismiss. | 0.30 | 180.00 | 54.00 |
| 4/5/2006 | 1367149 | WDS | Correspondence to L.Wheat regarding motion to dismiss. | 0.10 | 180.00 | 18.00 |
| 4/5/2006 | 1367153 | AWU | Revise reply on motion to dismiss. | 1.50 | 270.00 | 405.00 |
| 4/5/2006 | 1367157 | AWU | Telephone conference with D.Middlemas regarding motion to dismiss, plaintiff's deposition, and settlement; e-mail to L.Wheat concerning same. | 0.50 | 270.00 | 135.00 |