IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-763-MEF |
| ) | |
| SYSCO FOOD SERVICE OF CENTRAL ) | |
| ALABAMA, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Second Motion to Dismiss (Doc. #20) filed on May 4, 2006, it is hereby ORDERED:

1. That plaintiff file a response which shall include a brief and any evidentiary materials on or before May 23, 2006.

2. The defendant may file a reply brief on or before May 30, 2006.

DONE this the 9th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE