**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 11, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Frank Fischer v. Sysco Food Services of Central Alabama, Inc.**
**Case Number: 2:05-cv-763-MEF**

**Pleading : #22 - Motion to Vacate  &  #23 Response to Motion to Dismiss**

**Notice of Correction is being  filed this date to advise that  the referenced  pleadings which were e-filed on 5/10/2006 did not contain the attorney's electronic signature.**

**The corrected pdf documents are attached to this notice.**