**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 15, 2006

# NOTICE OF NON-COMPLIANCE

To:   ALL COUNSEL OF RECORD

Case Style:   Fischer v. Sysco Food Services of Central Alabama, Inc.

Case Number:   2:05-cv-00763-MEF

Referenced Pleading:   RESPONSE to Discovery Request

Docket Entry Number: 28

**The referenced pleading was electronically filed on \*\*May 15, 2006\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**