IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK FISCHER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-763-MEF |
| | ) | |
| SYSCO FOOD SERVICE OF CENTRAL | ) | |
| ALABAMA, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #27) filed on May 12,

2006, it is hereby ORDERED:

1.  That defendant file a response which shall include a brief and any evidentiary

materials on or before May 30, 2006.

2.  The plaintiff may file a reply brief on or before June 6, 2006.

DONE this the 17th day of May, 2006.

        /s/  Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE