# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND

COMES NOW the Defendant Sysco Food Services of Central Alabama, Inc. (hereinafter "Sysco") and makes the following response to Plaintiff's Motion to Remand:

1. As stated in its Notice of Removal, Sysco agrees that Counts One and Two of Plaintiff's Complaint premised upon the Alabama Workers' Compensation Act should be remanded to the Circuit Court of Montgomery County, Alabama.

2. Sysco also agrees that Count Three of Plaintiff's Complaint, premised upon the Federal Age in Employment Discrimination Act, should remain in this Court.

{B0598392}

3. Plaintiff's Motion to Remand Counts One and Two only should be granted.

          s/William D. Smith, Jr.
William D. Smith, Jr.
ASB-2906-T74W
Attorney for Defendant
Sysco Food Services
of Central Alabama, Inc.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, Alabama 35259-8512
(205) 868-6000
(205) 868-6099 Facsimile
wsmith@starneslaw.com

{B0598392}

## CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Davis L. Middlemas, Esq.
>MIDDLEMAS & BERRY, LLP
>205 North 20th Street, Suite 210
>Birmingham, Alabama  35203


>Donald B. Kirkpatrick II
>Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
>100 Vestavia Parkway, Suite 200
>Birmingham, Alabama  35216

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

>s/William D. Smith, Jr.
>William D. Smith, Jr.
>ASB-2906-T74W
>Attorney for Defendant
>Sysco Food Services
>of Central Alabama, Inc.
>STARNES & ATCHISON LLP
>100 Brookwood Place, 7th Floor
>P. O. Box 598512
>Birmingham, Alabama  35259-8512
>(205) 868-6000
>(205) 868-6099 Facsimile
>wsmith@starneslaw.com

{B0598392}