## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-MEF |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO STAY

Comes now the Plaintiff, Frank Fischer, and moves this court for an order staying this matter until the Plaintiff's motion to remand is ruled upon. In support of this motion, the Plaintiff states as follows:

1. The Plaintiff has filed a motion to remand. In said motion, questions have been raised as to the propriety of the removal of certain portions of this case and whether the court has jurisdiction over those portions of the case in question. This Plaintiff respectfully submits that in the interest of judicial economy, all parties would be served by a stay of this matter until all questions regarding this court's jurisdiction over this matter can be resolved.

WHEREFORE, the Plaintiff respectfully requests a stay of this matter pending a ruling on the Plaintiff's motion to remand.

Respectfully submitted,

s/Davis L. Middlemas

Davis L. Middlemas
ASB-2103-E63D
Attorney for Plaintiff
MIDDLEMAS & BERRY, LLP
205 North 20th Street, Suite 210
Birmingham, AL 35203
(205) 380-0737
(205) 251-1872
Davis@middlemasberry.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006, I provided a copy of the foregoing to counsel for Defendant by way of electronic filing and via facsimile and U.S. Mail to the following address and fax number:

William D. Smith, Jr., esq.
Arnold W. Umbach, Esq.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259
Facsimile # 205- 868-6099

Donald B. Kirkpatrick, II, Esq.
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway, Suite 200

Birmingham, AL 35216

s/Davis L. Middlemas
Davis L. Middlemas
ASB-2103-E63D
Attorney for Plaintiff
MIDDLEMAS & BERRY, LLP
205 North 20th Street, Suite 210
Birmingham, AL 35203
(205) 380-0737
(205) 251-1872
Davis@middlemasberry.com