IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-00763-DRB |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION TO STAY**

COMES NOW the Defendant Sysco Food Services of Central Alabama, Inc. (hereinafter "Sysco") and opposes Plaintiff's Motion to Stay:

Plaintiff has not demonstrated any "good cause" to further delay this matter. This case has been on the Court's docket since August 17, 2005. However, almost no discovery has taken place. Sysco's efforts to move the case forward have been largely stymied. Plaintiff's motion is another delay tactic.

WHEREFORE, PREMISES CONSIDERED, Sysco respectfully requests the Court deny Plaintiff's motion to stay and allow discovery to proceed.

{B0604311}

                                         s/William D. Smith, Jr.
                                         William D. Smith, Jr.
                                         ASB-2906-T74W
                                         Attorney for Defendant
                                         Sysco Food Services
                                         of Central Alabama, Inc.
                                         STARNES & ATCHISON LLP
                                         100 Brookwood Place, 7th Floor
                                         P. O. Box 598512
                                         Birmingham, Alabama  35259-8512
                                         (205) 868-6000
                                         (205) 868-6099 Facsimile
                                         wsmith@starneslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Davis L. Middlemas, Esq.
>MIDDLEMAS & BERRY, LLP
>205 North 20th Street, Suite 210
>Birmingham, Alabama  35203

>Donald B. Kirkpatrick II
>Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
>100 Vestavia Parkway, Suite 200
>Birmingham, Alabama  35216

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/William D. Smith, Jr.
William D. Smith, Jr.
ASB-2906-T74W
Attorney for Defendant
Sysco Food Services
of Central Alabama, Inc.
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
P. O. Box 598512
Birmingham, Alabama  35259-8512
(205) 868-6000
(205) 868-6099 Facsimile
wsmith@starneslaw.com

{B0604311}