AO 133      (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE                                  District of                    ALABAMA

FRANK FISCHER

V.

SYSCO FOOD SERVICES OF CENTRAL
ALABAMA. INC.

## BILL OF COSTS

Case Number:  **2:05-CV-763-MEF(WO)**

Judgment having been entered in the above entitled action on  08/28/2006  against  Frank Fischer  ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  ................................................................... | $ _____ |
| Fees for service of summons and subpoena .................................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ....................................................... | _____ |
| Fees for witnesses (itemize on reverse side)  ............................................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case  ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ........................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals  ........................................... | _____ |
| Compensation of court-appointed experts  ................................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ............................................................. | 1,053.00 |
| TOTAL | $ 1,053.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Davis L. Middlemas, Middlemas & Berry LLP, 205 No. 20th St., Ste 210, Bham, AL 35203

Signature of Attorney:  _William D. Smith Jr._

Name of Attorney:  William D. Smith, Jr.

For:  Sysco Food Services of Central Alabama, Inc.                          Date: 8/30/2006
Name of Claiming Party

Costs are taxed in the amount of  $ 1,053.00                          and included in the judgment.

DEBRA P. HACKETT                    By: _Charlene Campbell_          8-31-06
Clerk of Court                          Deputy Clerk                Date