# EXHIBIT C



# SYSCO FOOD SERVICES OF CENTRAL ALABAMA

JANUARY 2003

SYSCO Safety Hall of Fame
2002



All Pro Players
Three Consecutive Years

Elite Drivers 2002



Warehouse Operations
533 Days Accident Free

## SAFETY MANUAL



DEFENDANT'S
EXHIBIT
10
Fischer

Fischer v. Sysco
Sys 0346

 SYSCO Food Services of Central Alabama

To:        All Employees of
           SYSCO Food Services
           of Central Alabama

From:      David R. Dickson
           President, CEO
           SYSCO Food Services
           Central Alabama

Mission Statement:

*"SEEK PERFECTION"*

This statement is short, meaningful and hopefully memorable. It embodies our attitude toward our customers, our suppliers, and ourselves. Simply put, when struggling for direction or dealing with fuzzy or gray areas, just "do the right thing". Use common sense.

Safety is the responsibility of everyone here at SYSCO. Teamwork and communication are key ingredients to a successful company. Notify your supervisor of any unsafe situation immediately, or with any ideas about Safety you may have. Your input is very important.

As with any growing company in a competitive marketplace, we reserve the right to make appropriate revisions to the policies and procedures in this manual. Such changes will be made both verbally and in writing and will be reflected in subsequent editions of the Safety Manual.

We are pleased to have you as a member of the SYSCO Central Alabama team. Best wishes for a safe, long and successful SYSCO career.

Fischer v. Sysco
Sys 0347

## Table of Contents

| | | Page(s) |
|---|---|---|
| **Introduction** | | |
| Mission Statement…Mr. David Dickson President, CEO | | 1 |
| | | |
| **SECTION 1** | | |
| Policy 600: | **SAFETY RULES AND REGULATIONS** | 3-4 |
| | On the Job Injuries | 5-8 |
| | Vehicle/Driver Policies | 9-11 |
| | Transportation MVR Criteria | 13 |
| **SECTION 2** | | |
| Policy 610: | **PREFFERED WORK METHODS** | 14 |
| | Delivery Service Associate | 15-17 |
| | Fresh Express | 18-20 |
| | Loader, Dock Utility, Floater | 21-22 |
| | Maintenance | 23-24 |
| | Night Checker | 25 |
| | Putaway | 26-27 |
| | Receiver | 28-29 |
| | Replenishment | 30-31 |
| | Returns Putaway | 32-33 |
| | Sanitation | 34 |
| | Selector | 35-36 |
| | Will Call | 37 |
| | PWM Comments & Signature Section | 38-39 |
| | Dock Plate Safety Operations PWM | 40 |
| **SECTION 3** | | |
| Policy 620: | **WRITTEN PROGRAMS** | 41 |
| | Accident Review Policy | 42-43 |
| | Safety Bonus Incentive Program | 44-46 |
| | Ergonomics | 47-48 |
| | Employee Emergency Plan | 49-53 |
| | Bloodborne Pathogens | 54-55 |
| | Right to Know/HAZ COMM | 57-67 |
| | Personal Protective Equipment | 68-85 |
| | Forklift Safety | 86-88 |
| | Respiratory Protection | 89-93 |
| | Lockout/Tagout | 94-97 |
| | Electrical Safety | 98-101 |
| | | |
| **Acknowledgement and Receipt of Manual** | | 103 |

Fischer v. Sysco
Sys 0348

**Section 1**
**Policy 600**
**Part A: Safety Rules and Regulations**

The Company is committed to maintaining a safe workplace and working conditions for all employees. Further, the Company must ask its employees to abide by certain standards of conduct for the security of the Company and its employees.

The following are Company standards that have been devised to protect the health, safety and general well being of all employees as well as the safety of the Company. These standards are, in addition to the other policies and procedures set out in this manual, designed to govern employee conduct where applicable. These standards may from time to time be revised, and/or other standards may be adopted for all employees or certain departments. Any such further standards shall become part of this list by reference.

Failure to follow any safety rule or regulation contained in this manual may result in disciplinary action depending severity of violation, up to and including termination, as outlined in the Employee Manual.

General Standards

1.  Safety is the responsibility of each employee, as is the cleanliness and condition of the machinery, equipment, and work area. Unsafe conditions and acts must be called to the attention of the supervisor immediately. Employees must notify the supervisor of any machinery or equipment in need of repair.

2.  No employee shall disregard an established Safety Rule known to him/her.

3.  Each employee shall follow all safety procedures relating to his/her specific duties.

4.  Each employee shall wear any and all safety equipment furnished to him/her when performing duties requiring the use of that equipment.

5.  Personnel Protective Equipment must be worn at all times. Failure to do so will result in the employee being sent home with it counting toward the attendance policy.

6.  Machinery, equipment and vehicles are to be operated carefully, and only by authorized, trained and certified personnel. Unauthorized use or deliberate misuse of any of the above items is prohibited. **Authorization must be obtained from a Supervisor to operate any unassigned equipment.**

7.  Each employee must notify his/her immediate supervisor when they feel they are unable to operate equipment or vehicles when they are unsafe and might prove hazardous to people or property. If you are on any medications, you must report that to your immediate supervisor.

8.  Any accident or injury, no matter how slight, must be reported immediately to the supervisor.

9.  Employees must not use or tamper with fire equipment except in case of fire or if instructed to do so by a supervisor. The supervisor shall be notified if fire equipment is used.

10. This building is a smoke free facility. Smoking is only allowed in designated areas.

11. First Aid kits are located throughout the building. Check with your supervisor for the location in your area. In an emergency, you have to act quickly. If an accident occurs:

3
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0349

## Policy 600 Continued

Immediately notify supervisor.
Dispatch someone to call 911.
Do not move the patient. Keep him/her warm.
Do not leave patient alone.

12. Eye Wash Stations are located throughout the building. Check with your supervisor for the location in your area. If an incident occurs, call for assistance.

13. Food, drinks, gum, and all tobacco use are strictly prohibited in the warehouse.

14. Hand washing is a very important part of the business. This is done to eliminate cross contamination of food products. After handling any type of meat/seafood, chemicals, after breaks or after handling any other item that may have left any contaminate on your hands you will need to wash them. If you have any cuts, sores or open wounds you may request latex gloves to protect both your hands and the product. If your cloth gloves become saturated, change them and wash your hands.

15. **Climbing on racks is strictly prohibited.** Picking product from a non-pick slot will result in a 2-day suspension without pay. If replenishment is needed call for a Letdown Operator.

16. Being elevated without using the proper equipment is strictly prohibited. Failure to use a secured safety cage and harness on a forklift or harness on a high rise is reason for termination.

## Part B: SECURITY

SYSCO Food Services of Central Alabama is concerned for your safety as well as those around you. Employees will receive two ID's during the orientation period. If the employee notices someone in the facility without an ID badge or Visitor badge, ask him or her if they need assistance and direct him or her to a Supervisor.

- All employees will receive a picture ID badge. Along with the picture will be the employee name and department. This card must be visible at all times in the workplace.
- All employees will receive an Access card. This card will allow employees to enter doors without using a key. The card is programmed to allow certain employees through certain doors.

If either of these cards is misplaced or lost the employee must notify his/her Supervisor immediately. The company will pay for your original and 1st lost or damaged card. Each additional card will be charged to the employee $4.00. If the card malfunctions under normal use you will not be charged. An ADT Security System that utilizes recorded cameras will also monitor this facility.

Revised November 2001

Fischer v. Sysco
Sys 0350

**Policy 600 Continued**

## Part C: On the Job Injuries

While the goal here at SYSCO Food Services of Central Alabama is "NO INJURIES", we understand that injuries and accidents will occur. *Any accident or injury, no matter how slight, must be reported to the Supervisor immediately.* Failure to report the injury may jeopardize Worker's Compensation Benefits.

SYSCO Food Services of Central Alabama has a program for the injured employee to return to work sooner. The Company provides a temporary position, if available, within the company for any employee who is injured while on the job called Transitional Duty. Transitional Duty positions will meet any requirements or restrictions placed on the employee by the physician after an injury. This will enable the employee to continue to work while injured. The position may or may not be in the same department in which the employee is normally assigned and will not exceed 26 weeks in length whether continuous or intermittent for the same injury.

1. Report the accident or injury to your Supervisor **IMMEDIATELY**.

2. Fill out the required paperwork. If the injury requires immediate treatment, the paperwork is to be filled out upon the employees' return from the physician. The employee will be given paperwork to take to the clinic for the physician to fill out. Paperwork that is given to the employee by the physician is to be brought to the Safety Department or Supervisor upon return from the clinic.

3. All SYSCO Food Services of Central Alabama employees will receive a post accident drug screen, even if treatment is declined. Failure to submit to the post accident drug screen may result in Worker's Compensation Benefits being denied and will be treated as a positive result, resulting in termination.

4. SYSCO Food Services of Central Alabama provides Transitional Duty for any employee, if available, that has been injured on the job. Transitional Duty is a temporary position within the company that meets any requirements placed on the employee by the physician. The employee will be informed on the position as well as the time to report to work, as outlined in Attachment A, once he/she has returned from the physician and the paperwork has been processed. The hours the employee works while on Transitional Duty will be 8 hours per shift, 40 hours per week as long as the employee has worked all hours made available to him/her. The employee is to check in with the Supervisor at the beginning and ending of each shift.

5. While on Transitional Duty, the employee will be paid at his/her regular hourly rate, minus incentives, for 8 hours per shift, 40 hours per week as long as the employee has worked all the hours made available to him/her.

6. **While on Transitional Duty, the employee will still be required to call in to their supervisor if they are unable to come to work as outlined in the Employee Handbook. If the reason for the absence is due to their Workers' Compensation claim, the Day shift employee is to be at the clinic at 8am the day they are**

Fischer v. Sysco
Sys 0351

**Policy 600 Continued**

absent. The Night shift employee is to be at the clinic at 8 am the next morning. The employee must have a physician's note to be excused for the missed time as well as a return to work slip prior to returning to work. Failure to have a physicians note for the time missed will result in an Unexcused Absence. Without a Return to Work slip the employee will not be able to return to work.

7. If the physician removes the employee from work status due to the injury or if Transitional Duty is not available, the employee will be paid as described by Alabama/Florida, depending on work location, Worker's Compensation Law. The employee will not be due any compensation for the first 3 days of lost work. On the 4th day the employee is off, he/she will be eligible 66 2/3 his/her weekly pay based on the prior 52 weeks of work at SYSCO Food Services of Central Alabama, subject to minimum and maximum benefits.

8. Regardless of the work status, the employee must follow all instructions given them by the physician. This includes all restrictions as well as doctor visits. Our insurance carrier will schedule all visits for the employee based on his/her shift schedule. The employee will be reimbursed for any mileage on his/her personnel vehicle that is related to the injury. It is the employees' responsibility to keep track of the date and time of travel as well as the reason for expenditure. This must be turned into the Safety Department at the end of every month.

9. Transitional Duty, if currently available, is available for any employee who sustains an on the job injury. Transitional Duty is available for a period not exceeding 26 weeks. If at the conclusion of the 26 week period of Transitional Duty an employee is not able to return to the employee's normal assignment and has not yet reached MMI, then the employee will be placed on workers' compensation leave not to exceed an additional 26 weeks.

10. SYSCO Food Services of Central Alabama reserves the right to reassign any employee on Transitional Duty to another department on an as needed basis.

Revised October 2000

Fischer v. Sysco
Sys 0352

*Attachment A*
## SYSCO Food Services of Central Alabama
### Transitional Duty Statement

Date: _____          Date of Injury: _____

Employee Name: _____

I understand that the SYSCO Central Alabama provides Transitional Duty, when available, for work related injuries. This program enables me, the employee, to return to work after a Workers' Compensation claim for up to 26 weeks. I understand the Company physician, with the following restrictions, has released me to Transitional Duty:

_____

I understand that my schedule while on Transitional Duty is as follows (Supervisor to check the appropriate shift).

WAREHOUSE

___ Days    **Monday, Tuesday, Wednesday, Thursday, Friday 6:00 am – 2:30 pm.**
Breaks Times 8:30 to 8:45 am, 11:30 to 12:15 pm

___Nights   **Sunday, Monday, Wednesday, Thursday from 9:30 pm to 6:00 am**
Break Times 11:00 to 11:15 pm, 2:00 to 2:30 am, 4:00 to 4:15 am
**Tuesday from 5:30 pm to 2:00 am**
Break Times 8:30 to 8:45 pm, 10:45 to 11:15 pm

TRANSPORTATION

<u>**Days only    Monday, Tuesday, Wednesday, Thursday, Friday**</u>
**12:00 pm to 8:00 pm**
Break Times 2:30 to 2:45 pm, 4:45 to 5:00 pm

*The hours listed above are subject to change due to the seasonal nature of the business. It is also understood that every effort will be made to inform you as early as possible of any changes to the times listed.

____ Transitional Duty is currently not available.
*If transitional duty is not available you will still be compensated as stated by the Alabama Workers' Compensation law. You will be notified and expected to return to work if Transitional Duty becomes available.

**Fischer v. Sysco
Sys 0353**

**SYSCO Food Services of Central Alabama**
**Transitional Duty Statement Continued**

I understand that I will be performing duties assigned by the Supervisor/Manager that meet the restrictions placed on me by the Company physician. I also understand that Transitional Duty will end once I have been released to Full Duty.

Employee Signature: _____

Manager Print Name: _____

Manager Sign Name: _____

Fischer v. Sysco
Sys 0354

## Part D: VEHICLE POLICIES

Some positions at SYSCO Central Alabama require the use of a motor vehicle as part of the job: i.e., truck drivers, marketing associates, beverage technicians and management. An appropriate, valid driver's license and satisfactory driving record are required as a condition of employment in such positions.

If you are assigned or are using a Company vehicle, we require that it be operated in accordance with prevailing laws and regulations.

*Use of Company Trucks:* Due to the high deductible on our trucks insurance, we are forced to prohibit the personal use of Company trucks.

*Employee Cars:* Those employees that use personal cars for Company business shall furnish valid certificate of insurance with the following inclusions:

| | |
|---|---|
| Bodily Injury | $100,000 per person |
| | $300,000 per accident |
| Property Damage | $ 50,000 |

A Certificate of Insurance **MUST BE** submitted immediately upon hire to the Human Resources Department and upon renewal. It is the responsibility of each individual to see that this is done. You are also required to request that your insurance agent add SYSCO Central Alabama as "additionally insured" just as they would a lien holder, to notify us directly when you renew your coverage or make any changes. **No vehicle should be operated for Company business unless coverage is certified and a proof of insurance certificate is in the individual's personnel file. Failure to produce this information will result in termination.**

DRIVING AND ACCIDENTS
(For Tractor Trailer & Straight Truck Drivers)

*Maximum Driving Time*
*Drivers may not:*
1. Drive more than 10 hours after 8 consecutive hours off duty.
OR
2. Remain on-duty (defined below) more than 15 hours after eight (8) consecutive hour's off-duty.
OR
3. Drive after being on-duty BUT NOT OPERATING A VEHICLE EVERY DAY for 60 hours in any consecutive 8 day period.
OR
4. Drive after being on-duty AND OPERATING A VEHICLE EVERY DAY for 70 hours in any consecutive 8 day period. "On-Duty" Time includes:
    A. All time at a carrier or shipper plant, terminal, facility, or other property, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier;
    B. All time inspecting equipment or otherwise inspecting, servicing, or conditioning any commercial motor vehicle at any time;
    C. All driving time;

9<br>SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0355

**Part D: VEHICLE POLICIES CONTINUED**

D. All time, other than driving time, in or up on any commercial motor vehicle except time spent resting in a sleeper berth;

E. All time loading or unloading a vehicle, supervising, or assisting in the loading or unloading, attending a vehicle being loaded or unloaded, remaining readiness to operate the vehicle, or in giving or receiving receipts for shipments loaded or unloaded;

F. All time spent performing driver requirements relating to accidents; or

G. All time repairing, obtaining assistance, or remaining in attendance upon a disabled vehicle.

**Rules for Adverse Driving Conditions**

"Adverse driving conditions" means snow, sleet, fog, other adverse weather conditions, a highway covered with snow or ice, or unusual road and traffic conditions, none of which were apparent on the basis of information known to the dispatcher at the time the run began.

HOWEVER, a driver encountering such adverse driving conditions may not:

1. Drive more than 12 total hours after 8 consecutive hour's off-duty.

*OR*

2. Remain on duty more than 15 hours after 8 consecutive hour's off-duty.

**Any driver violating any of the above driving restrictions will be subject to disciplinary action, up to and possibly including discharge.**

**Requirements of the Department of Transportation**

All drivers hired and/or employed by the Company must meet all requirements for drivers in DOT regulations. Any driver who does not meet or does not comply with such regulations will not be allowed to operate a Company vehicle. If any deficiency under DOT regulations cannot be remedied within a reasonable period of time as determined by the Company, that driver's employment with the Company will be terminated. Drivers are required to comply with Federal Motor Carriers Safety Regulations Parts 390-399 at all times while employed by SYSCO Central Alabama.

**Part E: ACCIDENTS**

Every driver of a motor vehicle involved in an accident from which there results injury to or death of any person or persons, or property damage to a any kind, regardless of the amount, shall:

1. Stop immediately.

2. Take all necessary precautions to prevent further accidents at the scene.

3. Render all reasonable assistance to injured persons. Movement of injured persons by a driver should not be undertaken if likely to cause further injury.

Fischer v. Sysco
Sys 0356

## Part E: ACCIDENTS CONTINUED

4. If requested by any person involved in the accident, or any law enforcement official or government official, you must provide your name and address (and acquire same from person requesting the information and any others involved in the accident), and the name and address of SYSCO Central Alabama, the State Tag Registration Number of the vehicle involved, and if requested, exhibit your CDL license.

5. Report all details of the accident immediately after its unscheduled absence to SYSCO Central Alabama.

6. Management of SYSCO Central Alabama retains sole discretion to investigate any accident, as appropriate, and drivers are expected to cooperate fully. Failure to cooperate with any investigation by SYSCO Central Alabama may result in disciplinary action, including termination.

7. If any driver is issued a traffic citation as a result of any accident while engaged in the business of SYSCO Central Alabama such driver may be suspended from employment with SYSCO Central Alabama pending investigation of the accident. Any driver cited for DUI, regardless of the vehicle being operated, shall be suspended from driving privileges until resolution of the citation.

8. If stopped for inspection, inspection form must be turned in to your supervisor by the end of your shift on that day.

State and Federal regulations require that we report all accidents and injuries. Therefore, each of you is responsible for reporting any accident or injury immediately, no matter how slight. If you are injured at work, you should report the injury to your supervisor as soon as possible, but at least within eight (8) hours of the incident so that your supervisor can complete the forms required by State Workers' Compensation law and required by the Occupational Safety and Health Act. If you become ill at work, notify your supervisor immediately. If your supervisor is not available, report the injury or illness to Management. **Employees must also follow the policy on Driving and Accidents.**

Please remember that if you are involved in an accident:
- **DO NOT ADMIT GUILT**
- **Do not write up or sign any kind of statement**
- **Make sure you look for witnesses and get their name and phone number(s)**
- **Make sure that you take pictures and fill out ALL PAPERWORK in your accident kit completely...all blank lines should be filled in or have N/A if not applicable to the accident you are involved in**

We do not want to be rude or unkind to the other individual involved in an accident; however you should be kind without admitting guilt or taking blame for an accident.

Revised January 2003

Fischer v. Sysco
Sys 0357

## Part F: NOTIFICATION OF LICENSE REVOCATION

A driver who receives a notice that his/her license, permit or privilege to operate a motor vehicle has been revoked, suspended or withdrawn shall notify SYSCO Central Alabama of the contents of the notice before the end of the business day following the day that he/she received the notice.  Any employee receiving a DUI citation shall be subject to suspension, pending the resolution of the citation.

Failure to comply with this part could result in disciplinary action up to and including termination.

## Part G: NOTIFICATION OF CITATION

A driver who receives a citation for a traffic violation, other then parking tickets, or who is involved in an accident, *on duty or off duty*, must report that incident to the Transportation, Human Resource or the Safety Department with in 24 hours.

Failure to comply with this part could result in disciplinary action up to and including termination.

Fischer v. Sysco
Sys 0358

### *MVR Criteria for*
New Hire

#### Delivery Associates

Drivers will not be acceptable if their motor vehicle report (MVR) reveals any of the following within the past 36 months.
1. More then 2 "at fault" accidents
2. More then 3 moving violations
3. Currently suspended license
4. A combination of 3 offenses

Drivers will not be acceptable if their MVR reveals within the past 12 months more then one "at fault" accident.

Drivers will not be acceptable if they have any of the following.
1. Have ever been convicted of a DUI/DWI or Drug Abuse.
2. Has ever been convicted of reckless or careless driving.
3. Has ever been convicted of a hit and run or leaving the scene of an accident.

All drivers must be qualified according to DOT requirements to operate a commercial motor vehicle as outlined in the **49 CFR Part 391, Subpart 391.11**.

MVR's will be processed annually to ensure the driver meets these qualifications. Any driver that receives any type of citation or violation in a motor vehicle, personal or business must report that to the Director of Transportation within 5 working days. If the driving record shows activity that threatens an employee's ability to meet the acceptable criteria the Safety Manager will be notified and should in turn notify the Director of Transportation and the employee. The employee will be asked to submit documentation relating to the activity.

Current drivers who are at this level or above will be subject to severe disciplinary action, up to and may possibly include termination, if they are involved in an at fault accident or if they receive a citation for a moving violation before their MVR has reached the acceptable levels.

Fischer v. Sysco
Sys 0359

# SECTION 2

# POLICY 610: PREFERRED WORK METHODS

Fischer v. Sysco
Sys 0360

# PREFERRED WORK METHODS
## DELIVERY SERVICE ASSOCIATE

| YES | NO | PREFERRED WORK METHOD |
|-----|----|----|
| | | Arrives for work on time |
| | | Employee is properly dressed for work and has appropriate company issue equipment. Employee is required to wear over the ankle slip resistant safety shoes at all times. Tennis shoes are acceptable but must be slip resistant and over the ankle. |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Hair and beards must be trimmed neatly to comply with health laws when entering the customers food preparation area |
| | | Reports to dispatcher and obtains all delivery paperwork |
| | | Checks invoices and pickup requests noting any special handling concerns |
| | | Checks HAZMAT requirements, if any, for placarding and route restrictions |
| | | Secures geographical maps for any unfamiliar customer locations prior to leaving |
| | | Pretrips delivery unit |
| | | Proceeds directly to assigned equipment then obtains hand truck and ladder |
| | | Double checks loads to ensure it will not shift during travel, checks ramp, ladder and hand truck for proper working order and stows the hand truck |
| | | Uses 3 point stance at all times when entering and exiting the cab, side and rear door of the trailer |
| | | Never jumps from the truck |
| | | Enters information into onboard computer |
| | | Uses seatbelts continuously throughout trip |
| | | Checks out at guard gate and proceeds to first stop |
| | | Uses safe driving habits throughout trip |
| | | Surveys delivery site and parks so the product may be delivered safely and efficiently |
| | | Turns on 4 way flashers and sounds horn before backing. Sets brake, turns off engine and leaves in gear before leaving the cab to double check surroundings |
| | | Sets brake & turn off engine. |
| | | Selects all invoices for the customer and enters information in Trip Master before exiting the cab |
| | | Exits the cab using 3 point stance and announces the delivery to the customer while also surveying the premises for hazards |
| | | Opens and secures trailer doors leaving freezer and cooler doors closed while not in use |

SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0361

## PREFERRED WORK METHODS CONTINUED
## DELIVERY SERVICE ASSOCIATE

| YES | NO | PREFERRED WORK METHOD |
|-----|----|----------------------|
| | | Fully extends ramp and attaches it to the rear of the trailer |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting torso |
| | | Places hand truck just outside his/her pivot radius |
| | | Never overloads the hand truck<br>• Can see over top box<br>• Does not overexert to handle the hand truck throughout the process<br>• Stacks heavy items on the bottom |
| | | Maintains control of the load while on the ramp or customers stairs, if out of control drops the load |
| | | Delivers product separately (dry, cooler, freezer) |
| | | Reconciles delivery and accounts for refusals, shorts or damage while making necessary deductions and records proper return codes on invoices |
| | | Has customer sign invoices and issues copies for customer records |
| | | Follows credit procedures. Calls Credit Department before issuing credit |
| | | Avoids walking on empty pallets |
| | | Down stacks any remaining product on the load that could shift during travel |
| | | Picks up and straightens up the cargo area throughout the trip |
| | | Returns and secures hand truck and ramp then closes rear doors |
| | | Enters all information into Trip Master before leaving the customer |
| | | Calls the Supervisor to report any delivery problems, delays or accidents |
| | | Completes paperwork throughout trip instead of waiting until the end of the day |
| | | Enters all information into Trip Master to update logs |
| | | Upon returning to the facility promptly checks in, accounts for returns and money and makes sure all pallets and product is off the trailer |
| | | Checks with Supervisor for debriefing, turns in all paperwork, reports any problem, picks up DOT Logs and clocks out |

Fischer v. Sysco
Sys 0362

## *PREFERRED WORK METHODS CONTINUED*
## *DELIVERY SERVICE ASSOCIATE*

| YES | NO | PREFERRED WORK METHOD |
|-----|----|-----------------------|
|     |    | If involved in an accident enters location 9999 in Trip Master. Calls Supervisor. Fills out accident forms completely and takes pictures of accident scene. |
|     |    | **DO NOT ADMIT GUILT**, Do not write up or sign any kind of statement. Make sure you look for witnesses and get their name and phone number(s). Make sure you take pictures and fill out ALL PAPERWORK in your accident kit completely. |
|     |    | Gives accident packet to Supervisor upon returning to the facility to be reviewed by Safety and Security |
|     |    | Obtains new accident packet |
|     |    | All accident packets must be turned into the Supervisor within 8 hours of occurrence |
|     |    | ANYTIME THE DRIVER LEAVES THE CAB, THE ENGINE IS OFF AND IT IS LEFT IN GEAR |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Revised December 2002

17
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0363

## *PEFERRED WORK METHODS*
### *Fresh Express*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives to work on time<br>• Punches in |
| | | Employee is properly dressed for work and has appropriate company issue equipment. **Employee must wear over the ankle, slip resistant, steel toe shoes.** |
| | | Hair and beards must be trimmed neatly to comply with health laws when entering the customers food preparation area |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Sign out equipment and do pre-trip. |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Plastic wrap all pallets needing to be wrapped making sure to wrap them all the way down to the bottom of the pallet and at least 2 times around |
| | | Make out load plan, following any special instructions. Insure pallets are planned and placed in proper routing order. |
| | | Insures trailer is pre-cooled to the proper temperature by checking reefer settings. |
| | | After all pallets and product are loaded secure with load bars |
| | | Put any hot line orders on proper truck. |
| | | Put splits onto trailer making sure they are for the correct route. |
| | | Make out final load plan noting any comments. |
| | | Remove dock plate from door, shut and lock door |
| | | Reports to dispatcher and obtains all delivery paperwork |
| | | Checks invoices and pickup requests noting any special handling concerns |
| | | Secures geographical maps for any unfamiliar customer locations prior to leaving |
| | | Pretrips delivery unit |
| | | Double checks loads to ensure it will not shift during travel, checks ramp, ladder and hand truck for proper working order and stows the hand truck |
| | | Uses 3 point stance at all times when entering and exiting the cab, side and rear door of the trailer |
| | | Never jumps from the truck |
| | | Enters information into onboard computer |
| | | Uses seatbelts continuously throughout trip |
| | | Checks out at guard gate and proceeds to first stop |
| | | Uses safe driving habits throughout trip |
| | | Surveys delivery site and parks so the product may be delivered safely and efficiently |

Fischer v. Sysco
Sys 0364

## *PREFERRED WORK METHODS CONTINUED*
### *Fresh Express*

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Turns on 4 way flashers and sounds horn before backing. Sets brake, turns off engine and leaves in gear before leaving the cab to double check surroundings |
| | | Sets brake & turn off engine. |
| | | Selects all invoices for the customer and enters information in Trip Master before exiting the cab |
| | | Exits the cab using 3 point stance and announces the delivery to the customer while also surveying the premises for hazards |
| | | Fully extends ramp and attaches it to the rear of the trailer |
| | | Places hand truck just outside his/her pivot radius |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>Doesn't twist, executes lift through placement without twisting torso |
| | | Never overloads the hand truck<br>• Can see over top box<br>• Does not overexert to handle the hand truck throughout the process<br>• Stacks heavy items on the bottom |
| | | Maintains control of the load while on the ramp or customers stairs, if out of control drops the load |
| | | Reconciles delivery and accounts for refusals, shorts or damage while making necessary deductions and records proper return codes on invoices |
| | | Has customer sign invoices and issues copies for customer records |
| | | Follows credit procedures. Calls Credit Department before issuing credit |
| | | Avoids walking on empty pallets |
| | | Down stacks any remaining product on the load that could shift during travel |
| | | Picks up and straightens up the cargo area throughout the trip |
| | | Returns and secures hand truck and ramp then closes rear doors |
| | | Enters all information into Trip Master before leaving the customer |
| | | Calls the Supervisor to report any delivery problems, delays or accidents |
| | | Completes paperwork throughout trip instead of waiting until the end of the day |
| | | Enters all information into Trip Master to update logs |
| | | Upon returning to the facility promptly checks in, accounts for returns and money and makes sure all pallets and product is off the trailer |
| | | Checks with Supervisor for debriefing, turns in all paperwork, reports any problem, picks up DOT Logs and clocks out |

Fischer v. Sysco
Sys 0365

## *PREFERRED WORK METHODS CONTINUED*
### *Fresh Express*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | If involved in an accident enters location 9999 in Trip Master. Calls Supervisor. Fills out accident forms completely and takes pictures of accident scene |
| | | Gives accident packet to Supervisor upon returning to the facility to be reviewed by Safety and Security |
| | | Obtains new accident packet |
| | | All accident packets must be turned into the Supervisor within 8 hours of occurrence |
| | | ANYTIME THE DRIVER LEAVES THE CAB THE BRAKE IS SET, THE ENGINE IS OFF AND IT IS LEFT IN GEAR |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Revised December 2002

Fischer v. Sysco
Sys 0366

## *PREFERRED WORK METHODS*
## *LOADER, DOCK UTILITY, FLOATER*

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Arrives to work on time<br>• Punches in<br>• Push I start into computer |
| | | Employee is properly dressed for work and has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Sign out equipment and do pre-trip, grab brooms and wrappers to be brought out to dock |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Read and sign off on any special instructions |
| | | Check for demands, or "b" routes using demand clipboard |
| | | Pick up clip board and go to the dock door route they are assigned to |
| | | Make out load plan, following any special instructions. Insure pallets are planned and placed in proper temperature compartments. |
| | | Insures trailer is pre-cooled to the proper temperature by checking reefer settings. |
| | | Check to see if freezer hi-rise is at the door, if not, go into freezer using the entrance door only and retrieve it |
| | | Put freezer hi-rise onto pallets, being careful that it is put onto the right one and make sure cases are for the right routes |
| | | Plastic wrap freezer pallets, making sure to wrap all the way down to the bottom of the pallet, and at least 2 times around the pallet |
| | | Load freezer pallets onto trailer being careful that they are in the right sequence (sound horn when exiting trailer) |
| | | Put up load bars |
| | | Put spring bar or load bar up for bulkhead, put bulkhead into place and secure with straps |
| | | Get hi-rise making sure to count cases needed |
| | | Put dry hi-rise onto correct pallet being careful to put hi-rise onto unitized account pallets |
| | | Put any demands onto their correct pallets as needed. Make sure demands are at door or are being picked |
| | | Plastic wrap all pallets needing to be wrapped making sure to wrap them all the way down to the bottom of the pallet and at least 2 times around |

Fischer v. Sysco
Sys 0367

## *PREFERRED WORK METHODS CONTINUED*
## *LOADER, DOCK UTILITY, FLOATER*

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Load cooler and dry pallets onto truck being careful to follow the load plan and proper sequence (sound horn when exiting trailer)<br>• If product must be floor loaded and stacked high make sure to watch stacking heavy on light<br>• If product has to be stacked high make sure to secure with load bar |
| | | After all pallets and product are loaded secure with load bars |
| | | Check around the dock and especially around the door to make sure all bulk pulls, demands, chemicals, etc. have been loaded onto trailer |
| | | Check special instructions to see if a hand jack is needed, if so put one onto trailer marking the number on the load plan |
| | | Put splits onto trailer making sure they are for the correct route |
| | | Make out final load plan noting any comments to help and inform the driver. Mark down the number of load bars and pallets used |
| | | Remove dock plate from door, shut and lock door |
| | | Place load plan in cooler catch weight box or other designated place |
| | | Sign up for next load |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting torso |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

**SAFETY MANUAL 2003**

**Fischer v. Sysco**
**Sys 0368**

## *PREFERRED WORK METHODS*
## *MAINTENANCE*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Checks with Supervisor to see if there are any immediate jobs to be taken care of |
| | | Obtains worksheet and enters all necessary information |
| | | Checks the Equipment Sign-out Log for any repairs |
| | | Always complies with the Lockout/Tagout procedures when performing repair work |
| | | Uses power tools and hand tools as they are intended to be used |
| | | Doesn't use tools or equipment with missing guards, damaged controls, broken handles, frayed cords, etc. |
| | | Puts away tools and cleans up when finished |
| | | Reports and/or corrects any problems noted |
| | | Keeps Managers and Supervisors updated on status of equipment repairs |
| | | Uses hazard cones to alert other employees to a work zone or potential hazard |
| | | Obtains MSDS when purchasing new chemicals |
| | | Wears appropriate PPE as defined by the job to be performed |
| | | Makes sure that containers are properly labeled and secured when not in use |
| | | Never welds or cuts with in 35 feet of unprotected flammable or combustible liquids |
| | | Handles and stores cylinders in a safe and secure fashion |
| | | Works with outside contractors on company safety policies |
| | | Checks ladders for integrity. Never uses a metal ladder for electrical repairs |
| | | When performing work in the air with a lift uses lanyard and full body harness |
| | | Does not exceed 30 p.s.i. when cleaning using compressed air |

Fischer v. Sysco
Sys 0369

## *PREFERRED WORK METHODS CONTINUED*
## *MAINTENANCE*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|------------------------|
|  |  | Operator always keeps emergency exits, fire extinguishers and stairways clear |
|  |  | Worker uses safe methods and practices at all times |
|  |  | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting |
|  |  | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0370

## PREFERRED WORK METHODS
## NIGHT CHECKER

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Checker goes to the appropriate dock door |
| | | Checks pallet for proper items and stacking <ul><li>Uses "pallet to bills" checking method</li><li>Looks over first zone of the pallet</li><li>Looks over the bills and marks the items that were seen on the pallet</li><li>If a mispick is found the checker calls the selector and lets them know that they need to bring the correct case to the door</li><li>Checker looks over the second zone on the pallet</li><li>Looks over the bills and marks the items that were seen on the pallet</li><li>Double checks the bills and identifies items that were not seen. Checks to see if these items are short, drops or marked out</li><li>If short calls the selector to bring the case to the dock</li><li>If drop calls the selector and lets them know that the item needs to be brought to the dock</li><li>If out makes a note on the check off documents. He is sure to make a note if it is a part fill on a multiple, or completely out</li></ul> |
| | | After the checker has checked every pallet for his/her route and returns to the loaders table |
| | | He pulls the catch weight sheets for that route and double checks to make sure that the weights that are written down are within the specific ranges |
| | | Checker returns all paperwork and catch weight sheets to the operations program clerk |
| | | To prevent injuries operator avoids walking on top of empty pallets |
| | | Notifies sanitation if slot needs cleaning |
| | | Worker uses safe methods and practices at all times |
| | | Uses proper lifting technique <ul><li>Gets close, doesn't reach unnecessarily</li><li>Grasps opposite corners</li><li>Grips correctly and bends knees</li><li>Draws product close prior to executing lift</li><li>Lifts with legs</li><li>Lifts with straight back</li><li>Pivots by shifting feet</li><li>Doesn't twist, executes lift through placement without twisting</li></ul> |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0371

# PREFERRED WORK METHODS
# PUTAWAY

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Obtains pallet problem form |
| | | Walks isles, looks for damaged and stray cases from slot and write item code or slot number on case and stages product in recoup area |
| | | Stocker keys onto RF letdown screen and enters area |
| | | Stocker obtains replenishment assignment from SWMS |
| | | Stocker travels to start of isle. When finished with current isle stocker looks for isle with most drops left |
| | | Stocker sets cases from pick slot. Removes pallet and places to pallet stack keeping junk, rebuild and good pallets separated. Stocker removes any cardboard slip sheet form pallet and slides it against nearby upright |
| | | Stocker travels a direct route to reserve slot and pick slot |
| | | Verifies slot number of product, product ID and date before removing pallet from reserve slot, scans license plate with RF device |
| | | If product should be taped/wrapped return to dock for runner to tape/wrap |
| | | Excessive inventory in pick location should be checked for: quantity, drop point, cube of items |
| | | Home slot transfer any excessive overstock |
| | | To prevent injuries operator avoids walking on top of empty pallets |
| | | Operator allows pedestrians to pass in isles. Gives other employees the right of way while in pick path. If operator is performing slot replenishment all selectors and pedestrians should stay back until complete |
| | | Stocker does not place double stack pallets in conventional pick slots. Doubled stacked pallets drive in slots must be rotated |
| | | If the Ti & Hi is incorrect the operator should notify slot and product control person or supervisor and place in Red Zone |
| | | Stocker notifies sanitation if slot needs cleaning |
| | | Stocker scans slot sticker on rack after putting pallet into slot |
| | | Stocker picks up empty pallets and travels to next slot remembering not to allow the empty pallet stack to block or obstruct travel in isle |
| | | When there are 12-15 pallets on the empty pallet stack the operator brings them to the dock or designated reserve location |

26
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0372

## *PREFERRED WORK METHODS CONTINUED*
### *PUTAWAY*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|------------------------|
| | | Places reserve pallet into designated reserve location spot and scans license plate and slot location to verify correct location |
| | | After last drop in designated isle and/or all received pallets are put away the operator checks with other stockers to see if help is needed |
| | | Operator never lifts or transports another employee on forks without a man-cage properly secured to the lift. If an employee is required to be raised into the air a full body harness should be worn at all times |
| | | Stacker takes problem to Red Zone and fills out form and notifies supervisor |
| | | Damaged product shall be reported to the supervisor. Do not remove license plate |
| | | Operator always keeps emergency exits, fire extinguishers and stairways clear |
| | | Worker uses safe methods and practices at all times during the receiving and checking functions |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0373

# PREFERRED WORK METHODS
## RECEIVER

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Arrives to work on time |
| | | Employee is properly dressed for work and has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspections on assigned dock equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Employee enters ID and assignment number into SWMS R.F device |
| | | Obtains paperwork from driver or prints own receiving documents |
| | | Informs outside driver of correct Ti & Hi information for each item and checks to make sure that it is correct. Issues appropriate instructions to outside driver. |
| | | Issues warehouse equipment to driver or lumper and observes operating skill. Informs supervisor when operating skill is below SYSCO standard |
| | | Checks load for unacceptable pallets. Makes available only acceptable pallets and receives no product on unacceptable pallets |
| | | Checks temperatures for frozen and refrigerated items. |
| | | Checks shelf life matrix if KFC item. |
| | | Receiver checks item description of necessary and UPC number of each item received against purchase order |
| | | Checks each pallet for damage and directs outside driver to remove unacceptable cases from the pallet or notes damage and contacts merchandiser. Accepts and signs for only undamaged product |
| | | Receiver makes sure that product is wrapped/tapped prior to applying label |
| | | Receiver marks in rack license plates front and back and stickers product in correct groupings with back sticker on top pallet of double stacked product |
| | | Receiver sticker's product in lower right hand corner, does not cover catch weights, and does not put the sticker on shrink-wrap. |
| | | Checks with merchandiser then supervisor if item information does not match purchase order or is not included on the PO. IBP loads must have claim number before drivers can leave |
| | | Notifies slot and product control person of incorrect Ti & Hi information or if item requires a home slot |
| | | Cubitrons product when needed using proper lifting technique |
| | | Writes total cases received per item in proper field on PO. Box incorrect case counts |
| | | Fills out the incoming examination record for several trailers per day |
| | | For bag items received the receiver obtains the black light from the supervisor's office and checks load |
| | | Inspects some of the produce items and fills out receiving records for all produce trailers. If any questionable items are found receiver is to call the produce quality person to inspect |

Fischer v. Sysco
Sys 0374

## *PREFERRED WORK METHODS CONTINUED*
### *RECEIVER*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|---|
| | | Signs and dates each PO when completed |
| | | Receiver records quality of pallets exchanged, shortage or overage on invoice |
| | | When PO is completed receiver circles total quantity received, changes item total if necessary and closes PO |
| | | Keeps area clean and does not block any exits, fire extinguishers, electrical boxes, etc. |
| | | Follows HACCP receiving procedures as described in training for those affected products |
| | | Worker uses safe methods and practices at all times during the receiving and checking functions |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting torso |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0375

## *PREFERRED WORK METHODS*
## *REPLENISHMENT*

| YES | NO | PREFERRED WORK METHOD |
|-----|----|-----------------------|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Operator obtains fork pull labels, door assignment sheet and slot replenishment paperwork |
| | | Operator organizes replenishment labels and bulk pull labels by route numbers |
| | | Fork pulls are placed at the correct door with selection labels in plain view |
| | | Operator continually monitors outs called by the selectors. For optimal product flow the operator is given priority to replenish before selector reach the pick slot |
| | | Operator follows product rotation procedures while replenishing slots |
| | | Operator travels in a direct route from the reserve location to the pick slot |
| | | Dependant on time and nature of product the Stocker tapes/wraps product to prevent product from falling or tipping over |
| | | Operator places trash into the trash receptacles before placing product into pick slot |
| | | Operator carries empty pallets along between replenishments within the same isle. Operator drops off empty pallets in the pallet storage area when leaving the isle |
| | | Operator avoids hand stacking large quantities of cases. Places extra cases, which will not fit on pallets alongside of the pallet taking care to keep separate from product in other slots to prevent mispicks. Notifies supervisor immediately if product is over-stocked |
| | | Slot replenishment sequence:<br>• Removes empty pallet from slot<br>• Retrieves next pallet in rotation from the reserve slot<br>• Places full pallet into empty slot<br>• Cuts and removes plastic<br>• If several cases remain on pallet being replenished follow PWM listed above |

Fischer v. Sysco
Sys 0376

## *PREFERRED WORK METHODS CONTINUED*
## *REPLENISHMENT*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|------------------------|
| | | Operator allows selectors to pass in isles. Always give selectors the right of way while in pick path. If operator is performing slot replenishment all selectors and pedestrians should stay back 20 feet until complete |
| | | To prevent injuries the operator avoids walking on top of empty pallets |
| | | Operator never lifts or transports another employee on forks without consent from a supervisor and a man-cage properly secured to the lift. If an employee is required to be raised into the air a full body safety harness should be worn at all times |
| | | Operator notifies supervisor if a bad pallet is located, dropped cases in rack or shifted cases on pallet before attempting to fix the problem |
| | | Operator remains in assigned area until duties in that area are completed except when on breaks or when instructed to go elsewhere by a supervisor |
| | | When operator has completed all assigned duties a supervisor is contacted for other duties |
| | | Unusable or bad pallets are segregated throughout the shift and stored in the designated locations within the pallet area |
| | | Operator always keeps emergency exits, fire extinguishers and stairways clear |
| | | Worker uses safe methods and practices at all times during the receiving and checking functions |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting torso |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0377

# *PREFERRED WORK METHODS*
## *RETURNS PUTAWAY*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Checks all perishable products integrity before staging or put away. Recoup cases with damage.  Attaches QA card |
| | | Prints or obtains labels and places them on the correct product |
| | | Scans product and correct location before stacking product in the correct location |
| | | Any product that will not fit in the pick slot will be home slot transferred to a reserve location.  If the product returned is older that product should be placed in the pick slot and the product in the pick slot moved to reserve to retain the integrity of the product |
| | | During periods of inactivity (no returns to put away) the employee will stage pallets, ice cream containers or any other non-stock items to their assigned staging areas.  Pallets will be staged with like pallets |
| | | Any labels remaining after returns are put away, without product to match, will be given to the returns supervisor for further investigation |
| | | To prevent injuries operator avoids walking on top of empty pallets |
| | | Operator allows pedestrians to pass in isles.  Gives other employees the right of way while in pick path.  If operator is performing slot replenishment all selectors and pedestrians should stay back until complete |
| | | Stocker notifies sanitation if slot needs cleaning |
| | | Operator never lifts or transports another employee on forks without a man-cage properly secured to the lift.  If an employee is required to be raised into the air a full body harness should be worn at all times |
| | | Operator always keeps emergency exits, fire extinguishers and stairways clear |
| | | Worker uses safe methods and practices at all times |

Fischer v. Sysco
Sys 0378

## *PREFERRED WORK METHODS CONTINUED*
## *RETURNS PUTAWAY*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----------------------|
| ✓ | | Uses proper lifting technique |
| | | • Gets close, doesn't reach unnecessarily |
| | | • Grasps opposite corners |
| | | • Grips correctly and bends knees |
| | | • Draws product close prior to executing lift |
| | | • Lifts with legs |
| | | • Lifts with straight back |
| | | • Pivots by shifting feet |
| | | • Doesn't twist, executes lift through placement without twisting |
| | | Follows all safety rules for operating equipment |
| | | • Sounds horn as needed while on equipment |
| | | • Doesn't jump from equipment |
| | | • Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0379

# *PREFERRED WORK METHODS*
## *SANITATION*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Performs pre-trip inspection on assigned equipment |
| | | Lift operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Checks with Supervisor to see if there are any immediate jobs to be taken care of |
| | | If there are no priorities, then proceeds to Master Sanitation Schedule and begins work for the day |
| | | Cleans up spills immediately if announced over PA system to avoid injury due to the spill |
| | | Wears PPE when cleaning |
| | | Checks if unsure of a particular cleaning product and the hazards associated with the product |
| | | Operator always keeps emergency exits, fire extinguishers and stairways clear |
| | | Worker uses safe methods and practices at all times |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |
| | | Turns in completed sanitation schedule to Supervisor or Manager |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0380

# *PREFERRED WORK METHODS*
## *SELECTOR*

| YES | NO | PREFERRED WORK METHOD |
|-----|-----|-----|
| | | Arrives for work on time, clocks in and enters "I Start" into computer |
| | | Employee is properly dressed for work and has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Obtains order |
| | | Checks cube for placement and location on selection vehicle |
| | | Writes name on weight sheets and batch label |
| | | Reviews labels and decides which side he/she should operate pallet jack based on location of pick slot. Operator then travels directly to first pick location |
| | | Constantly surveys ahead in pick path looking for others, broken pallets, debris, water on floor, etc. |
| | | Comes to a controlled stop, only allowing the jack to coast a couple of feet, and dismounts on the side of the equipment on which he/she is traveling on |
| | | Does not park in the middle of an isle |
| | | Places equipment adjacent to the pick slot with regard to the pallet and zone of the selected product |
| | | Obtains the selection label from the backing while walking to the slot and places the label on the outside of the case. If multiple items are needed place labels on each case as it is being picked<br>• Reads slot number, quantity and product description on the pick label and matches with the product to be picked<br>• Places label on the uppermost case of the product level in the slot. The case with the receiving tag on it should be left until last for inventory control purposes<br>• Selects all over-stock product and/or recoups product first<br>• Does not undercut product<br>• Uses case hook for hard to reach product<br>• Places product in the designated location of the selected vehicle whenever possible keeping case rearrangement to a minimum<br>• Reads next label and mounts pallet jack on the side of the next pick slot |

**SAFETY MANUAL 2003**

Fischer v. Sysco
Sys 0381

## *PREFERRED WORK METHODS CONTINUED*
## *SELECTOR*

| YES | NO | PREFERRED WORK METHOD |
|-----|----|----|
| | | When a selector reaches a pick slot requiring replenishment the following shall be done<br>• Checks adjacent slots for overstock<br>• Continue selecting until close to a phone<br>• Selector call drop on PA to letdown operator<br>• Selector uses correct phonic names and slot number<br>• Selector does not slam phone down |
| | | Select all product off the first pallet in push back racks |
| | | Selector needing a case from a second pallet in push back rack must first remove front pallet and slide it under push back rack |
| | | Multiple cases are obtained only whenever physically possible. Selector should never strain to pick up additional cases |
| | | Selector avoids parking in the cross isle to reduce congestion |
| | | Selector avoids parking along side another selector whenever possible and tries to park either ahead or behind the selector |
| | | A stable base is built on the selection vehicle |
| | | Selector reports any damaged product to a supervisor on the PA and continues picking |
| | | Catch weights, if required, are recorded according to company procedure |
| | | Properly stages pallets on the dock |
| | | After staging the product selector drives to designated area, turns in catch weight sheets and properly disposes of label backings |
| | | Selector either obtains the next batch or receives another assignment from a supervisor |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

Fischer v. Sysco
Sys 0382

## *PREFERRED WORK METHODS*
## *WILL CALL*

| YES | NO | PREFERRED WORK METHOD |
|---|---|---|
| | | Arrives for work on time |
| | | Employee is properly dressed for work an has appropriate company issue equipment |
| | | Complete stretch program |
| | | Attend pre-shift meeting |
| | | Performs pre-trip inspection on assigned equipment |
| | | Equipment operator obeys all safety rules while performing duties<br>• Keeps arms, legs and feet within operators area<br>• Travels with forks and load trailing/behind<br>• Uses caution when turning, at cross isles, around pedestrians<br>• Uses horn at appropriate areas<br>• Looks in direction of travel before moving |
| | | Reports to office to get radio and sign on computer |
| | | Selects freezer, cooler and dry product in that order |
| | | Selects multiple orders at one time, keeping order separate |
| | | Keeps radio on at all times |
| | | Place labels on cases while obtaining case, parking tugger close to slot and mount tugger from selection side of machine |
| | | Always travels direct route to next destination |
| | | Verifies all product descriptions against labels for accuracy |
| | | Returns promptly to Will Call area when completion of batch occurs |
| | | Responds when called on the radio |
| | | Gets prior approval from Supervisor for indirect job codes |
| | | Supervisor is notified if out of work for other job assignments |
| | | To prevent injuries the operator avoids walking on top of empty pallets |
| | | Operator always keeps emergency exits, fire extinguishers and stairways clear |
| | | Uses proper lifting technique<br>• Gets close, doesn't reach unnecessarily<br>• Grasps opposite corners<br>• Grips correctly and bends knees<br>• Draws product close prior to executing lift<br>• Lifts with legs<br>• Lifts with straight back<br>• Pivots by shifting feet<br>• Doesn't twist, executes lift through placement without twisting torso |
| | | Follows all safety rules for operating equipment<br>• Sounds horn as needed while on equipment<br>• Doesn't jump from equipment<br>• Is not careless in the operation of any equipment |

**PLEASE SEE PAGE 38 FOR COMMENTS AND SIGNATURE SECTION**

SAFETY MANUAL 2003

**Fischer v. Sysco**
**Sys 0383**

## COMMENTS AND SIGNATURE SECTION FOR ALL POSITIONS

1.  During the observation does the employee exhibit a positive and
    safe attitude?                                                     YES  NO

2.  Were any equipment problems, barriers or significant delays
    Encountered?                                                       YES  NO

3.  Was the job function performed safely?                             YES  NO

4.  Was the quality of work acceptable?                                YES  NO

If NO is checked please list reason(s) for negative response:

_____

_____

_____

Comments: _____

_____

_____

_____

Employee requires additional training in the following areas: _____

_____

_____

Questions for the Employee:
1.  Does the job just completed represent your normal work assignment? YES  NO

2.  Do you feel you have the normal skills required to do the job just
    observed?                                                          YES  NO

3.  Do you feel the need for additional training in the PWM of this job? YES  NO

4.  Do you feel, while performing the job just observed, that you worked
    faster, slower or equal to you're normal pace?                     F  S  E

Fischer v. Sysco
Sys 0384

## COMMENTS AND SIGNATURE SECTION FOR ALL
## POSITIONS CONTINUED

In your opinion, what could be done to create a more productive, safer work environment?

_____

_____

_____

_____

**Thank you for your participation and cooperation.**

I have reviewed this Preferred Work Method observation with management.

Employee signature: _____ Date: _____

Observer signature: _____ Date: _____

Please make any additional comments in the space provided below.

**Fischer v. Sysco**
**Sys 0385**

## *DOCK PLATE SAFETY OPERATIONS*

Safety and the operational procedures of the equipment in the warehouse are the responsibility of every employee. Knowing the equipment is the key to providing a safe working environment for yourself and those that are around you. A co-workers safety may depend on your knowledge at any given time.

## DOCK PLATE PWM's

Operator inspects the dock area (in front and behind dock plate) to ensure the area is free of any obstructions. Inspect the dock plate for any abnormalities and or deficiencies, i.e..... Cracked or frayed hoses, inoperable lights, cracked lenses, hydraulic fluid leaking, nicks, dents, and burrs that may cause any damage or harm. Inspect the garage door for abnormalities and or deficiencies, i.e.... The track is not bent, rollers are free of any debris, the safety sensor is not obstructed, and the pull rope/cord is intact.

- Operator depresses the RED stop button.
- Check behind the dock plate to ensure the metal locking bar is securely in place.
- Walk down behind the dock plate and raise the garage door. Ensuring that the bottom of the garage door is up past the safety sensor.
- Operator releases the RED stop button
- Depress the YELLOW lower button and hold for approximately three seconds, then walk over to the lock release ring and pull it out towards your body to release the dock plate.
- Operator doesn't enter the truck or step on the plate until it is securely resting on the back of the trailer.
- After completing the load, the operator raises the dock plate by pressing the BLUE raise button until the dock plate is completely raised.
- The operator then depresses the red stop button.
- Ensure that the metal locking bar is securely in place
- Walk down behind the dock plate and slowly lower the overhead door by pulling down on the attached rope.
- AT NO TIME SHOULD YOU WALK DOWN BEHIND THE DOCK PLATE WITHOUT ENSURING THE DOCK PLATE LOCKING BAR IS LOCKED IN PLACE.

Fischer v. Sysco
Sys 0386

# SECTION 3

## POLICY 620:  WRITTEN PROGRAMS

Fischer v. Sysco
Sys 0387

# *ACCIDENT REVIEW POLICY*

## DEFINITIONS

### Preventable Accident:

A preventable accident is an accident that is caused by an individual who failed to do everything reasonable to prevent the accident. A preventable accident can happen within the distribution facility, on the grounds of the facility, or on the road. A vehicle, forklift, or other tools may or may not be involved. The safety committee will determine whether or not an employee has done everything reasonable to prevent an accident.

### Lost Time Accident:

An accident to an employee regardless of how long he/she has been on duty. Where he/she is sent to the doctor and/or home and is unable to work for his/her next scheduled workday.

### Incident:

An accident to an employee regardless of how long he/she has been on duty. Where he/she is or is not sent to the doctor and/or home and is able to report back to work for his/her next scheduled workday.

### Accident categories:

There are (3) accident classifications: minor, serious, and major. The safety committee will decide into which classification each preventable accident will fall using the following guidelines:

A. Major Accident

An accident will be classified as "major" if the individual who caused the accident was:
   1. The accident was a result of gross negligence or reckless behavior.
   2. If determined the employee was working under the influence of alcohol or drugs, Management will make the final decision.

In either case, the amount of property damage or degree of injury to another individual is immaterial.

B. Serious Accident

An accident will be considered "serious" if the individual who caused the accident was careless and the accident resulted in bodily injury or resulted in property damage.

SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0388

# *ACCIDENT REVIEW POLICY CONTINUED*

**C. Minor Accident**
The accident will be "minor" if the individual causing the accident was careless but the resulting injury was slight and/or the damage was a small amount.

*Safety Committee*

The Safety Committee will make determinations as to which category each accident will be classified. The Safety Committee will also consist of peers of the employee involved in the accident that have had no more than 1 minor accident within the last revolving year. Employees with accidents found non-preventable will also be allowed to serve on the committee.
The individual involved in an accident, if he or she chooses, will have the opportunity to explain the circumstances surrounding the accident to the committee.

*Disciplinary Actions*

| Classification | Verbal Warning | Written Warning | 1 Day Suspension | Termination |
|---|---|---|---|---|
| Minor | 1st | 2nd | 3rd | 4th |
| Serous | | 1st | 2nd | 3rd |
| Major | Determined by Management | | | |

A combination of two minors and one serious can include disciplinary action up to and including termination. A combination of one minor and one serious is a one-day suspension. Disciplinary action is based on a twelve month rolling history. An employee involved in any type of accident at work with a total (any combination) cost of $150.00 or more will be asked to submit to a urine drug screen.

*Reporting an Accident*

All accidents, no matter how minor, must be reported immediately to your immediate Supervisor or Manager. **Failure to report an accident or intentional false information about an accident will be cause for disciplinary action up to and including termination.**

*Exclusions*

As discussed in section A above, management according to company policy will handle any accidents containing illegal substance or alcohol.

**Reckless Driving Complaints**
The Accident Review Committee will also review calls received due to dangerous/reckless driving by Transportation Delivery Associates. The complaints will be reviewed based on the merits and credibility of the call. These incidents will be reviewed in the same way as accidents.

**Safety Violations- (No Accident or Injury)**
All Reports of safety violations will be reviewed and appropriate disciplinary action, if any, will be taken by management.          Revised August 2001

Fischer v. Sysco
Sys 0389

**Safety Incentive Program**
**FY - 2003**
**Effective January 1, 2003**

The Safety Incentive Program will be based on fiscal quarters beginning in July and ending in June. As an employee you have the opportunity to receive a bonus as an individual as well as in a team setting. If you meet the criteria set forth below as an individual you will be eligible for the quarterly bonus listed. If you meet the criteria set forth below as a team, the team will be eligible for the Company match listed.

If an individual is involved in an incident (property damage costing over $150.00, an injury that requires a visit to a physician or an accident or property damage involving a truck/trailer) that individual will forfeit his/her Individual Bonus for that quarter, unless the accident review committee board finds the accident to be non-preventable. The Team will also forfeit the Team bonus for that quarter. The next quarter the individual involved will start at Level 1 for the Individual Bonus. The Team Bonus will also start at Level 1 for the team as a whole. Only the individual involved will forfeit the Individual Bonus due to the incident.

**Criteria:**
- No property damage in the facility costing $150.00 or more.
- No injury that initiates billing from a medical facility.
- No accident or property damage involving a truck or trailer that generates a bill, unless found non-preventable by the accident review committee.
- Employee must be working that quarter (exceptions: vacations, SYSCO Days, holidays). Leaves of Absence will affect eligibility.

**Employees Eligible:**
- All warehouse, transportation, fleet maintenance, occupancy and Cash & Carry employees (excludes administrative and clerical positions).
- If an employee is injured, causes property damage in excess of $150.00, or has a vehicle accident, other than a finding of non-preventable by the committee and changes groups for any reason, the group in which the event occurred will be penalized.
- New employees are eligible immediately, beginning at Level 1, though their bonus, if earned, will be prorated according to their time employed during that quarter.

**Preferred Work Methods**

**Warehouse Employees**
- When an employee violates a preferred work method they will receive verbal retraining by Safety Manager. If within the same quarter the employee violates the same preferred work method a second time, and then a third time, that employee will lose half of their individual bonus and half of their group bonus (if applicable). If the same employee is witnessed a fourth time violating the same preferred work method the employee will lose their full safety bonus(s) for that quarter including team bonus, (if applicable). Loss of the team bonus for individual due to preferred work method violation will not affect the rest of the team.

44
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0390

## Safety Incentive Program Continued

### Exceptions
- If an employee is witnessed climbing the racking to receive product or if witnessed being grossly negligent, (i.e. driving full speed from an isle into the dock area without honking the horn, etc.), the employee will lose half of their bonus(s) on the first offense.

### Transportation Employees
- When a driver violates a preferred work method they will receive verbal retraining by the Safety Manager or the Safety Coordinator. If within the same quarter the driver violates the same preferred work method a second time, and then a third time, that driver will lose half of their individual bonus and half of their group bonus (if applicable). If the same driver is witnessed a fourth time violating the same preferred work method the driver will lose their full safety bonus(s) for that quarter including team bonus, (if applicable). Loss of the team bonus for individual due to preferred work method violation will not affect the rest of the team.

### Exceptions
- If a driver is witnessed not performing a "Three Point Stance", or if witnessed being grossly negligent, (i.e. not following DOT regulations, traffic laws such as speeding and seat belt usage), the employee will be subject to loosing half of their bonus(s) on the first offense.

### Teams:
| | |
|---|---|
| Team A – Night Dry | Team E – Calera 2 |
| Team B – Night Cold | Team F – Panhandle |
| Team C – Day Warehouse | Team G – North Alabama |
| Team D – Calera 1 | Team H – Cash & Carry, Fleet Maintenance, & Occupancy |

| Individual Bonus Potential | Team Bonus Potential |
|---|---|
| Level 1 - $50.00 | Level 1 - $100.00 per employee |
| Level 2 - $75.00 | Level 2 - $125.00 per employee |
| Level 3 - $100.00 | Level 3 - $150.00 per employee |
| Level 4 - $150.00 | Level 4 - $175.00 per employee |

-Each employee has the opportunity to receive $925.00 per year in Safety Incentives!
-Senior Associates Program: Employees with more than ten years of service will have their individual and team bonus doubled.

The following are examples of the Program.

Example A: Here no one made the full bonus for the year. Mike hurt his leg in the second quarter. In doing so everyone in the team lost the team bonus for that quarter and they also started over the next quarter at the beginning of the Team Bonus schedule. Mike lost his team and individual bonus. While Jane was hurt in the third quarter, she did not seek treatment, which kept the team bonus secure. Blank hit a rack causing

Fischer v. Sysco
Sys 0391

**Safety Incentive Program Continued**

damage over $150.00. This accident again cost the team their bonus as well as Blank loosing his individual and team bonus.

| Quarter | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Injury or Accident | None | Mike Selector injures leg and goes to doctor | Jane Doe cuts arm, uses a Band-Aid and does not see a doctor | Blank Checker hits rack with lift. Over $150.00 Damage. |
| Team Bonus | -100.00 | 00.00 | 100.00 | 00.00 |
| Jane Doe | 50.00 | 75.00 | 100.00 | 150.00 |
| Mike Selector | 50.00 | 00.00 | 50.00 | 75.00 |
| Blank Checker | 50.00 | 75.00 | 100.00 | 00.00 |

Example B:  Here there were no accidents or injuries.  Everyone in the team received the full potential of the Incentive, $925.00 for the year.

| Quarter | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Injury or Accident | None | None | None | None |
| Team Bonus | 100.00 | 125.00 | 150.00 | 175.00 |
| Jane Doe | 50.00 | 75.00 | 100.00 | 150.00 |
| Mike Selector | 50.00 | 75.00 | 100.00 | 150.00 |
| Blank Checker | 50.00 | 75.00 | 100.00 | 150.00 |

*Nothing is so important that it cannot be done safely!!!!!!!!*

Revised December 2002

Fischer v. Sysco
Sys 0392

# *ERGONOMICS*

Ergonomics as defined by Webster's Dictionary is "the applied science of equipment design in order to reduce operator fatigue and discomfort."

For SYSCO Food Services of Central Alabama it is more than that. Here we seek to adapt the job and workplace to the worker by designing tasks within the worker's capabilities and limitations. Experience has shown that by bringing Ergonomics to the attention of everyone, it has significantly reduced the incidence of Cumulative Trauma Disorders (CTD's) and improves productivity. The goal is to prevent injuries and illnesses by removing their causes. For ergonomics, this goal includes reducing or eliminating worker exposure to ergonomic hazards or risk factors that lead to CTD's and related injuries and illnesses.

## BACK INJURY PREVENTION

While most back disorders result from cumulative trauma or gradual insult to the back over time, some injuries are caused by a sudden excessive load or fall. These disorders are typically the largest single category of all lost-time injuries, and have potentially enormous financial implications.

Because SYSCO Food Services of Central Alabama believes in a safe and healthy workforce, we have enlisted the help of Physical Therapists for the implementation of a stretching program that will be done at the beginning of every shift for 5 minutes. This program is to help the employee "warm-up" for the lifting, bending and reaching that will occur throughout the shift.

Watching what you eat and how much you eat, along with exercise, will also help in preventing back injuries.

## REACHING

The reach at which task components are performed affects the strength, precision capability, stress, and other biomechanical aspects of the worker. Therefore, maximum reach distance should be kept within the normal reaching distance. The distance depends on the difficulty of the task, the forces exerted, and the frequency of the activity. In other works, position your body so that the item is closer to you then your outstretched arm.

## LIFTING

Avoid using your back when lifting. Keeping your back straight while bending at the knees and waist will greatly reduce the potential for back injury. Positioning your body with the load as close as possible will also help reduce the potential for injury. If while lifting you find it necessary to turn or twist, move your feet as well. Many injuries occur in this process because the feet stay planted.

Fischer v. Sysco
Sys 0393

# *ERGONOMICS CONTINUED*

### CARRYING

Avoid carrying heavy loads great distances. Pick up the item that is needed. Turn around, while moving your feet. Place the item on a cart or pallet. If you must carry a heavy item, stop frequently to relieve the stress put on your body.

### TRAINING

Employees who are potentially exposed to ergonomic hazards are given formal instruction on the hazards associated with their jobs and with their equipment. This instruction will be given in the initial orientation of job responsibilities and during the hands-on training in their specific position.

### RETRAINING

Retraining will occur when there is a change in job assignments or as deemed necessary.

Fischer v. Sysco
Sys 0394

# *EMPLOYEE EMERGENCY PLAN*

SYSCO Food Services of Central Alabama has established the SYSCO EMERGENCY PREPAREDNESS PLAN (SEPP) which is maintained in the Safety Department. SEPP addresses all emergencies such as weather-related emergencies, Ammonia incidents, fires, building collapse and several others.

The EMPLOYEE EMERGENCY PLAN will address certain procedures in case of an emergency.

Maps with emergency exits and fire extinguishers are posted throughout the building in noticeable areas. Please take time to review these and familiarize yourself with the area in which you are assigned. Evacuation routes are listed as well as locations outside the building each department is to gather so that a head count may be taken to ensure all employees have vacated the facility.

## FIRE EMERGENCY

If a fire is observed notify the Supervisor immediately. The Supervisor is to:
- determine if plant evacuation is required
- notify plant management
- determine who will activate the alarm
- notify the Fire Department

Fire extinguishers are located throughout the facility. While the employee is not expected to fight fires, SYSCO Food Services of Central Alabama feels it's necessary to instruct the employee on the proper use and handling of an extinguisher.
- Locate extinguisher closest to the emergency
- Remove from wall and hold upright
- Pull pin
- Stand back 6 to 8 feet
- Point to the base of the fire
- Squeeze handle
- Use sweeping motion

**If the fire is so large that it cannot be contained or extinguished with one fire extinguisher, the alarm should be sounded and the facility evacuated, using the closest emergency exit or evacuation route. If the fire involves, or is suspected to involve hazardous chemicals, no effort should be made to extinguish the fire. Evacuation should be immediate. Once evacuation has occurred all employees are to move far enough away from the building as not to be in danger and, report to their respective locations as listed on the evacuation maps. The Supervisors of every department are then to take a head count to ensure all employees are out of the building.**

Fischer v. Sysco
Sys 0395

## *EMPLOYEE EMERGENCY PLAN CONTINUED*

### CHEMICAL EXPLOSION/RELEASE EMERGENCIES

SYSCO Food Services of Central Alabama uses Ammonia as the refrigerant for the cooler and freezer. In case of a Chemical emergency, the facility is to be evacuated immediately using the closest emergency exit. All employees are then to gather UP WIND as not to have chemical blowing toward them. **This is the only time during an evacuation that the employee is not to group as listed on the evacuation map due to the potential hazard of chemical exposure in that area.**

### WEATHER-RELATED EMERGENCIES

Weather-related emergencies will require personnel to seek shelter in an area of the facility that will protect them from possible building damage and/or structure failure. The areas of the facility are on the ground level in the warehouse between Operations and HR (both dry and cooler sides).
- Make sure ALL doors are shut and secured if possible.
- Stay away from exterior walls with and without glass.
- Do not go outside until given the all clear

All Supervisors and Managers are to ensure that all areas of the facility are clear of employees and that all employees have taken shelter.

### FLOOD EMERGENCY

In the event of a flood, employees will be instructed to evacuate the facility. The direction of evacuation will be determined by the nature and location of the flood. Local emergency response personnel will also be utilized to determine the direction of evacuation. As with any emergency, the employee should evacuate the facility in a calm, safe manner.

### EMERGENCY RESPONSE TEAM

SYSCO Food Services of Central Alabama has established an Emergency Response Team. These individuals are to be utilized in the event of any type of emergency and are to ensure that procedures are followed as outlined in the SEPP Manual.

| DAYS | NIGHTS |
|---|---|
| Judd Brogden – Safety | Mark Snodgrass – Operations |
| Eddie O'Connor – Operations | Craig Gottsacker - Operations |
| Doug Vertein – Operations | |
| Jim Wheat – Facility Maintenance | |

Fischer v. Sysco
Sys 0396

## *EMPLOYEE EMERGENCY PLAN CONTINUED*

**MEDICAL EMERGENCY**

On the day shift, the employee(s) listed below should be contacted and are certified in first aid. On the night shift, the employee(s) listed below should be contacted and are certified in first aid. If the listed employee(s) are not available, the supervisor should call for medical assistance by dialing 911.

| NIGHTS | DAYS |
|---|---|
| Mark Snodgrass - Operations | Judd Brogden - Safety |
| Mike Lydon - Operations | Christy Johnson - H/R |
|  | Scott Baggett - Operations |
|  | Jim Wheat - Occupancy |

For any other incidents of concern, contact your supervisor and ask that they check the SEPP Manual for further information.

On the following pages is a memo that is sent out concerning evacuation of the building. While your name is not currently listed, on future updates it will be listed within a specific group. Until that time, if an evacuation is necessary, join a group that includes your specific department. Notify the group leader that you are not listed. Updates are sent out with paychecks.

Revised December 2002

**Fischer v. Sysco**
**Sys 0397**

*Safety* 

## MEMORANDUM

**TO:**     **All Employees**

**FROM:**    **Judd Brogden**

**DATE:**    **January 21, 2003**

**SUBJECT:**  **Revised Fire and Ammonia Evacuation Plan**

---

**Please review the updated group list attached. Some groups have changed.**

In case of a fire the following rules should be followed.

- DO NOT USE THE ELEVATOR
- If a door is closed, feel the door before opening. If the door feels warm or hot to the touch use another exit.
- Do not panic. Walk calmly to an Emergency Exit.
  - Finance and Computer Room Areas use the fire exit in Multipurpose Room 6 and proceed to the guardhouse.
  - Merchandising area uses the front stairs or the fire exit in Multipurpose Room 5 and proceeds across the parking lot to the grass.
  - Sales areas use the stairs exiting to the truck lot and proceed to the guardhouse.
  - Meetings in Multipurpose Rooms 1-5 use the fire exit in Multipurpose Room 5 and proceed across the parking lot to the grass.
  - HR and Operations office areas use the front door and proceed across the parking lot to the grass.
  - Transportation and Warehouse areas use the doors exiting into the truck lot and proceed to the guardhouse.
  - If you are not in your regular area use the closest Emergency Exit and then proceed to the location specified below where roll will be taken to make sure that all have evacuated the building. See the attached list for your group, group number and leader (in bold).

| Group Number | Group Leader | Meeting Point |
|---|---|---|
| 1 | Micki Gibson | Edge of front parking lot near grass |
| 2 | Laura Adams | Edge of front parking lot near grass |
| 3 | Kristy Morris | Guardhouse |
| 4 | Elaine Hammond | Edge of front parking lot near grass |
| 5 | Glenda Turner | Guardhouse |
| 6 | Don McBee | Guardhouse |
| 7 | Gail Fant | Guardhouse |
| 8 | Carol Nunn | Guardhouse |
| 9 | Casey Wilkerson | Guardhouse |
| 10 | Steve Adams | Guardhouse |
| 11 | Scott Baggett | Guardhouse |
| 12 | David Beasley | Guardhouse |
| 13 | Craig Gottsacker | Guardhouse |
| 14 | Danny Jacobs | Guardhouse |
| 15 | Michael Lydon | Guardhouse |

The attached lists of names are those of who are normally here or have an office at this location. If you are not listed, and there is an emergency, you will need to report to the Administrative Assistant in your specific department. No one should remain in the building except for Maintenance and Safety. No one should re-enter the building until being given the ALL CLEAR by either the Safety Department or the Fire Department.

Fischer v. Sysco
Sys 0398

# Revised Ammonia Evacuation Plan

**Please review the updated group list attached. Some groups have changed.**

In case of an ammonia leak the following rules should be followed.
- LISTEN FOR PUBLIC ADDRESS SYSTEM ANOUNCEMENT.  YOU WILL BE DIRECTED TO LEAVE THE BUILDING THROUGH A PARTICULAR EXIT.
- Employees must exit the building in the opposite way of wind current.
- Do not panic.  Walk calmly to the stated Emergency Exit.
- Once outside the building, continue to walk to the back of the parking lot, depending on what side of the building you are directed to exit.
- Once at the end of the parking lot, find and notify your group leader.

| Group Number | Group Leader | Meeting Point |
|---|---|---|
| 1 | Micki Gibson | Depends on Wind Current |
| 2 | Laura Adams | " |
| 3 | Kristy Morris | " |
| 4 | Elaine Hammond | " |
| 5 | Glenda Turner | " |
| 6 | Don McBee | " |
| 7 | Gail Fant | " |
| 8 | Carol Nunn | " |
| 9 | Casey Wilkerson | " |
| 10 | Steve Adams | " |
| 11 | Scott Baggett | " |
| 12 | David Beasley | " |
| 13 | Craig Gottsacker | " |
| 14 | Danny Jacobs | " |
| 15 | Michael Lydon | " |

The attached lists of names are those of who are normally here or have an office at this location.  If you are not listed, and there is an emergency, you will need to report to the Administrative Assistant in your specific department. No one should remain in the building except for Maintenance and Safety.  No one should re-enter the building until being given the ALL CLEAR by either the Safety Department or the Fire Department.

Fischer v. Sysco
Sys 0399

## *Bloodborne Pathogens*

OSHA's Bloodborne Pathogen's Standard covers employees who, as a result of doing their job, could come in contact with blood or other potentially infectious material through the eyes, skin, mucous membranes, or under the skin by means of a cut, a prick from any sharp object, or even a human bite.

While this regulation was intended primarily for healthcare workers, fireman, police officers, etc., it is important for SYSCO Food Services of Central Alabama employees to understand the dangers present in coming in contact with body fluids even though the most common way that you could be exposed is while rendering simple first aid to another employee.

**Potentially infectious materials include the following:**
- Blood and blood components
- Fluid around the brain and spinal cord
- Fluid around the joints
- Fluid around the lungs
- Fluid around the heart
- Fluid around the abdomen
- Fluid around the fetus
- Vomit
- Urine
- Saliva
- Semen and vaginal secretions
- Any fluid you can't identify

Simply stated, bloodborne pathogens are MICRO ORGANISMS PRESENT IN THE HUMAN BLOOD AND CERTAIN OTHER BODY FLUIDS THAT CAN CAUSE DISEASE IN HUMANS.

These diseases include, but are not limited to:
- Hepatitis B, HBV
- Human Immunodeficiency Virus, HIV
  (The Virus that causes AIDS)

The information listed below will help you understand the infections mentioned above.

### *Hepatitis B*
HBV is a disease of the liver that is caused by the Hepatitis B Virus. Many people infected with HBV never feel sick, while others get a mild flu like illness. Other people get jaundice (yellow eyes and skin), feel tired, lose their appetite, and have other severe health problems after being infected with HBV. These symptoms can last as long as six months. HBV infection leads to death in about 1 in 100 cases.

While most infected people completely recover, up to 10 in 100 carry the virus for a long time with out having any symptoms. These carriers are infectious, which means they can spread HBV to others. And, carriers are at risk of developing serious, and sometimes fatal, liver diseases such as cirrhosis and liver cancer.

Fischer v. Sysco
Sys 0400

### *Bloodborne Pathogens Continued*

In the United States, there are about 1 million HBV carriers and 300,000 new HBV infections each year.

**Important Points about HBV**
<u>Spread mostly through contact with:</u> Blood, Semen, Vaginal Fluids, Saliva from a bite
<u>Survival of Virus outside the body:</u> Seven days or longer
<u>Vaccine available:</u> Yes. Series of 3 shots over 6 months.

#### *The AIDS Virus*

The Human Immunodeficiency Virus (HIV) can cause AIDS. HIV destroys the body's natural defenses against a wide range of illnesses and leads to death in most cases. A person infected with HIV may carry the virus for years before starting to look or feel sick. Even though that person may not appear to be sick, he or she is still infectious and can transmit the virus to others

<u>Important Points about AIDS</u>

<u>Spread through the contact with:</u> Blood, Semen, and Vaginal Fluids
<u>Survival of virus outside the body:</u> Several hours
<u>Vaccine available:</u> No

***TREAT ALL BLOOD AND BODY FLUIDS AS IF THEY ARE INFECTIOUS.*** You can't identify every person who may transmit infection. Yet you can't afford to since it takes just takes one exposure to become infected.

**If you are assisting in an emergency, remember:**
• Is the scene safe
• Always wear gloves
• Cover skin, especially on cuts, scrapes, skin rashes or other broken skin
• Don't touch objects that could be contaminated, such as blood-covered surfaces, clothing or linens.
• If there is a chance that the fluid may splash, cover your mouth, noses and eyes with protective equipment.
• Prevent direct contact with sharp objects such a knives, box cutters, or broken glass.
• Clean and decontaminate surfaces, containers and equipment that my have been exposed to blood or other body fluids.

#### *Cleaning blood and Body Fluid Spills*
• Wear eye and face protection if splashing is likely.
• Wear shoe protection or other protective clothing if contact is likely with blood or other body fluids.
• Put on gloves and clean area with disposable towel saturated with a germ killing cleaner. Bleach and water solutions are acceptable (1 part bleach/10 parts water).
• Wipe area with clean towels and let air-dry.

Fischer v. Sysco
Sys 0401

## *Bloodborne Pathogens Continued*

- Be sure to dispose of infectious material in leak proof bags identified or labeled as BIOHAZARD. Follow local or state regulations for disposal of regulated infectious waste. If you are unsure of these regulations, contact the Safety Manager.
- Remove glass last and wash hands with soap and water.
- If you get blood/body fluids on your body, wash the affected area immediately and report it to your supervisor.

*The following individual is qualified in First Aid*

| Name | Department |
|---|---|
| Scott Baggett | Day Warehouse |
| Judd Brogden | Safety |
| Christy Johnson | Human Resources |
| Jim Wheat | Occupancy |
| Mike Lydon | Night Warehouse |
| Kevin Shirey | Night Warehouse |
| Mark Snodgrass | Night Warehouse |

Revised December 2002

Fischer v. Sysco
Sys 0402

## *Right to Know/HazComm*

### HAZARDOUS CHEMICAL FACT SHEET

SYSCO Food Services of Central Alabama is required by law to train employees in the care, use and handling of hazardous chemicals. Training will occur upon employment and on an annual basis. Retraining will occur if there is a change in job responsibilities or when new hazards are introduced into the warehouse.

Several examples of personal protective equipment recommended for the safe handling of hazardous chemicals include safety goggles, splash goggles, gloves, protective aprons and respirators.

Hazardous chemicals can enter the body in three (3) ways, ingestion, absorption, and inhalation.

SYSCO Food Services of Central Alabama employees may be exposed to a number of chemicals but not limited to anhydrous ammonia, cleaning products, lubricants, fuels, etc.

Hazardous chemicals may be detected by sight, smell, and ambient air monitors.

SYSCO Food Services of Central Alabama's inventory of hazardous chemicals in use or in storage are located on the back wall of the dry warehouse and on "EA" aisle in the dry warehouse, as well as the maintenance area, shop and fuel islands.

Copies of the MSDS sheets for all hazardous chemicals are maintained in alphabetical order in the *Right to Know* station in the main warehouse break room.

*YOU HAVE A **RIGHT TO** KNOW ABOUT THE CHEMICALS YOU WORK **WITH** AND HOW TO PROTECT YOURSELF. YOU HAVE A DUTY TO USE WHAT YOU KNOW TO STAY SAFE.*

Hazardous materials can cause immediate or long-term health problems if not handled properly. **Acute Affect** may be severe and usually happen fast, such as from drinking poison. **Chronic effects** come from long time exposure, like smoking cigarettes.

These are three routes chemicals can take to enter your body and common symptoms, which might occur after exposure.

*Skin and Eye Contact (ABSORPTION)*
        Could produce burns, rashes, dermatitis, allergies, irritation and blindness.
*Inhalation*
        Could cause dizziness, nausea, or headache. It could also harm your nose, throat, and lungs.

Fischer v. Sysco
Sys 0403

## *Right to Know/HazComm Continued*

### *Swallowing (INGESTION)*
Could damage you stomach, liver, or other organs.

### COMMON SENSE PRACTICES WHEN HANDLING HAZARDOUS CHEMICALS

1.  **Handle all loads carefully.** *Wear protective equipment if needed (gloves, apron, face shield)*

2.  **Stack all boxes /containers in** *upright position.*

3.  **Never store chemicals above food products.**

4.  **Report damaged or leaking containers** *immediately. Use spill kits to contain a spill.*

5.  **Never flush chemicals down drains.**

6.  **Report abnormalities near refrigeration units** *immediately.*

7.  **Use extreme caution near battery acid.**

8.  **Know emergency shower and eyewash locations.**

### *Material Safety Data Sheets*

*SYSCO Food Services of Central Alabama has an MSDS on every hazardous material that we use, store, or sell. Copies of these MSDS are located in the warehouse break room at the "Right to Know" station. Additionally, MSDS's for chemicals used in process by the fleet maintenance, warehouse maintenance, and janitorial departments, are located in their respective departments.*

The following is a guide to information contained on a typical MSDS.

#### *Chemical Product and Company Identification*
The MSDS begins with the chemicals name-the same name on its label-plus name, address, and phone number of the company that makes or distributes the substance.

#### *Composition, Information on Ingredients*
This section lists any ingredients OSHA has identified as hazardous, and sometimes-other key ingredients as well.

*This section may also include the chemical's safe exposure*

Fischer v. Sysco
Sys 0404

## *Right to Know/HazComm Continued*

PEL (legal Permissible Exposure Limit set by OSHA), and/or -TLV (Threshold Limit Value) recommended by the American Conference of Governmental Industrial Hygienists.

### *Hazardous Identification*

This section lists the possible health effects of exposure to the chemical. Pay close attention to this section because you can learn:

Typical exposure route (inhaling, swallowing, eye or skin contact)

Length of exposure that could affect health (single, repeated)
Type of health effect (anything from eye irritation cancer) and how severe it's likely to be

Signs and symptoms of exposure (nausea, rash, etc.).

What organs could be affected.

Medical problems that exposure could make worse (high blood pressure, asthma, etc.)

### First Aid Measures

Know what to do if someone is exposed to the chemical. The MSDS may also suggest basic first aid measures until professionals arrive or when professionals aren't needed. For example;

Wash skin thoroughly and immediately after contact with the chemical.

Move a person who inhaled the substance into an area that has fresh air.

### *Fire Fighting Measures*

This critical section tells how likely the substance is to catch fire and under which circumstances. It may cover:

Flash point-temperature at which the substance could give off vapors that would burn

Reactions that could cause a fire or explosion

How likely fire are to start or spread quickly

### *There is also special information for firefighters, such as:*

What to use to put out the fire (foam, CO, etc.)
Fire-related risks, such as toxic fumes
Firefighting protective clothing and respiratory protection

Fischer v. Sysco
Sys 0405

## *Right to Know/HazComm Continued*

### *Accidental Release*

Section 6 helps prevent harm to people or the environment case the substance spills, leaks, or is released into the air. For instance:

How to contain a large or small spill or leak

Cleanup procedures-use absorbents, non-sparkling tools, etc.

Safety precautions-evacuate the area, stay upwind of vapors.

### *Handling and Storage*

You want to handle and store chemicals to reduce the chance of accident exposure. Section 7 instructions depend on the particular chemical's hazards, but may include tips like the

## Avoid contact with skin or eyes

Wash thoroughly after handling

Use spark-proof tools and explosion-proof equipment

Keep away from heat, sparks and flame

Use only in a well-ventilated area

Do not store in direct sunlight

Store in cool, dry place

### *Exposure Controls, Personal Protection*

Here's where you find out which personal protective clothing d equipment (PPE) can prevent exposure to the chemical

**Eye and face protection** - glasses, face shield, safety goggles

**Respiratory protection** - air purifying respirator (cartridge or canister) or, in more hazardous area, a positive pressure air supplied respirator.

**Skin protection** – gloves, suits, etc. The MSDS may suggest PPE or a specific material. such as neoprene, or with specific qualities, such chemically resistant.

### Physical and Chemical Properties

The physical and chemical properties described here sound scientific. But they can help you identify the type and degree of hazard you may face and the steps you need take to protect yourself.

Fischer v. Sysco
Sys 0406

## *Right to Know/HazComm Continued*

Normal appearance and odor are important to know so you'll recognize anything different and possibly dangerous.

**Physical state**, is it solid, liquid, gas?

**pH** measures acidity/alkalinity. A pH of 7 is neutral, but higher numbers are more alkaline and lower numbers are more acidic.  Knowing the pH of a chemical helps you decide the precautions you must take in using it safely.

**Vapor pressure** with higher numbers means faster chemical evaporation and greater risk of inhaling dangerous vapors

**Vapor density** compares the chemicals vapor density to of air, which is "1".  Vapor below 1 will rise in air.  Above 1, it will sink.

**Boiling point** is the temperature at which a liquid boils or changes to breathable gas.

**Melting point/freezing point** is the temperature at which the chemical changes from lid   to    liquid or liquid to solid-changing its hazards.

**Solubility in water** is how much of the chemical will dissolve in water.

**Specific gravity or density** compares the chemical's density or weight to that of water, which is "1". If below 1, the chemical will float in water, above 1, it will sink.

### *Stability and Reactivity*

Section 10 alerts you to conditions that could cause the substance to have a potentially hazardous reaction.

**Stability/Instability** Find out how well a chemical resists change or disintegration, plus conditions to avoid-heat, shock, pressure, and etc.-to prevent instability and hazardous reactions.

**Incompatibility** Some substances have a dangerous reaction when mixed with specific other substances or even air or water.

**Hazardous decomposition products** Learn whether the chemical will create new hazardous products such toxic gases when it breaks down or reacts.

**Hazardous polymerization** Sometimes a chemical 11 react with itself, releasing heat that could lead to explosion.

### *Toxicological Information*

Address how the substance was tested for health hazards and test results.

Fischer v. Sysco
Sys 0407

## *Right to Know/HazComm Continued*

### *Ecological Information*

This section explains what happens if the substance is released into environment (air, water, ground). The information might include the effects on fish, plants, birds, etc. or how long the chemical remains hazardous once its releases into the environment.

### *Disposal Considerations*

This section tells how e substance is classified and identified for proper disposal, with any special instructions or limitations.

### *Transportation Information*

Here you will find essential shipping information, including the Department of Transportation substance name and description, class, identification number, etc.

### *Regulatory Information*

OSHA, Environmental Protection Agency or other regulations that apply to this substance are provided here. Exported substances may have information on relevant regulations from other countries.

### **Other Information**

Anything else about the chemicals that could useful, such a copy of the chemicals label, information on MSDS revisions, etc., will be given in this section.

An example of a Material Safety Data Sheet (MSDS) follows.

Fischer v. Sysco
Sys 0408

## *Right to Know/HazComm Continued*



# SYSCO CHEMICAL — RELIANCE BLEACH JR-570

MATERIAL SAFETY DATA SHEET
NSN: 685000F031108
Manufacturer's CAGE: SYSCO
Part No. Indicator: A
Part Number/Trade Name: RELIANCE BLEACH JR-570
====================================================================

### General Information
====================================================================

Item Name: BLEACH
Company's Name: SYSCO CHEMICAL
Company's Street: 1390 ENCLAVE PKWY
Company's City: HOUSTON
Company's State: TX
Company's Country: US
Company's Zip Code: 77077
Company's Emerg Ph #: 713-584-1790
Company's Info Ph #: 713-584-1790
Record No. For Safety Entry: 001
Tot Safety Entries This Stk#: 001
Status: SE
Date MSDS Prepared: 01NOV91
Safety Data Review Date: 16AUG94
Preparer's Company: SYSCO CHEMICAL
Preparer's St Or P. O. Box: 1390 ENCLAVE PKWY
Preparer's City: HOUSTON
Preparer's State: TX
Preparer's Zip Code: 77077
MSDS Serial Number: BSMQH
====================================================================

### Ingredients/Identity Information
====================================================================

Proprietary: NO
Ingredient: SODIUM HYPOCHLORITE, HYPOCHLOROUS ACID SODIUM SALT
Ingredient Sequence Number: 01
Percent: 5-7
NIOSH (RTECS) Number: NH3486300
CAS Number: 7681-52-9
====================================================================

### Physical/Chemical Characteristics
====================================================================

Appearance And Odor: CLEAR, PALE YELLOW/GREENISH LIQUID W/A CHLORINE
ODOR
Boiling Point: SEE SUPP
Vapor Pressure (MM Hg/70 F): 17.5
Specific Gravity: 1.08
Solubility In Water: COMPLETE
pH: SUPP
====================================================================

### Fire and Explosion Hazard Data
====================================================================

Flash Point: NONFLAMMABLE
Extinguishing Media: APPROPRIATE FOR SURROUNDING FIRE
Special Fire Fighting Proc: USE WATER SPRAY FROM SAFE DISTANCE TO COOL
EXPOSED CONTAINERS, DILUTE LIQUID, CONTROL VAPORS. WEAR FULL PROTECTIVE
CLOTHING & SCBA. REMOVE CONTAINERS FROM AREA.

Fischer v. Sysco
Sys 0409

## *Right to Know/HazComm Continued*

Unusual Fire And Expl Hzrds: SODIUM HYPOCHLORITE IS AN OXIDIZING AGENT

VIGOROUS REACTIONS CAN OCCUR W/OXIDIZABLE MATERIALS IN A FIRE SITUATION.
CAN BE DECOMPOSED BY HEAT.
===============================================================================
### Reactivity Data
===============================================================================
Stability: YES
Cond To Avoid (Stability): HEAT, TEMPS >85F, DIRECT SUNLIGHT
Materials To Avoid: ANY ACID MATERIAL, AMMONIA, UREA, OXIDIZABLE
MATERIALS
& METALS SUCH AS NICKEL, COPPER, TIN, ALUMINUM & IRON
Hazardous Decomp Products: CHLORINE GAS
Hazardous Poly Occur: NO
===============================================================================
### Health Hazard Data
===============================================================================
LD50-LC50 Mixture: ORAL LD50(RAT): 12 G/KG (SEE SUPP DATA)
Route Of Entry - Inhalation: YES
Route Of Entry - Skin: NO
Route Of Entry - Ingestion: YES
Health Haz Acute And Chronic: EYES: LIQUID/MIST CONTACT CAN PRODUCE
SEVERE
IRRITATION. SKIN: LIQUID CONTACT CAN PRODUCE BLISTERING & ECZEMA.
INGESTION: CAN CAUSE CORROSION OF MUCOUS MEMBRANES & PERFORATION OF
ESOPHAGUS & STOMACH. INHALATION: MIST/FUMES CAN CAUSE BRONCHIAL
IRRITATION,
COUGHING, DIFFICULT BREATHING, NAUSEA & PULMONARY EDEMA.
Carcinogenicity - NTP: NO
Carcinogenicity - IARC: NO
Carcinogenicity - OSHA: NO
Explanation Carcinogenicity: NONE
Signs/Symptoms Of Overexp: EYES: LIQUID/MIST CONTACT CAN PRODUCE SEVERE
IRRITATION. SKIN: LIQUID CONTACT CNA PRODUCE BLISTERING & ECZEMA.
INGESTION: CAN CAUSE CORROSION OF MUCOUS MEMBRANES, PERFORATION OF
ESOPHAGUS & STOMACH. INHALATION: MIST/FUMES CAN CAUSE BRONCHIAL
IRRITATION,
COUGHING, DIFFICULT BREATHING, NAUSEA & PULMONARY EDEMA.
Emergency/First Aid Proc: EYES: IRRIGATE W/WATER FOR AT LEAST 15 MINS.
SKIN: FLUSH W/COPIOUS AMOUNTS OF WATER. INHALATION: REMOVE TO FRESH AIR.
INGESTION: RINSE MOUTH W/WATER. DRINK LARGE QUANTITIES OF WATER/MILK.
DON'T
INDUCE VOMITING. DON'T USE ACIDIC ANTIDOTES/SODIUM BICARBONATE. OBTAIN
MEDICAL ATENTION IN ALL CASES.
===============================================================================
### Precautions for Safe Handling and Use
===============================================================================
Steps If Matl Released/Spill: CONTAIN & RECOVER. PREVENT LIQUID FROM
ENTERING SEWERS/WATERWAYS. CLEAN-UP PERSONNEL SHOULD USE PROTECTIVE
EQUIPMENT TO PREVENT CONTACT. DON'T USE COMBUSTIBLE ABSORBENTS.
Neutralizing Agent: HYPOCHLORITE CAN BE NEUTRALIZED W/WEAK REDUCING
AGENTS.
Waste Disposal Method: PLACE IN A PERMITTED DISPOSAL FACILITY IN
ACCORDANCE W/FEDERAL, STATE & LOCAL REGULATIONS.

Fischer v. Sysco
Sys 0410

## *Right to Know/HazComm Continued*

Precautions-Handling/Storing: STORE IN CONTAINERS IN A COOL, DRY, WELL
VENTILATED AREA AWAY FROM DIRECT SUNLIGHT, HEAT & INCOMPATIBLE
MATERIALS.
STORE <85F.
Other Precautions: PROTECT CONTAINERS FROM PHYSICAL DAMAGE. THIS PRODUCT
DEGRADES W/AGE. USE A CHLORINE TEST KIT & INCREASE DOSAGE AS NECESSARY
TO OBTAIN THE REQUIRED LEVEL OF AVAILABLE CHLORINE.

### Control Measures

Respiratory Protection: USE NIOSH APPROVED RESPIRATORY PROTECTION. FOR
CANNISTER-TYPE RESPIRATORS, USE CHLORINE FILTERS.
Ventilation: LOCAL TO REMOVE VAPORS AT SOURCE. DON'T RELY ON GENERAL
EXHAUST.
Protective Gloves: IMPERVIOUS, POLYVINYL CHLORIDE (SUPP)
Eye Protection: CHEMICAL GOGGLES
Other Protective Equipment: CHEMICAL RESISTANT CLOTHING
Suppl. Safety & Health Data: ORAL LD50 DATA IS FOR A 12% AQUEOUS
SOLUTION
OF SODIUM HYPOCHLORITE. PH: 11.5-13. GLOVES CONT'D: TAPED TO CLOTHING.

### Transportation Data

### Disposal Data

### Label Data

Label Required: YES
Technical Review Date: 16AUG94
Label Date: 16AUG94
Label Status: F
Common Name: BLEACH
Chronic Hazard: NO
Signal Word: DANGER!
Acute Health Hazard-Severe: X
Contact Hazard-Severe: X
Fire Hazard-None: X
Reactivity Hazard-Slight: X
Special Hazard Precautions: EYES: LIQUID/MIST CONTACT CAN PRODUCE SEVERE
IRRITATION. SKIN: LIQUID CONTACT CAN PRODUCE BLISTERING &
ECZEMA.INGESTION: CAN CAUSE CORROSION OF MUCOUS MEMBRANES & PERFORATION
OFESOPHAGUS & STOMACH. INHALATION: MIST/FUMES CAN CAUSE BRONCHIAL
IRRITATION,MUCOUS MEMBRANE, LUNGS. ATORY TRACT.
Protect Eye: Y
Protect Skin: Y
Protect Respiratory: Y
Label Name: SYSCO CHEMICAL
Label Street: 1390 ENCLAVE PKWY
Label City: HOUSTON
Label State: TX
Label Zip Code: 77077
Label Country: US
Label Emergency Number: 713-584-1790
Year Procured: UNK

Fischer v. Sysco
Sys 0411

## *Right to Know/HazComm Continued*

### *Labels*

All containers of chemical products used, stored or distributed by SYSCO Food Services of Central Alabama are labeled in accordance with OSHA's Right To Know/Hazard Communication Standard (29cfr 1910.1200).

Not all labels are the same, however, the Haz/Com standard does require that all labels contain certain specific information a summary of which follows:

NAME OF THE CHEMICAL - the common name, chemical name, or both. If the substance contains more than one chemical, they will all be listed.
NAME, ADDRESS, and EMERGENCY PHONE NUMBER of the company that manufactured or imported the chemical.
PHYSICAL HAZARDS associated with the substance: Example-Flammable, corrosive, reactive etc.
HEALTH HAZARDS that could result from overexposure to the chemical: Example – "harmful or fatal if swallowed"
STORAGE AND HANDLING INSTRUCTIONS such as "use only in well ventilated areas" or "store in tightly closed container."
PROTECTIVE CLOTHING, EQUIPMENT or PROCEDURES that should be used to work safely with the chemical. Example- "Always wear safety goggles and rubber gloves when using this product". First Aid procedures may be listed on the label.

The information provided on a label is not to replace a Material Safety Data Sheet, but will give the user similar information.

### *Emergency Response Procedures for Skin or Eye Contact*

1.  Go to nearest eye wash or shower location.

    a.  If spills on clothes/body, remove clothing and shoes while showering. Rinse affected area(s) for 15 minutes

    b.  If spill/splash affects eyes, DO NOT RUB EYES. Flush eyes for 15 minutes. Remember to pull eyelids up and flush behind eyes.

2.  Spilled chemical should be identified and reported to supervisor immediately.

3.  Supervisor should remove MSDS sheet from binder and send it to hospital with injured party.

Medical waste

In the event a Medical Emergency occurs, and treatment is given, any waste from that treatment must be disposed off in a Red Container/Bag. The Red Container/Bag should not be disposed of in a regular trash container. All Red Containers/Bag should be brought to the Safety Department for proper disposal. At no time should the contents of any Red

Fischer v. Sysco
Sys 0412

## *Right to Know/HazComm Continued*

Container/Bag be manipulated in any way due to the potential for contamination and exposure to HBV and HIV. Gloves must be worn when working with Medical Waste and hands washed when completed.

### *Chemical waste*

In the event of a chemical spill, the product should be contained until the determination is made on the type of product and the proper procedures for disposal are verified. In the event of a large spill where an outside agency is needed, SYSCO Central Alabama would then call and consult with local authorities.

Revised December 2001

Fischer v. Sysco
Sys 0413

# *PERSONAL PROTECTIVE EQUIPMENT*

Personal Protective Equipment (PPE) for the eyes, face, head and extremities will be needed for some Operations positions here at SYSCO Food Services of Central Alabama. Employees must use the equipment when it is found necessary for protection against workplace hazards.

The PPE Program addresses the requirements of protective equipment for ears, eyes, face, head, hands, feet, and respiratory system. SYSCO Food Services of Central Alabama will provide the necessary equipment, with the exception of shoes, which will be addressed later. It is also the Company's responsibility to enforce the use of this equipment to avoid potential injury or illness.

## HAZARD ASSESSMENT AND EQUIPMENT SELECTION

The intent of this program is to assess each work area with the purpose of determining if hazards are present, or likely to be present. The PPE Hazard Assessment indicates which work areas, job functions, and employees will be required to use PPE's.

The hazard categories are listed on the hazard Assessment to assist with the identification of hazard exposures. The evaluation will consider the potential for injury and whether the potential is high, possible of low. After deciding the likelihood that an injury could occur, the assessment will then indicate the potential seriousness of any injury or illness that may result. The PPE Hazard Assessment then indicates the type of required PPE selected to provide protection for the employees of SYSCO Food Services of Central Alabama.

In work areas or job classifications that expose the employee to hazards, SYSCO Food Services of Central Alabama will:

- Select PPE based upon the hazard assessment
- Communicate PPE selection decisions to affected employees
- Select PPE that properly fits each affected employee
- Require employees to wear PPE to avoid injury
- Not allow the use of defective or damaged PPE

## EMPLOYEE TRAINING

SYSCO Food Services of Central Alabama is committed to providing training to each employee who will be required to use PPE. The requirement for using PPE will be determined by the hazard assessment. Each affected employee will be trained to know at least the following:

Fischer v. Sysco
Sys 0414

## *PERSONAL PROTECTIVE EQUIPMENT CONTINUED*

- When PPE is necessary
- What PPE is necessary
- Limitations of PPE
- How to properly put on, take off, adjust and wear PPE
- Proper care, maintenance, useful life and disposal of PPE

Before being allowed to perform work requiring the use of PPE, each affected employee will demonstrate an understanding of the training they receive. It is the Company's responsibility to verify that each affected employee has received and understood the training through a written certification containing the name of each employee, date of training and the subject matter covered during the training.

### EMPLOYEE RETRAINING

Affected employees will be retrained when management feels they no longer have the understanding and skill required by this program. Circumstances where retraining is required include, but will not be limited to:

- Changes in the work place that render previous training obsolete
- Changes in the types of PPE to be used which render previous training obsolete
- An inadequacy in an affected employee's knowledge or use of PPE, which demonstrates the employee, has not retained the requisite understanding or skill.

### PPE

SYSCO Food Services of Central Alabama will provide the appropriate PPE, based on the Hazard Assessment, to its employees who are required to wear them.

STEEL TOE SHOES are required because of the potential hazard of impact, compression or penetration injuries. The Maintenance Department will need to purchase shoes specifically designed to work with electrical hazards. Steel toe shoes will not be provided by the Company, but the Company will reimburse the employee $50.00 per year towards the purchase of steel toe shoes.

TRANSPORTATION DELIVERY ASSOCIATES are required to wear a work shoe with a slip resistant sole that completely covers the ankle. Tennis shoes will not be acceptable.

FREEZER CLOTHING is provided to those in that department because of the low temperatures.

EYE/FACE, HAND AND BODY (Aprons) protection is to be used whenever the employee is dealing with lift batteries or any other hazardous chemical.

Fischer v. Sysco
Sys 0415

## *PERSONAL PROTECTIVE EQUIPMENT CONTINUED*

EYE/FACE, HAND, HEAD AND BODY (Aprons) protection is to be used by the
Maintenance Department whenever dealing with electrical hazard.
HEARING protection will be used by anyone who enters the mechanical room.

RESPIRATORY protection is provided in three (3) forms.
        DUST MASKS are to be used whenever there is a potential for respiratory
        contamination such as sanding and grinding.
        RESPIRATORS WITH CARTRIDGES will be used by the Maintenance
        Department when dealing with general maintenance on the Ammonia System.
        SELF CONTAINED BREATHING APPARATUS'S (SCBA'S) will be used in
        the event of an Ammonia spill by the Emergency Response Team only.

### HAZARDS ASSESSMENT AND PPE REQUIREMENTS

On the following pages are lists of potential hazards and the PPE requirements based on
the department.

Fischer v. Sysco
Sys 0416

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

Work Area: Warehouse                    Date of Assessment: December 26, 2002

Job Function: Checkers

Person Conducting Assessment: Judd Brogden, Safety and Security Manager

Person Authorizing Assessment: Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

Signature: _Judson Brogden_                    Date: _12|26|02_

Fischer v. Sysco
Sys 0417

## *SYSCO Food Services of Central Alabama*

### *HAZARD ASSESSMENT FORM*
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:**  Warehouse                    **Date of Assessment: December 26, 2002**

**Job Function:** Dock Utility

**Person Conducting Assessment: Judd Brogden, Safety and Security Manager**

**Person Authorizing Assessment: Judd Brogden, Safety and Security Manager**

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

Signature:  *Judson Brogden*                    Date:  12/26/02

Fischer v. Sysco
Sys 0418

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Transportation          **Date of Assessment: December 26, 2002**

**Job Function:** Driver

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Over the ankle shoes with slip resistant soles. |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Over the ankle shoes with slip resistant soles. |
| **Compression:** Rolling or pinching | Possible | High | Over the ankle shoes with slip resistant soles. |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

Signature: _Judson Brogden_                              Date: _12|26|02_

Revised December 2002

Fischer v. Sysco
Sys 0419

# SYSCO Food Services of Central Alabama

## HAZARD ASSESSMENT FORM
## For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse

**Date of Assessment: December 26, 2002**

**Job Function:** Floater

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

**Signature:** *Judson Brogden*                    **Date:** _12/26/02_

Fischer v. Sysco
Sys 0420

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:**  Warehouse                    **Date of Assessment:** December 26, 2002

**Job Function:** Forklift Let Down

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

Signature:  *Judson Brogden*                    Date:  *12|26|02*

Fischer v. Sysco
Sys 0421

## *SYSCO Food Services of Central Alabama*

### *HAZARD ASSESSMENT FORM*
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Maintenance          **Date of Assessment:** December 26, 2002

**Job Function:** Forklift Mechanics

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | Possible | Medium | Face/eye, hand protection |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Medium | Medium | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Medium | Medium | Face/eye and hand protection, protective gloves |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

Signature: *Judson Brogden*          Date: 12|26|02

Fischer v. Sysco
Sys 0422

## *SYSCO Food Services of Central Alabama*

### *HAZARD ASSESSMENT FORM*
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse                    **Date of Assessment:** December 26, 2002

**Job Function:** Hi-Rise Stocker

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

Signature: *Judson Brogden*                         Date: _12|26|02_

Fischer v. Sysco
Sys 0423

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse                **Date of Assessment: December 26, 2002**

**Job Function:** Loaders

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

*Signature:* _Judson Brogden_                *Date:* _12|26|02_

Fischer v. Sysco
Sys 0424

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse          **Date of Assessment:** December 26, 2002

**Job Function:** Put-away

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

**Signature:** _Judson Brogden_          **Date:** _12|26|02_

Fischer v. Sysco
Sys 0425

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse                    **Date of Assessment: December 26, 2002**

**Job Function:** Quality Control

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

Signature: _Judson Brogden_                    Date: _12|26|02_

Fischer v. Sysco
Sys 0426

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse                    **Date of Assessment:** December 26, 2002

**Job Function:** Receivers

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

**Signature:** _Judson Brogden_                    **Date:** _12|26|02_

81
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0427

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Maintenance          **Date of Assessment:** December 26, 2002

**Job Function:** Sanitation

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | Possible | Medium | Face/eye, hand protection |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Possible | Medium | Face/eye, hand protection |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Possible | High | Face/eye and hand protection, protective aprons |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | Possible | Low | Welding shields |
| **Respiratory Contamination Sources:** Grinding, sanding | Possible | Low | Dust masks |
| **Respiratory Contamination Sources:** Ammonia | Possible | High | Appropriate fitted respiratory protection |

Signature: _Judson Brogden_          Date: _12|26|02_

82

Fischer v. Sysco
Sys 0428

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:** Warehouse                    **Date of Assessment:** December 26, 2002

**Job Function:** Selectors

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Low | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

**Signature:** _Judson Brogden_                    **Date:** _12|26|02_

83
SAFETY MANUAL 2003

Fischer v. Sysco
Sys 0429

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:**  Warehouse                    **Date of Assessment:** December 26, 2002

**Job Function:** Driver Check In

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| Impact Sources: Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| Impact Sources: Grinding or sanding | N/A | N/A | N/A |
| Penetration Sources: Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| Compression: Rolling or pinching | Possible | High | Steel Toe Shoes |
| Chemical Sources: Handling of injurious chemical, household | Low | Low | N/A |
| Chemical Sources: Handling of injurious chemical, all others (to include petroleum and lift batteries) | Low | Low | N/A |
| Temperature Changes: Exposure to low temps | Possible | Low | Protective Clothing |
| Optical Radiation Sources: Welding, all types | N/A | N/A | N/A |
| Respiratory Contamination Sources: Grinding, sanding | N/A | N/A | N/A |
| Respiratory Contamination Sources: Ammonia | N/A | N/A | N/A |

Signature: _Judson Brogden_                    Date: _12/26/02_

Fischer v. Sysco
Sys 0430

## SYSCO Food Services of Central Alabama

### HAZARD ASSESSMENT FORM
### For PERSONAL PROTECTIVE EQUIPMENT SELECTION

**Work Area:**  Warehouse          **Date of Assessment: December 26, 2002**

**Job Function:** Spotter

**Person Conducting Assessment:** Judd Brogden, Safety and Security Manager

**Person Authorizing Assessment:** Judd Brogden, Safety and Security Manager

| Category | Potential High, Possible, Low | Seriousness High, Medium, Low | PPE Required |
|---|---|---|---|
| **Impact Sources:** Dropped on, Struck by or strike against | Possible | Medium | Steel Toe Shoes |
| **Impact Sources:** Grinding or sanding | N/A | N/A | N/A |
| **Penetration Sources:** Sharp objects that pierce or cut | Possible | Medium | Steel Toe Shoes |
| **Compression:** Rolling or pinching | Possible | High | Steel Toe Shoes |
| **Chemical Sources:** Handling of injurious chemical, household | Low | Low | N/A |
| **Chemical Sources:** Handling of injurious chemical, all others (to include petroleum and lift batteries) | Low | Low | N/A |
| **Temperature Changes:** Exposure to low temps | Possible | Low | Protective Clothing |
| **Optical Radiation Sources:** Welding, all types | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Grinding, sanding | N/A | N/A | N/A |
| **Respiratory Contamination Sources:** Ammonia | N/A | N/A | N/A |

Signature:  _Judson Brogden_                    Date:  _12|26|02_

Fischer v. Sysco
Sys 0431

## *Forklift Operations and Safety*

The need for lift truck operator training is as great today as it has ever been in the past. OSHA states, "Only trained and authorized operators shall be permitted to operate a powered industrial truck." This program will discuss safety rules for lift truck operators as well as tips for the operators.

SYSCO food Services of Central Alabama uses the following lifts manufactured by *CROWN:*

- 35CSTT190 – Sit Down Lift Truck
- RR5020-45 – Stand Up Reach Truck
- PW3520 – Motorized Walk Behind Pallet Truck
- SP3020-30 – Stand Up High Rise
- PE3540-80 - Stand Up Pallet Truck (48 inch and 96 inch forks)

*RAYMOND:*

- Dock Stocker
  EASI R45 TT-M ~ Stand Up Reach Truck

This program will only address general safety rules with lift trucks. Specific training related to each piece of equipment will be conducted so that each employee will be knowledgeable in the operation of all lift trucks. Re-certification is required every three years.

*FAILURE TO FOLLOW THESE INSTRUCTIONS CAN CAUSE SERIOUS INJURY OR DEATH.*

**KNOW YOUR LIFT TRUCK**

The lift truck is designed to pick up and move materials. The lift truck has forks on the front to engage the load. The lift mechanism lifts the load so that it can be moved and stacked. The lift truck is based on the principle of two weights balanced on opposite sides of a pivot. This is the same principle used for a seesaw. In order for this principle to work for a lift truck, the load of the forks must by balanced by the weight of the lift truck. The location of the center of gravity of both the truck and the load is also a factor.

**STABILITY AND CENTER OF GRAVITY**

The center of gravity (CG) of any object is the single point about which the object is balanced in all directions. Every object has a CG. When the lift truck picks up a load, the truck and load have a new combined CG. The stability of the lift truck is determined by the location of its CG, or if the truck is loaded, the combined CG. The lift truck has moving parts and therefore has a CG that moves. The CG moves up and down as the upright moves up and down.

The CG, and therefore the stability, of the loaded truck is affected by a number of factors, such as the size, weight, shape, and position of the load; the height to which the load is elevated; the amount of forward or backward tilt; tire pressure; and the dynamic forces created when the truck is moved.

Fischer v. Sysco
Sys 0432

## *Forklift Operations and Safety Continued*

These dynamic forces are caused by things like acceleration, braking, turning, and operation on uneven surfaces or on an incline. These factors must be considered when traveling with an unloaded truck because an unloaded truck will tip over to the side easier than a loaded truck with its load in the lowered position.

### CAPACITY (Weight and Load Center)

The capacity of the lift truck is shown on the Nameplate. The capacity is listed in terms of weight and load center at a specific load height. The weight is specified in pounds or kilograms. The rating capacity for a lift truck, as it is equipped, must be shown on the nameplate. If the lift truck nameplate already had a rating for special load handling equipment, it will be shown. If the lift truck nameplate does not show the rated capacity, or if the lift truck equipment does not match that shown on the nameplate, the lift truck must not be operated until its capacity is known. **ANY CHANGE TO THE LIFT TRUCK OR ITS EQUIPMENT WILL CHANGE THE LIFTING CAPACITY.**

### INSPECTION BEFORE OPERATION

Inspect the lift truck daily before use using the check off sheet. **REPORT DAMAGE OF FAULTY OPERATION IMMEDIATELY. DO NOT OPERATE A DAMAGED OF DEFECTIVE LIFT TRUCK.**

### POWER SOURCES

SYSCO Food Services of Central Alabama uses only battery powered lift trucks.

### OPERATING TECHNIQUES

FASTEN YOUR SEAT BELT.
> If the unit being operated is equipped with any type of safety restraint (lap belt, harness) it must be engaged before use.

AUTHORIZED AND TRAINED OPERATOR ONLY.
> This means the operator must be trained to drive the lift truck and that the operator must thoroughly understand the procedures for lift truck operation.

OPERATE THE LIFT TRUCK ONLY IN THE AREAS THAT HAVE BEEN APPROVED FOR LIFT TRUCK OPERATION.
> Operate the lift trucks in the warehouse only.

NO RIDERS
> A lift truck is built for only one person. It is dangerous for anyone to ride on the forks or anywhere else on the lift truck.
> **If a lift truck is used to elevate a worker, a safety platform must be attached to the carriage. The platform must be specially built to meet or exceed the requirements of ANSI B56.1 1983.**

DRIVE CAREFULLY
> Observe traffic flow and intersections at all times. Sound horn at any blind intersection. Watch for other lift trucks that have stopped. Watch of pedestrians at all times.

Fischer v. Sysco
Sys 0433

## *Forklift Operations and Safety Continued*

### TRAVELING

Approach load slowly. Keep load as close to the ground a possible while traveling. Remember that the higher the load is off the ground the higher the CG is. Make turns slowly. Do not turn on an incline. When loaded, travel up and down an incline with the load uphill for better control. When unloaded, travel up and down an incline with the weight of the lift truck upgrade. A safe distance shall be kept from the edge of ramps or platforms while on elevated docks. Do not drive a lift truck with the forks in the raised position.

### PARKING A LIFT TRUCK

When a lift truck is left unattended, load should be lowered, controls in neutral, power shut off and brakes set. Wheels should be blocked if the truck is parked on an incline.

- A lift truck is UNATTENDED when the operator is 25 feet or more away from the vehicle, which REMAINS in his/her view, or whenever the operator leaves the vehicle and it is not in his/her view.
- When the operator is within 25 feet of the truck still in his/her view, the load should be lowered, controls in neutral and the brakes set.

### WARNINGS

- **Stop the lift truck completely before dismounting. Failure to do so may cause serious injury or death.**
- **If the lift truck tips over, do not jump off. Hold firmly to the steering wheel, brace your feet, and lean forward and away from the point of impact.**
- **Keep yourself and other clear of the lift mechanism. Never allow anyone under or on the forks.**
- **Keep arms and legs inside the operator's area. Arms and legs outside the operator area can be injured when passing obstructions.**
- **Travel slowly when turning. Lift trucks can turn over even at low speeds.**

### OUT OF SERVICE UNITS

In the event a lift truck breaks down or is need of a new battery the following procedures are to be followed.
- Contact the Supervisor
- The Supervisor will tag the unit out of service and contact Maintenance.
- Maintenance will retag the unit out of service. If the unit is repairable immediately, they will do so. If not, the unit will be towed to the maintenance area.
- Once the unit is repaired Maintenance will remove the tags and notify the Supervisor.
- The Supervisor will notify the employee if the equipment is needed.

**AT NO TIME SHALL ANY EQUIPMENT BE OPERATED WHEN AN *"OUT OF SERVICE"* TAG IS VISIBLE. DOING SO MAY RESULT IN SERIOUS INJURY OR DEATH. IF YOU ARE UNSURE, CONTACT YOUR SUPERVISOR BEFORE OPERATION OF EQUIPMENT.**

Revised December 2001

Fischer v. Sysco
Sys 0434

# *RESPIRATOR PROGRAM*

This program addresses the proper use and care of respirators to prevent exposure to harmful airborne contaminants. Whenever respirators are required to control harmful exposures, only respiratory equipment approved for that purpose should be used. National Institute of Occupational Safety and Health (NIOSH) must approve respirators used for Occupational Safety and Health and Mine Safety and Heath Administration (MSHA).

An evaluation of the work environment is used to determine if the employee exposure to airborne contaminants exists above acceptable levels. This analysis indicates if respirators are necessary to protect the safety and health of our employees.

After reviewing this operation, SYSCO Food Services of Central Alabama has determined that both Class 1 (Respirator with cartridges) and Class 2 (Self-Contained Breathing Apparatus, SCBA) respirators are needed in dealing with the Ammonia System.

Class 1 respirators are to be utilized in the general maintenance or service of the Ammonia System, while Class 2 respirators are to be used in the event of an Ammonia spill.

## RESPIRATOR CLEANING, MAINTENANCE AND STORAGE

Cleaning and maintenance of respirators (other then disposable dust masks) will be the responsibility of SYSCO Food Services of Central Alabama. Respirators will be issued when they are needed and a record of issuance will be maintained. Information concerning date of receipt, location and monthly inspection records will be maintained.

Respirators are stored to protect them from dust, sunlight, heat, extreme cold, excessive moisture and damaging chemicals. Unprotected respirators can sustain damaged parts or face piece distortion making them ineffective.

Before storage they are carefully wiped with a damp cloth and air-dried. They should not be stored by folding, hanging or put in a position that may deform the face piece and exhalation valve. They are to be sealed in clean plastic bags or by following the manufacturer's instructions.

## MAINTENANCE OF RESPIRATORS

Follow the manufacturer's recommendation for maintenance.

## CLEANING AND DISINFECTING

Each time an employee uses a respirator, it must be clean and in good working order. Respirators will be cleaned following every use, including respirators used in fit testing and training, by following the manufacturer's recommendations.

**Fischer v. Sysco**
**Sys 0435**

## *RESPIRATOR PROGRAM CONTINUED*

### MEDICAL EVALUATION FOR USERS OF RESPIRATORS

A medical evaluation to determine the ability to use a respirator will be provided before a job offer is made. A follow up medical evaluation will be conducted on the employee who gives positive responses to certain questions or whose initial medical exam demonstrates the need for a follow up.

The follow up medical exam will include any medical test, consultations or diagnostic procedures that are deemed necessary to make a final determination.

The following information, for the purposes of making a final determination as to the employee's ability to wear a respirator, will be furnished to the Health Care Provider.
- The type and weight of the respirator(s) to be used.
- The duration and frequency of respirator use.
- The expected physical work effort.
- Additional protective equipment and clothing to be worn.
- Temperature extremes to be encountered.
- A written copy of the respiratory protection standard and the respiratory protection program
- Supplemental information regarding an employee that was not previously provided.

A written recommendation regarding the employee's ability to wear a respirator will be obtained from the Health Care Provider and will provide only the following information.
- Any limitations on respirator use related to the employee's medical condition or workplace conditions.
- The need for any follow up.
- A statement from the Health Care Provider that a copy of the Health Care Provider's written recommendation has been provided to the employee.

Additional medical evaluations will be provided if any of the following occurs.
- The employee reports medical signs or symptoms related to respirator use.
- The employee is informed that he/she needs to be re-evaluated.
- Information from the respiratory protection program indicates a need for employee re-evaluation.
- A change occurs in workplace conditions that may increase the physiological burden on the employee.

### EMPLOYEE FIT TESTING

Employees will be fit tested with the same make, model, size and style of respirator that will be used at the workplace. The employee will be fit tested prior to initial use, when a different type of respirator is used and at least annually. An additional fit test will be required when it is observed that a change in the employee's physical condition has changed. If the fit of the respirator proves to be unacceptable to the employee, another respirator will be chosen and a fit test administered.

Fischer v. Sysco
Sys 0436

# RESPIRATOR PROGRAM CONTINUED

Every wearer will receive instructions on fitting, adjusting and how to determine if it fits properly. To assure proper protection and fit, the wearer shall check the face piece each time he/she puts on the respirator.

Respirators shall not be worn when conditions prevent a good face seal. Such conditions may be facial hair, sideburns, caps that project under the face piece or temple pieces on glasses. Also the absence of one or both dentures can seriously affect the fit of the face piece.

A proper seal cannot be established if the temple bars of glasses extend through the sealing edge of the full-face piece. Wearing of contact lenses in contaminated atmospheres with a respirator is not allowed. Systems have been developed for mounting corrective lenses inside full-face pieces. If corrective lenses must be worn, they shall be worn as not to affect the fit of the face piece.

## EMPLOYEE TRAINING

Upon completion of training the employee will understand and be able to demonstrate the following.
- Why the respirator is necessary and how improper fit, usage, or maintenance can compromise the protective effect of the respirator.
- What the limitations and capabilities of the respirator are.
- How to use the respirator effectively in emergency situations, including those in which the respirator malfunctions
- How to inspect, put on, remove, use and check the deals of the respirator.
- What procedures are for maintenance and storage of the respirator.
- How to recognize medical signs and symptoms that may limit or prevent the effective use of respirators.

Training will be provided prior to the employee being required to wear a respirator in the workplace.

## RETRAINING

Retraining will occur annually, when there is a change in respiratory equipment or if the employee has undergone a physical change.

Fischer v. Sysco
Sys 0437

## *RESPIRATOR PROGRAM CONTINUED*

### *Eye and Face Protection-General Guidelines*

1. Employees must use appropriate eye or face protection when exposed to hazards from ammonia.

2. Protective eye and face devices purchased on or after July 5, 1994, must comply with ANSI Z87.1-1989 or be equally effective. Devices purchased before that date and employers subject to OSHA's construction industry standards must comply with ANSI Z87.1-1968 or be equally effective

3. Face-shields should be worn only over primary eye protection (spectacles or goggles).

4. Persons whose vision requires the use of prescription lenses must wear either protective devices fitted with prescription lenses or protective devices designed to be worn over regular proscription eyewear.

5. Wearers of contact lenses must wear appropriate eye and face protection devices in a hazardous environment. Chemical environments, such as ammonia, may represent an additional hazard to contact lens wearers.

## Eye and Face Protection Selection

| Chemicals-acid and chemicals handling, degreasing, plating. | splash | Goggles, eyecup and cover types: for severe exposure, use face-shield |
| | irritating mists | Special-purpose goggles |

## Employees Guidelines for Respirator Use
### Required PPE

1. All employees required to wear a respirator must be fit tested by certified person(s) before using. Employees using respirators are also required to complete Appendix C to Sec. 1910.134, OSHA Respirator Medical Evaluation Questionnaire before using the respirator.

2. All employees required to use respirators must be retrained once a year.

3. Specific filter cartridges must be used when exposed to ammonia. Do not use any filter other than the one issued by your supervisor.

4. Respirator filters should be changed at least once a year. The filter must be marked with the date changed. The filter should be changed immediately if the smell or taste of ammonia is present when wearing the respirator. Never remove the respirator/filter when in an ammonia infected environment.

5. Always perform a positive/negative test after putting on the respirator.

Fischer v. Sysco
Sys 0438

# *RESPIRATOR PROGRAM CONTINUED*

6. Employee is responsible for keeping respirator clean and in good working condition.

7. Any problems/defects found with the respirator should be reported to the supervisor immediately.

Fischer v. Sysco
Sys 0439

# *LOCKOUT TAGOUT*

This standard helps safeguard employees from hazardous energy while they are performing service or maintenance on machines and equipment. The standard identifies the practices and procedures necessary to shut down and lock out or tag out machines and equipment, requires that employees receive training in their role in the lockout/tagout program, and mandates that periodic inspections be conducted to maintain or enhance the energy control program. This program will be updated and retraining applied as safety situations deem necessary.

The rule requires that, in general before service or maintenance is performed on machinery or equipment, the machinery or equipment must be turned off and disconnected from the energy source, and the energy-isolating device must be either locked or tagged out.

Lockout is the process of locking down any power source so that current is turned off to the affected machine or piece of equipment so that services may be performed. Tagout is the process used in the event that lockout cannot be used. SYSCO Food Services of Central Alabama utilizes Lockout and Tagout as well as trying the equipment, once current is disconnected, to ensure that no power remains.

All SYSCO Food Services of Central Alabama employees will receive training on Lockout Tagout.

- AFFECTED EMPLOYEES are those workers who are not involved with the service or maintenance of machinery but whose job requires them to perform various functions with the equipment.
- AUTHORIZED EMPLOYEES are those workers who are directly involved with the service or maintenance of machinery and building maintenance, and by training and designation are required to isolate equipment from all energy sources.
- OTHER EMPLOYEES (office personnel) are those whose work operations are or may be in an area where energy control procedures may be utilized.

All employees are required to comply with the restrictions and limitations imposed upon them during the use of lockout. Only those in the Maintenance Department are authorized to perform lockout procedures.

*All employees, upon observing a machine or piece of equipment that is locked out and in the process of being serviced or maintained, may not attempt to start, by-pass lockout devices, energize or use that machine or equipment. Failure to comply with the program and specific procedures stated in this program shall result in disciplinary action.*

SYSCO Food Services of Central Alabama has done a survey of the equipment in our facility to locate and identify all energy sources and energy isolation devices. This survey has determined what type of energy is used by each piece of equipment and identified switches, valves or other energy-isolating devices that are to by used for equipment lockout or tagout.

Fischer v. Sysco
Sys 0440

# *LOCKOUT TAGOUT CONTINUED*

## SEQUENCE OF LOCKOUT

Once a decision has been made to maintenance or service a piece of machinery or equipment the following steps MUST be observed.

- Notify all affected employees (employees not involved in service or maintenance) that servicing or maintenance is required on a machine or equipment by tagging that unit "OUT OF SERVICE" and that the machine or equipment must be shut down and locked out to perform the servicing or maintenance.
- The authorized employee (employees directly involved with service or maintenance) is required to know the company procedure, identify the type and magnitude of the energy that the machine or equipment utilizes, understand the hazards of the energy, and know the methods to control the energy.
- If the machine is operating shut it down by the normal stopping procedure (stop button, close valve, open switch).
- Disconnect or turn power off to the device.
- Lockout and Tagout the energy device with assigned individual locks. Assigned locks are keyed locks, specific to lockout, standardized and only used for lockout, and singularly by employee name or lock number.
- Stored energy or residual energy (such as elevated machine parts, air pressure or hydraulic systems) must be dissipated or restrained by methods such as grounding, repositioning, blocking or bleeding down.
- Ensure that the equipment is disconnected from the energy sources by first checking that no personnel are exposed, then verify the isolation of the equipment by operating the push button or other normal operating controls or by testing to make certain the equipment cannot operate. Turn the equipment on, it should not operate or move. CAUTION: Return operating controls to neutral or "off" position after verifying the isolation of the equipment.
- The machine or equipment is now locked out.

## RESTORING EQUIPMENT TO SERVICE

When the maintenance or service is complete on a piece of machinery or equipment the following steps MUST be observed.

- Check the machine or equipment and immediate area around machine or equipment to ensure that nonessential items have been removed and that the machine or equipment components are operationally intact.
- Check work area to ensure that all employees have been safely positioned or removed from area.
- Verify the controls are in neutral.
- Remove lockout device and reenergize machine or equipment. NOTE: The removal of some forms of blocking may require reenergization of machine or equipment before safe removal can occur.
- Notify affected employees that servicing or maintenance is complete and machine or equipment is ready to be safely used.

Fischer v. Sysco
Sys 0441

## *LOCKOUT TAGOUT CONTINUED*

**TESTING OR REPOSITIONING OF MACHINE, EQUIPMENT OR MACHINERY COMPONENTS**

In situations in which lockout or tagout devices must be **temporarily** removes from the energy-isolating device, and the machine or equipment must be energized to test or position the machine or equipment, or machinery components, the following steps MUST be observed.

- Clear the machine or equipment of tools and materials.
- Remove employees from the machine or equipment area.
- Remove the lockout and tagout devices.
- Before the equipment is energized, the authorized employee must make sure all employees are out of the area and away from the point of operation. The authorized employee will then proceed to energize the equipment only when assured that no one is exposed to the action of the machinery.
- Energize and proceed with testing and positioning.
- De-energize all systems and reapply energy control measures in accordance with the requirements already discussed under SEQUENCE OF LOCKOUT.

### PROCEDURE INVOLVING MORE THAN ONE PERSON

If more then one person and tag is required to lockout equipment, each person shall place his/her assigned lockout device on the energy-isolating device (multi-lock clasps). As each person no longer needs to maintain his/her lockout protection, that person can remove his/her device without endangering the safety of others still working on the machinery or equipment.

### SHIFT OR PERSONNEL CHANGES

If a change of shift or personnel occurs before work is complete on the machine or equipment a change over period must occur. This is done so that each authorized employee may safely exchange their assigned lockout device and that the authorized employee be fully briefed in the scope and stage of the work. The authorized person who assumes control of the lockout must place his/her lockout device and tag on the energy-isolating device and the person being relieved must then remove their lockout device.

**REMOVAL OF LOCKOUT/TAGOUT DEVICES BY OTHER THEN THE AUTHORIZED EMPLOYEE**

The employee who applied it may only remove lockout tagout devices and tags from each isolating device. However, the Facilities Manager may remove the lockout device if the authorized employee who applied it is not available and:

- It is verified that the authorized employee who applied the device is not at the facility.
- All reasonable efforts were made to contact the authorized employee to inform him/her that his/her lockout device has been or is about to be removed.

Fischer v. Sysco
Sys 0442

# *LOCKOUT TAGOUT CONTINUED*

- All supervisors and managers affected are convinced that it is safe to remove the lockout device.
- The authorized employee has this knowledge (that the lockout device has been removed) before he/she resumes work at that facility.

## INFORMING OUTSIDE CONTRACTORS

Outside contractors are to be informed of the elements of this program by the Facilities Manager. The contractor is to follow the guidelines set forth by SYSCO Food Services of Central Alabama and all applicable OSHA Standards or by using his/her specific program upon the review and approval of the Facilities Manager.

## ACCIDENTS CONCERNING LOCKOUT TAGOUT

The Safety Department is responsible to investigate all lockout accidents and reporting the cause of such accidents to the Operations Director and Facilities Manager before the machine or equipment is returned to service. If the accident involved the control of hazardous energy with a single lockout source and a lockout procedure had not been written prior to the accident, a specific procedure is written before work is continued. If the accident involved a specific procedure for a piece of equipment of equipment, the specific procedure is evaluated and modified (if needed) prior to authorizing work to continue.

## EMPLOYEE RETRAINING

Retraining is provided for all authorized and affected employees whenever there is a change in their job assignments, a change in machines, equipment or processes that present a new hazard, or when there is a change in the energy control procedures. Additional retraining is conducted whenever a periodic inspection reveals, or whenever the supervisor has reason to believe, that there are deviations from or inadequacies in the employee's knowledge or use of the energy control procedure.

Fischer v. Sysco
Sys 0443

# *ELECTRICAL SAFETY*

These rules are intended to protect employees from the electrical hazards that they may be exposed to even though equipment may be in compliance with installation requirements. When employees are working with electric equipment, they must use safe work practices. Such safety related work practices include keeping a prescribed distance from exposed energized lines, avoiding the use of electric equipment when the employee or the equipment is wet, and locking-out and tagging equipment which is de-energized for maintenance.

Another important safety practice involves the use of electrical protective equipment devices, such as rubber gloves and rubber mats for the purpose of insulation against live parts, or live-line tools for purposes of both insulation and manipulation of energized parts from a distance. To assure the protection of the employee, this equipment must be properly manufactured, maintained, and the employee must be trained in the use of the equipment.

There is a difference between these standards and the Lockout/Tagout Program. Lockout/Tagout helps safeguard employees from hazardous energy while they are performing servicing or maintenance on machines and equipment. Lockout/Tagout covers electrical energy sources, where this program covers exposure to electrical hazards from work on, near, or with conductors or equipment in electrical utilization installations.

This program will be updated as necessary. Outside contractors working in or on this facility will be required to adhere to this program.

## QUALIFIED PERSONS

SYSCO Food Services of Central Alabama recognizes a qualified person as one who is familiar with the construction and operation of the equipment and the hazards involved. A qualified person may be required to work on or near exposed electrical parts. A qualified employee is also authorized to lockout and de-energize electrical circuits.

### UNQUALIFIED PERSON

Unqualified persons are those who with little or no training in electrical equipment, but may be required to work near exposed electrical parts.

### PROCEDURES FOR WORKING ON ENERGIZED PARTS

**Before beginning work on energized parts the qualified employee must ensure that all Lockout/Tagout procedures are followed as outlined in this manual.**

Only qualified employees are allowed to work on energized parts. Such persons shall be capable of working safely on energized circuits and shall be familiar with the proper use of special precautionary techniques, PPE's, insulating and shielding materials and insulated tools.

**Fischer v. Sysco
Sys 0444**

## *ELECTRICAL SAFETY CONTINUED*

Employees are required to wear non conductive approved head protection wherever there is a danger of head injury due to electric shock or burns due to contact with energized parts. Employees are required to wear protective equipment for the eyes or face wherever there is danger of injury to the eyes or face from electric arcs of flashes or form flying objects resulting from electrical explosion. Electrician's gloves must also be worn when working with high voltage. Non-conductive mats and sleeves must also be used when working with high voltage.

Employees are required to use non-conductive tools and equipment when working near exposed energized parts. Use fuse pullers when pulling fuses. When using ropes, hand lines, tape measures, ladders or any other such equipment near exposed energized parts they should be made of non-conductive material.

Lighting is provided for all work on energized parts. **Employees may not reach blindly into areas, which may contain energized parts.**

If work is required in a confined work area, the employee is required to use protective barriers, insulating materials, etc. Doors of hinged panels are to be secured to prevent swinging into the employee.

Conductive material such as rings, necklaces and other jewelry may not be worn near energized parts.

Only qualified employees are allowed to clean around exposed energized parts.

## PROCEDURES FOR USE OF PORTABLE ELECTRICAL EQUIPMENT

- Cord and plug connected equipment is not to be raised or lowered by the cord.
- Power cords and extension cords are visually inspected before each use.
- Plug adapters that defeat grounding capabilities of cord set must not be used.
- Do not use tools in wet locations that are not designed for that use.
- Do no plug or unplug electrical cords with wet hands
- Do no cut off or remove ground pin from electrical plugs.
- GFCI cord sets or equipment must be used on all extension cords used in wet area.

## CURCUIT BREAKERS

- Routine opening and closing of circuit breakers to turn on lights or operate equipment is not done unless the circuit breakers are designed specifically for that purpose.
- **A circuit breaker may not be reset until the cause of the "trip" is determined.** However, if the "trip" can be determined to have been caused by an overload rather than a fault, then it may be reset.
- **Only qualified employees are authorized to reset circuit breakers.**

Fischer v. Sysco
Sys 0445

## *ELECTRICAL SAFETY CONTINUED*

### ALERTING TECHNIQUES

- Safety signs and or labels are used to indicate electrical hazards.
- Barricades are used to limit access to areas where exposed electrical equipment may be present such as during remodeling, installation of new equipment or construction
- Attendant may be required if barricades do not provide sufficient warning.

### USE OF FLAMMABLE LIQUIDS

When occasional use of flammable liquids occurs in the warehouse, electric equipment capable of igniting them shall not be used. Some examples include paints, solvents, cleaners and floor surfacing materials.

### TRAINING

The training provided to the employee of SYSCO Food Services of Central Alabama will be based upon their classification as Qualified or Unqualified persons as it relates to this program. The level of training will be based upon the risk to the employee as it pertains to the actual or potential jobs they may be expected to perform. Unqualified employees will be trained initially upon date of hire. Qualified employees will be trained on an annual basis.

Each training program consists of a classroom session and hands on exercises. This method of training provides relevant information and education for our employees. Training will be conducted under the supervision of the Facilities Manager.

Those affected employees who are not qualified to work on or near exposed energized parts shall be trained in and be familiar with the safety related work practices that apply to their job assignments. These may include the use of portable electrical equipment, circuit breakers and alerting techniques. In addition, any safe work practices not covered in the above rules but are necessary for their job assignment will be addressed in training.

Employees who are qualified to work on or near exposed energized parts are to be trained in and be familiar with the following.
- The skills and techniques to distinguish exposed live parts from other parts of electric equipment.
- The skills and techniques necessary to determine the nominal voltage of the exposed part.
- The clearance requirements specified in this program to be maintained from exposed energized parts.

In addition to the above, employees who actually perform work on exposed energized parts be trained in the procedures outlined in this program for working safely on energized parts.

Fischer v. Sysco
Sys 0446

## *ELECTRICAL SAFETY CONTINUED*

**Approach distances for qualified employees – Alternating current**

| Voltage range (phase to phase) | Minimum approach distance |
|---|---|
| 300V and less | Avoid contact |
| Over 300V, not over 750V | 1 ft. |
| Over 750V, not over 2kV | 1 ft. 6in. |
| Over 2kV, not over 15kV | 2 ft. |
| Over 15kV, not over 37kV | 3 ft. |
| Over 37kV, not over 87.5kV | 3 ft. 6 in. |
| Over 87.5kV, not over 121kV | 4 ft. |
| Over 121kV, not over 140kV | 4 ft. 6in. |

## EMPLOYEE RETRAINING

Retraining is provided for all Qualified and Unqualified employees whenever there is a change in their job assignments, a change in equipment or processes that present a new hazard. Additional retraining is conducted whenever a periodic inspection reveals, or whenever the supervisor has reason to believe, that there are deviations from or inadequacies in the employee's knowledge or use of the electrical procedure.

Fischer v. Sysco
Sys 0447

Fischer v. Sysco
Sys 0448

Safety Manual 2003

# *Acknowledgement and Receipt of Manual*

I understand that the Safety Manual describes important information about SYSCO Food Services of Central Alabama and that I should consult my manager regarding any questions not answered in the manual.

Since provisions of the manual are subject to change, I further understand that revisions to the manual may supersede or eliminate one or more existing policies.

I hereby certify that I have received a copy of SYSCO Food Services of Central Alabama Safety Manual and that I have read, understood and will comply with both the policies contained in this manual and any revisions made to it. I understand that this handbook belongs to the Company and I will return it when the Company no longer employs me.


_____        _____
Employee's Signature                           Date


_____
Employee's Name (Print)

Fischer v. Sysco
Sys 0449

# EXHIBIT D



*SFS Central Alabama*

# Employee
# Handbook

## 2004 Edition



**Sysco Food Services of Central Alabama, Inc.**
1000 Sysco Drive
Post Office Box 1750
Calera, Alabama 35040



**Fischer v. Sysco**
**Sys 0450**

# Table of Contents

| Series | Policy No. | Topic | Page |
|--------|-----------|-------|------|
| **100** | | **Introduction** | **3** |
| | 101 | Purpose of the Handbook | 5 |
| | 102 | Welcome to SYSCO Food Services of Central Alabama | 6 |
| | 103 | What is SYSCO | 7 |
| | 104 | Why We Are Successful | 8 |
| | 105 | Our Philosophy | 9 |
| | 106 | Our Beliefs | 10 |
| **200** | | **Employment** | **11** |
| | 201 | Employment Relationship | 13 |
| | 202 | Equal Opportunity Employment | 13 |
| | 203 | Statement on Unions | 14 |
| | 204 | Harassment in the Workplace | 15 |
| | 205 | Fair Treatment Policy | 16 |
| | 206 | Your Supervisor | 17 |
| | 207 | Outside Employment and Ownership | 17 |
| | 208 | Physical Examinations | 17 |
| | 209 | Drugs and Your Job | 18 |
| | 210 | Alcohol and Drug Usage | 18 |
| | 211 | Drug or Alcohol Abuse Problems | 19 |
| | 212 | Medical Examinations | 19 |
| | 213 | Definitions of Employees | 20 |
| | 214 | Hiring of Relatives | 20 |
| | 215 | Policy Against Violence | 21 |
| | 216 | Job Postings/Job Bids | 22 |
| | 217 – A | Prohibited Relationships | 23 |
| | 217 – B | Discouraged Relationships | 23 |
| | 218 | Employee Appeals Panel | 25 |
| **300** | | **Employee Benefits** | **27** |
| | 301 | Your Benefits in General | 29 |
| | 302 | Wage Comparison | 29 |
| | 303 – A | Pay Periods and Payday | 29 |
| | 303 – B | Bonus | 29 |
| | 304 | Direct Deposit | 30 |
| | 305 | Compensation for Overtime Hours | 30 |
| | 306 | Medical/Dental/Vision Insurance | 30 |
| | 307 | Life Insurance Plan | 31 |
| | 308 | Accidental Death & Dismemberment Insurance | 31 |
| | 309 | Retirement Plan | 31 |
| | 310 | SYSCO Savings Incentive Plan – 401(k) | 31 |
| | 311 | Employee's Stock Purchase Plan | 32 |
| | 312 | Employee Assistance Plan | 32 |
| | 313 | Supplemental Life and Dependent Life | 32 |
| | 314 | Supplemental AD&D | 32 |
| | 315 | Pre-Tax Premiums and Reimbursement Accounts | 33 |
| | 316 | Benefits Summary | 33 |
| | 317 | Short-Term Disability | 34 |
| | 318 | Long-Term Disability | 35 |
| | 319 | COBRA | 35 |
| | 320 | Annual Enrollment | 36 |
| | 321 | Social Security | 36 |
| | 322 | Workers' Compensation | 36 |
| | 323 | Vacations | 37 |
| | 324 | Sick Time | 37 |

**Fischer v. Sysco**
**Sys 0451**

| | | |
|---|---|---|
| 325 | Holidays | 38 |
| 326 | Leaves of Absences | 39 |
| 327 | Family and Medical Leave | 41 |
| 328 | Breaks | 44 |
| 329 | Credit Union | 44 |
| **400** | **Employee Responsibilities** | **45** |
| 401 | Orientation Period, Work Atmosphere and Work Behavior | 47 |
| 402 | Training | 47 |
| 403 | Personnel Information | 47 |
| 404 | Contribution To Success Through Extra Effort and Teamwork | 48 |
| 405 | Company Investigation Policy | 48 |
| 406 | Solicitation and Distribution | 48 |
| 407 | Disciplinary Procedure | 49 |
| 408 | Rules of Conduct | 49 |
| 409 | Dress Code | 52 |
| 410 | Uniforms & Grooming | 52 |
| 411 | Safety Shoes & Freezer Clothing -- Operations | 53 |
| 412 | Sanitation Rules | 54 |
| 413 | Safety | 55 |
| 414 | General Safety Rules | 55 |
| 415 | Vehicle Policies | 56 |
| 416 | Motor Vehicle Accidents | 58 |
| 417 | Notification of License Revocation | 59 |
| 418 | Attendance | 60 |
| 419 | Attendance for Probationary Employees | 61 |
| 420 | Night Warehouse Attendance Bonus | 62 |
| 421 - A | Swipe Cards | 62 |
| 421 - B | Security | 62 |
| 422 | Communication and Electronic Mail | 63 |
| 423 | Customer Charges | 64 |
| 424 | Cash Handling | 64 |
| 424 -- A | Delivery Associate Cash Handling | 65 |
| **500** | **Miscellaneous Information** | **67** |
| 501 | Confidentiality of Company Documents | 69 |
| 502 | Personnel Records | 69 |
| 503 | Communications | 69 |
| 504 | Break Room | 69 |
| 505 | Lockers | 69 |
| 506 | Searches on Company Property | 69 |
| 507 | Company Property | 70 |
| 508 | Company Telephones | 70 |
| 509 | Photographs | 70 |
| 510 | Gifts | 70 |
| 511 | Closing Remarks | 71 |
| 512 | Summing Up | 71 |

**Fischer v. Sysco**
**Sys 0452**



# SERIES 100:

# INTRODUCTION

3

**Fischer v. Sysco**
**Sys 0453**

(This page left intentionally blank.)

4

Fischer v. Sysco
Sys 0454

## POLICY NO. 101: PURPOSE OF THE HANDBOOK

This handbook should be used by you to get to know SYSCO Food Services of Central Alabama and to help you get the most out of your relationship with SYSCO Central Alabama.

The purpose of this handbook is to provide an overview of policies, procedures, and benefits that guide SYSCO Central Alabama's relationship with its employees. This handbook cannot anticipate every situation or answer every question about policy or employment. It is designed solely as a guide to help employees better understand their role at SYSCO Central Alabama. It is for general information only and does not replace more detailed policy and procedure manuals.

Much of this handbook is devoted to explaining pay, benefits, advancement opportunity, holidays, vacations, and other conditions at SYSCO Central Alabama. Please refer to this handbook to obtain general information, but also feel free to ask questions you may have. It is management's intent to make all SYSCO Central Alabama employees well informed in matters concerning their work and their company. We feel this handbook helps to accomplish this objective.

Fischer v. Sysco
Sys 0455

## POLICY NO. 102: WELCOME TO SYSCO FOOD SERVICES OF CENTRAL ALABAMA

I would like to take this opportunity to welcome each and every employee to SYSCO Food Services of Central Alabama. Your hard work and dedicated effort are what makes our company successful.

Teamwork, communication and coordination are the key ingredients to any profitable enterprise. This handbook serves as a guide to our organization with respect to these concepts, as well as to outline our policies, benefits and procedures. Please read it carefully and keep it for future reference.

SYSCO Food Services of Central Alabama is a wholly owned subsidiary of SYSCO Corporation. Our charge is to deliver food and food related products in a wholesome and efficient manner to customers within the food service industry. We are a service company committed to providing quality products at competitive prices. Like most companies, we have a mission statement. Unlike most companies, our mission statement consists of only two words – **SEEK PERFECTION**. This statement is short, meaningful, and hopefully memorable. It embodies our attitude toward our customers, our suppliers, and ourselves. As much as a handbook attempts to answer questions, provide information and establish guidelines it can never replace the true depth and soul of an organization. Simply put, when struggling for direction or dealing with fuzzy or gray areas, just "do the right thing". Use common sense. See your supervisor, a department manager and then senior management if the need exists.

As with any growing company in a competitive marketplace, we reserve the right to make appropriate revisions to the policies, procedures and benefits noted in this book. Such changes will be made both verbally and in writing and will be reflected in subsequent editions of the handbook.

We are pleased to have you as a member of the SFS Central Alabama team. Best wishes for a long and successful SYSCO career.

David R. Dickson
President



6

Fischer v. Sysco
Sys 0456

## POLICY NO. 103: WHAT IS SYSCO

Changing population and social trends are causing an ever increasing number of meals to be eaten away from home. SYSCO's business is supplying food and related products to restaurants, hotels, health care facilities, schools, and other institutions which provide those meals.

In 1969, nine independent entrepreneurs in food marketing and distribution recognized the emergence of eating out as an industry with exciting growth potential, as personal disposable income rose and more women entered the work force. They also recognized the growing complexity of the business and an increasing demand for regional and ultimately, national support from food distributors to supply expanding, hotel, hospital, and restaurant chains.

These companies merged to form SYSCO – "a Systems and Services Company". Its philosophy then, as now, is to be a trusted supplier, providing food service customers with broad product lines of consistently high quality.

Since its founding in 1969, SYSCO has grown from an idea into a $26 billion food marketing organization. Today, the corporation serves more than 420,000 food service customers throughout the entire continental United States, as well as portions of Alaska and Canada.

The past, present, and future success of SYSCO is based on its ability to create flexible marketing and distribution techniques required to service the needs of a broad range of customers across the country. As the acknowledged industry leader, with less than 10% of the total food service market, SYSCO is well positioned to increase its share of the industry.

Fischer v. Sysco
Sys 0457

## POLICY NO. 104: WHY WE ARE SUCCESSFUL

These attitudes keep the company strong and growing:

1. SYSCO Central Alabama stands for service through quality products at competitive costs. Everything we do in any area of the company is directed toward giving better service to our customers.

2. SYSCO Central Alabama stands for growth and a wholesome brand of progress. SYSCO is the largest company in its field. This size has come only as a result of success in serving our customers well through its quality products and friendly service.

3. SYSCO Central Alabama is a company, which is successful in highly competitive industries. The company grows and serves the public best in an atmosphere of strong competition. We are convinced that healthy, vigorous ethical competition is best for the company, the public and economy as a whole.

4. The company is genuinely interested in the welfare of those who work for it, those who own it, those who support it by buying its products and all those people we deal with in our regular activities.



8

Fischer v. Sysco
Sys 0458

## POLICY NO. 105: OUR PHILOSOPHY

### DO WHAT IS RIGHT

We want to create mutual confidence and respect by providing just and fair consideration for all. General rules aid this objective. It is not desirable to develop a rule for every situation, for eventually such rules become highly restrictive and self-defeating. By deciding individual cases on their own merits, the intent of providing the best individual consideration and treatment will be attained.

### GET RESULTS

Results are the measure of our performance and success. We must work to achieve results. Our best results are obtained when we work together as a team toward our company objectives.

### PROVIDE AN OPPORTUNITY FOR GROWTH

You will have the opportunity to make the best use of your abilities. To do this, continually look for ways to make your work easier and better. Take advantage of every opportunity to learn and perform other assignments. Cross training is good for both you and the company.

### MISSION STATEMENT

"Seek Perfection"

9

Fischer v. Sysco
Sys 0459

## POLICY NO. 106:  OUR BELIEFS

### TEAMWORK

Our methods of operation require employees who can work effectively with other employees. This quality will be considered when evaluating individual employees for promotion, rate increases, and transfer to other jobs in the company.

### STEADY WORK

It is our desire to provide steady work.  One of the most important things a person can have is a feeling of employment security.  Real employment security comes from our customers.  If they know our brands are of consistently high quality, fairly priced and we provide excellent service, they will continue to buy our products and we will have steady work.  Our true bosses are our customers.

### PROMOTIONS

When an opening occurs, we promote the most qualified employee.  We believe it is in the best interest of all employees that we have the most qualified person on each assignment.  We encourage you to increase your knowledge of your job.  Several factors will be considered when promotions are made, such as:  openings, your performance, and your qualifications.

### FAIRNESS

The reputation for honesty and fair dealings was established by the firm's founders, and it our most cherished asset today.  At SYSCO Central Alabama, you can expect to be treated justly and with respect for your dignity.

Your manager is an important member of your team.  He or she is the person, besides yourself, most concerned with your progress and your problems.  He or she is also in the best position to take action or provide assistance when you need help.  Any problem you have concerning work, salary, working conditions, rules, safety, health, personal career status, or any other matter, should be taken up with him or her first. SYSCO Central Alabama's supervisors have the direct responsibility to assure each employee that he/she will be treated fairly in every situation and to encourage the open communication that is so vital to the Company's future growth and development.

### CLEAN, SAFE AND HEALTHFUL WORK CONDITIONS

Cleanliness is important in the conduct of our Company's business.  Every effort is extended to carry the principle into all areas of our office building, warehouse, and truck shop so that employees will have a clean, safe and healthful place in which to work.  We appreciate your help in maintaining this safe, clean environment.

Fischer v. Sysco
Sys 0460



# SERIES 200:

# EMPLOYMENT

11

Fischer v. Sysco
Sys 0461

(This page left intentionally blank.)

12

Fischer v. Sysco
Sys 0462

## POLICY NO. 201: EMPLOYMENT RELATIONSHIP

This handbook is not an express or implied contract of employment. It is not to be considered as a guarantee of continued employment. SYSCO Central Alabama and the employee has an at-will employment relationship. At-will means that the employee has the right to terminate his/her employment at any time with or without cause or for any reason or no reason and the Company has a similar right.

This handbook does not make any promises of employment for any specified period of time, nor does any representative of SYSCO Central Alabama have authority to enter into an agreement for employment for any specified period of time.

In case of termination, an employee is required to return any and all company property. Employees are also expected to participate in an exit interview to discuss reasons for termination, forwarding address, final wage calculations, benefit conversions (if any), etc. Final paychecks may be obtained from the Human Resources Department.

## POLICY NO. 202: EQUAL OPPORTUNITY EMPLOYMENT

SYSCO Central Alabama was built upon teamwork and equal opportunity. We will continue to be successful when people are treated fairly, allowed to advance and to achieve their potential.

SYSCO Central Alabama recognizes its duty to continue to provide equal employment opportunity to all qualified persons and reaffirms its commitment that there will be no discrimination against applicants or employees because of race, religion, color, sex, age, national origin, military service, disability, or handicap and that all employees will be treated equally during their employment in matters of promotion, upgrading, selections of training, layoff and termination, benefits and rates of pay. ANY EMPLOYEE FOUND TO HAVE ACTED IN VIOLATION OF THIS STATED POLICY SHALL BE SUBJECT TO APPROPRIATE DISCIPLINARY ACTION.

Decisions made about an employee will be based on the person's ability, qualifications and performance. This requires that every aspect of a person's involvement with the Company (including recruitment, employment, promotions, transfers, compensation, benefits, personal development programs, termination, and recreational and social activities) be guided by the spirit as well as the letter of this policy.

We fully endorse these principles as the ethical and moral values that underline our democratic way of life, our national interest, and our purpose as a private employer.

Fischer v. Sysco
Sys 0463

## POLICY NO. 203: STATEMENT ON UNIONS

At SYSCO Central Alabama, we have adopted a progressive employee relations policy. We prefer to deal with all employees directly rather than through a third party. SYSCO Central Alabama, is a non-union company because we believe that our employees prefer being treated as individuals.

SYSCO Central Alabama accepts its responsibility to provide you with stable employment, competitive pay and benefits, and working conditions equal to or better than those of other similar companies within our industry. This will be done without any employee having to pay dues or other fees. We also respect the rights, and dignity of our employees. SYSCO Central Alabama will actively oppose, within the boundaries of the law, any attempt to limit your right to deal directly with supervisors and management.

Before you sign any document such as a union authorization card and give away your individual rights, we sincerely hope that you will consider all the facts. If union representatives ever approach you, we ask that you take the time to consider the motives of the person interested in promoting a union, and make every effort to obtain the whole truth. You should feel free to seek advice and information from your supervisor or any other member of management on any questions you may have on this subject.

Fischer v. Sysco
Sys 0464

## POLICY NO. 204: HARASSMENT IN THE WORKPLACE

It is the policy of SYSCO Central Alabama to provide a work environment free of discrimination and harassment. This includes harassment in the form of unsolicited or unwelcome overtures. Therefore, our policy strictly prohibits acts or comments of harassment whether they be physical or verbal, sexual or racial, which interfere with the working environment or terms and conditions of present or future employment.

Particular efforts will be made to assure that the working environment and the terms and conditions of employment are not interfered with because of sexual overtures, statements, nonconsensual physical contact, or other unwelcome acts.

This policy is applicable to all employees of SYSCO Central Alabama and is established to protect the rights of employees and applicants from harassment on the basis of race, sex, national origin, religion, disability, handicap, age, or veteran status. Each supervisory employee is responsible for compliance and communication of this policy. Violation of this policy will be grounds for disciplinary action, including discharge.

Complaints of discrimination or harassment will be investigated through the Fair Treatment Policy. Any employee who believes he or she has been the subject of any form of discrimination and/or harassment should report the alleged act immediately to the Human Resources Department or the Ethics Hotline *(local Hotline Number is 877-289-7972 *1111)*. An investigation of all complaints will be undertaken in accordance with the Fair Treatment Policy. Any supervisor, agent or other employee who has been found by the Company, after appropriate investigation, to have harassed another employee will be subject to the appropriate employment action.

The Company recognizes that the question of whether a particular action or incident is a purely personal, social relationship without a discriminatory employment effect requires a factual determination based on all facts in the matter. Given the nature of this type of discrimination, the Company recognizes also that false accusations of harassment can have serious effects on innocent women and men. We trust that all employees of the Company will continue to act responsibly to establish a pleasant working environment free of discrimination.

Fischer v. Sysco
Sys 0465

## POLICY NO. 205:  FAIR TREATMENT POLICY

Our Fair Treatment Policy provides that every employee, regardless of position, be treated with respect, dignity and in a fair and just manner at all times.  In keeping with this long recognized policy, all persons will be considered for employment, promotion or training on the basis of qualifications and experience.  One particular area of concern to us is that you are paid properly.  We can best accomplish this by your using the time clock for every hour worked.  Another concern is that you work in an environment free from discrimination and harassment.  We can achieve this by your prompt use of the Fair Treatment Policy.

We recognize that being human, mistakes may be made in spite of our best efforts.  We want to correct such mistakes as soon as they happen.  The only way we can do this is to know your problems and complaints.  NO MEMBER OF MANAGEMENT IS TO BUSY TO HEAR PROBLEMS OR COMPLAINTS FROM ANY EMPLOYEE.  If you have a problem or complaint, this is what you should do.

1.  Tell your immediate supervisor.  During this discussion, feel free to lay your cards on the table.  Your supervisor will listen in a friendly, courteous manner because it is our desire to understand and aid in solving problems which arise in your work.  Generally, you and your supervisor will be able to solve your problems.

2.  If you do not get your problems corrected with your immediate supervisor, see your supervisor's superior, who will obtain all the facts and try to settle your problem in a fair and equitable manner.  If you are still not satisfied, you may refer the entire matter to whomever is next in the chain of command or to the Human Resources Department.

3.  If, for any reason, after you have completed the above procedure we have not properly resolved the problem, you may refer the entire matter to the President.  NOTE:  It is the policy of SYSCO Central Alabama that all employee concerns and complaints shall be given full consideration.  THERE WILL BE NO DISCRIMINATION OR RETALIATION AGAINST ANY EMPLOYEE BECAUSE THEY PRESENT A COMPLAINT OR PROBLEM.



**Fischer v. Sysco**
**Sys 0466**

## POLICY NO. 206:  YOUR SUPERVISOR

You and your supervisor at SYSCO Central Alabama are partners, in a sense, and share a common interest. You can be sure that your supervisor is interested in your success and will be happy to guide you and help you in your job.  Supervisors are selected because of their experience and knowledge of our business and their ability as leaders.  Do not hesitate to ask your supervisor about anything that is not clear or to seek their help with any problem.

## POLICY NO. 207:  OUTSIDE EMPLOYMENT AND OWNERSHIP

SYSCO Central Alabama makes every effort to provide adequate earnings for all full-time employees in order that outside employment will not be necessary.  We understand, however, that occasionally, additional income may be necessary due to individual circumstances.  The company will permit employees to have outside employment under the following conditions:  All outside employment must be approved in writing by the Supervisor, the appropriate Department Head and the Director of Human Resources.

The company reserves the right to ask that the outside employment be terminated should it be determined that such employment is adversely affecting the employee's normal duties with the company.

It should be worth noting that outside employment is a secondary job and your primary responsibility is to your job at this facility.  No job at this facility should be left undone in order to go to a second job.

No employee shall participate in the management, revenues, or equity ownership of any supplier, competing business, customer, or consultant in any manner, which is inconsistent with the best interest, and welfare of the company.

## POLICY NO. 208:  PHYSICAL EXAMINATION

Potential Employees: All job applicants may be required to take a physical examination to determine whether they are physically able to perform the essential functions of the job, with or without a reasonable accommodation.  Such an examination will also include testing for illegal drug and alcohol use or abuse.

Active Employees: At any time during employment, if it appears that an employee has a physical or mental condition which is deemed to have a harmful effect on their work, themselves, and/or other employees, the company reserves the right to send the employee for medical examination and/or treatment, as needed. Medical examinations may be required following any on-the-job accident, leave of absence or whenever an employee demonstrates behavior patterns, which appear to be drug or alcohol related.  Examinations will include testing for illegal drug or alcohol use or abuse.  Submission to such examinations is a condition of employment and refusal to submit will result in discharge.  SYSCO Central Alabama bears the full cost of such examinations.

17

Fischer v. Sysco
Sys 0467

## POLICY NO. 209: DRUGS AND YOUR JOB

SYSCO Central Alabama is absolutely opposed to illegal drugs and to alcohol abuse and by Federal law must strive to insure a drug-free workplace. Drug and alcohol use and abuse is a threat to you and your family and to all of the people who work at SYSCO Central Alabama and depend on SYSCO Central Alabama for their livelihoods. We will not knowingly hire users of illegal drugs, and we will take appropriate action with respect to employees who develop drug or alcohol abuse problems.

The company may require active employees to submit to drug and/or alcohol screening tests in the event of any injury or accident on the job, or in the event of any suspicious behavior suggesting that an employee may be using or under the influence of drugs or alcohol. Effective January 1, 2004, random testing will be implemented for all employees. Employees, who after medical review, test positive in these situations, will be terminated. Employees who refuse to submit to such alcohol or drug screening will be terminated. Employees will be required to report to the designated clinic prior to the closing of the clinic that day.

We are willing to help employees help themselves. If you have a drug or alcohol problem, and you come forward to admit the problem, prior to being notified to take a drug test, the company will assist you in obtaining diagnosis, counseling and rehabilitation services in appropriate cases. If necessary, you may be granted a personal leave or sick leave subject to certain requirements.

Possession, sale, use or delivery of illegal drugs on Company property or while on Company time is strictly prohibited. Alcoholic beverages are not to be brought on to company premises without authorization. Violations of this policy will normally result in suspension or immediate discharge.

## POLICY NO. 210: ALCOHOL AND DRUG USAGE

SYSCO Central Alabama is concerned with its employees' safety and realizes that the state of an employee's health can affect job performance and safety.

Employees under the influence of alcohol or drugs while on the job pose serious safety and health risks to themselves and co-workers. Early recognition and treatment of alcohol or drug dependency problems is important to rehabilitation. Normal company benefits, such as short-term disability and group hospitalization, may be available to aid in any rehabilitation process.

SYSCO Central Alabama has established the following policy with regard to the possession and/or resale of alcohol and drugs and has determined that any refusal to cooperate with the company's request for a drug screen or sobriety examination will result in immediate suspension and ultimate discharge of an employee, in the absence of circumstances acceptable to the company.

No employee shall report for work or remain on duty while under the influence of alcohol or drugs. The use, possession and/or sale of alcohol or drugs by an employee during working hours or on company property, which includes non-working areas such as the parking lot, restrooms and the break area, is prohibited.

Use of legally obtained drugs (including alcohol or other chemicals) which adversely affects job performance or safety is prohibited. Employees using legally obtained drugs are required to notify their supervisor and obtain prior approval.

Definitions: "Alcohol" means ethyl alcohol (ethanol) and includes all liquids containing ethyl alcohol. "Drugs" means any substance or chemical that has mind or function altering affects on the human body, including



Fischer v. Sysco
Sys 0468

prescription and over-the-counter medications. "Possession" means on one's person, in one's personal effects, in one's vehicle, or under one's control. "Sale" means any exchange, transfer, or sharing whether for money or otherwise. "Under the Influence" means a condition wherein any of the body's sensory, cognitive, or motor functions or capabilities are altered, diminished or affected. Employees with detectable amounts of drugs or alcohol in their system shall be considered "under the influence." "Use" means any form of consumption, ingestion, inhaling, or injecting.

### *LEGALLY PRESCRIBED MEDICATIONS:*

An employee with a current and valid prescription by a qualified physician for the use of a drug must notify their supervisor of such use and the possible side effects of any such drug or medication where the employee may be impaired by the use of such drug. The company may, at its discretion, require an employee to refrain from working while under the influence of any drug or medication.

### *DRUG SCREEN AND SOBRIETY EXAMINATION:*

SYSCO Central Alabama must comply with all State and Federal laws on drug testing, including the Workers' Compensation Act and the Department of Transportation (DOT) requirements. Therefore, SYSCO Central Alabama may require an employee to submit to a blood or breath test, urinalysis and/or other screening in connection with a physical examination when: The use of alcohol or a drug or other impairing substance during working hours, or; the appearance, behavior, or actions of an employee seems to be consistent with the use of alcohol or drugs; or incidents or accidents resulting in injury, lost time, or damage to property occur under such conditions as justify such testing in the opinion of the company, if randomly selected for drug testing or; as part of an annual physical for personnel operating company vehicles.

## POLICY NO. 211:  DRUG OR ALCOHOL ABUSE PROBLEMS

Employees who voluntarily disclose alcohol or drug usage, prior to being notified that they are to take a random drug test or prior to an accident which would be cause for a drug test, will be entitled, on a one-time basis, to participate in the company's substance rehabilitation program, as defined in the company benefits program. Successful participation and completion of a drug abuse rehabilitation program is required as a condition of continued employment. Company detection of alcohol or drug abuse or dependency, without voluntary self-disclosure; will result in immediate discharge of the employee.

## POLICY NO. 212:  MEDICAL EXAMINATIONS

All drivers must undergo a physical examination every two years by a physician selected by the Company. Such an examination is a necessary requirement for employment as a driver with the Company, and employees will not be allowed to work without a current Department of Transportation (DOT) medical certificate. Additionally, no applicant for employment as a driver will be hired is he/she cannot obtain a DOT medical certificate. All drivers will be responsible for keeping their DOT physical current. Failure to do so will result in the driver being medically disqualified. The Company will not rehire a medically disqualified driver.

All employees taking any medication prescribed by a duly licensed physician must notify his/her supervisor of the medication being taken and the expected length of time such medication will be taken. The Company reserves the right to have its doctor approve the medication. The Company is under no obligation to rehire any medically disqualified driver.



Fischer v. Sysco
Sys 0469

## POLICY NO. 213:  DEFINITION OF EMPLOYEES

**Full-time:**  An employee whose regular work schedule is thirty (32) hours per week or more and whose job is expected to continue on a permanent basis is classified as a full-time employee and is eligible for all benefits on the respective eligibility dates. (See group benefits.)

**Temporary Full-time:** An employee whose regular work schedule is thirty (32) hours per week or more and whose job is expected to continue for only a short and specific period of time is classified as a temporary full-time employee.  Temporary full-time employees are not eligible for any company benefits.

## POLICY NO. 214:  HIRING OF RELATIVES

Employment of relative (including spouses) will be reviewed on a case-by-case basis to ensure that such employment does not involve conflicts of interest or other adverse consequences to business operations.

Fischer v. Sysco
Sys 0470

## POLICY NO. 215: POLICY AGAINST VIOLENCE

The safety and security of SYSCO's employees, customers, vendors, contractors and the general public are of vital importance. Therefore, acts of violence, threats, intimidation and harassment made by an employee, or by any person on the company's premises, against another person's life, health, well-being, family or property will not be tolerated. Employees found to have violated any provision of this Policy will be subject to discipline up to and including immediate termination.

The Company strictly prohibits the following:

A. Any act or threat made against another person's life, health, well-being, family or property.

B. Any act or threat of violence, including, but not limited to, intimidation, harassment, coercion or any act which is calculated to instill fear or which results in an unwanted physical touching.

C. Any act or threat of violence, which endangers the safety of employees, customers, vendors, contractors or the general public.

D. Any act or threat of violence made directly or indirectly by words, gestures or symbols.

E. Any hostile physical contact, horseplay and verbal or mental abuse.

F. The possession or use of weapons. All weapons are banned from the Company's premises and vehicles at all times. "Unauthorized weapons" includes all firearms, illegal knives, explosive weapons, nightsticks, knuckles and similar instruments or implements. "Unauthorized weapons" does not include firearms or other weapons in the possession of bona fide law enforcement personnel.

SYSCO may, at its discretion, inspect any locker, package, desk, purse, toolbox, vehicle or other personal belongings brought onto the Company's premises in connection with the investigation of any rule violation or in the maintenance of a safe workplace. The Company may, at its discretion, require employees to attend training and/or counseling.

It is a requirement that employees and managers report, in accordance with this policy, any behavior that compromises or may compromise SYSCO's ability to maintain a safe work environment. Reports should be made to your supervisor or to the next level of management, the Director of Human Resources or the President. All reports will be investigated immediately, and will be kept as confidential as possible, but confidentiality cannot reasonably be guaranteed where there is a legitimate need to know.

To meet our commitment to provide a safe environment for employees, customers and visitors, the Director of Human Resources will serve as the Company's point person to provide assistance to employees and others.

The Company believes that employees may be better prepared to avoid or prevent violence if they are able to recognize early warning signs in advance and follow response procedures. Employees will, therefore, play a crucial role in the administration of this workplace violence policy.

Fischer v. Sysco
Sys 0471

**POLICY NO. 216:  JOB POSTINGS/JOB BIDS**

All hourly positions will be posted on the bulletin board in order for employees to be considered for the positions available.  Postings will remain posted for a period of at least three (3) working days unless extenuating circumstances arise in which case, they may be posted for an extended time period.

Employees who are interested may sign the postings.  Once the posting has been removed, employees may not sign the posting.  However, an employee may remove his/her name once the posting has been removed should they decide they are no longer interested in the position.

### *QUALIFICATIONS*

If an employee bid on the position they are currently in and have been in that position less than 90 days, they will not be considered as long as there are employees who have bid on the position with more than 90 days in their current bid position.  However, if no one signs the posting that has at least 90 days in their current position, employees with less than 90 days in their current position will be considered as long as they signed the posting.

### *AWARDING OF POSITIONS*

An employee whose performance and attendance within the company is less than satisfactory will not be considered for a move to another position.  If all employees who sign a job posting have satisfactory or above performance and attendance, seniority will be the deciding factor.

### *EQUAL EMPLOYMENT OPPORTUNITY*

Sysco Food Services of Central Alabama is an equal opportunity employer.  We recruit, hire, promote and transfer without regard to race, color, religion, sex, age, marital status, sexual preference, disability, national origin, or national ancestry.

Fischer v. Sysco
Sys 0472

## POLICY NO. 217-A:  PROHIBITED RELATIONSHIPS

The purpose of this policy is to establish the Company's policy prohibiting romantic and sexual relationships between managers or supervisors and subordinate employees.  For purposes of this policy, a *prohibited personal relationship* between a:

? Manager or supervisor and an employee within the manager's or supervisor's chain of command or sphere of influence.

The personal relationships defined above are strictly prohibited.  These relationships create morale problems and may result in the perception of unfairness or impropriety and/or in accusations, that a person's superior position was used to obtain sexual favors.

This policy is in addition to the Company's Sexual Harassment Policy and Hiring of Relatives policy.

Complaints of violations of the policy will be investigated.  When the facts substantiate the allegations, the Company will take the appropriate remedial action, up to and including termination of employment.  Should a prohibited personal relationship develop due to a promotion or change of employment, it is the responsibility of the SYSCO employee to inform both his/her supervisors and a representative of the Human Resources Department so that appropriate action may be taken.

Complaints alleging violation of this policy may be made to the Human Resources Department that coordinates the investigation.  Any supervisor or manager who receives a complaint alleging violation of this policy or becomes aware of activity that could be interpreted as a violation of this policy must immediately inform a representative of the Human Resources Department.


## POLICY NO. 217-B: DISCOURAGED PERSONAL RELATIONSHIPS
### BETWEEN SYSCO EMPLOYEES AND CERTAIN OTHERS

The purpose of this policy is to establish the Company's policy discouraging romantic and sexual relationships between SYSCO employees and certain others.  For purposes of this policy, a discouraged personal relationship is defined as a sexual or romantic relationship between a:

? Company employee and an employee of a customer, contractor, subcontractor or vendor when the Company employee has the capacity to directly or indirectly influence the business relationship.

? Company employee and another SYSCO employee when the company employee has the capacity to directly influence that individual's performance review (i.e., Human Resources, Audit, etc.)

The personal relationships defined above are discouraged.  These relationships create morale problems and may result in the perception of unfairness or impropriety and/or in accusations, that a person's superior position was used to obtain sexual favors.

If a personal relationship as defined exists, then the SYSCO employee must disclose the nature and extent of such relationship to his/her supervisor.  This policy is in addition to the Company's Sexual Harassment Policy and Conflict of Interest section in the Code of Business Conduct.

Should any employee become aware of a discouraged personal relationship, the employee must inform both his/her supervisor and the Human Resources Department.  Should a discouraged personal relationship develop



Fischer v. Sysco
Sys 0473

due to a promotion or change of employment, the employee must inform both his/her supervisor and the Human Resources Department. Any supervisor who receives information about a discouraged personal relationship or becomes aware of activity that could be interpreted as a discouraged personal relationship must immediately inform his/her supervisor and the Human Resources Department.

The supervisor, senior management and the Human Resources Department will discuss with the employee the discouraged personal relationship and its impact on the business relationship. The Company will then determine the appropriate action to be taken.

Fischer v. Sysco
Sys 0474

**POLICY NO. 218: EMPLOYEE APPEALS PANEL**

In association with our Fair Treatment Policy outlined on page 16, we have an Employee Appeals Panel. This panel will consist of the President & CEO or the Executive Vice President, and a Department Head other than the one to whom the employee reports, and the Assistant Vice President of Human Resources.

The purpose of this panel is to insure the fair treatment of all employees in the areas of disciplinary action and terminations. In order to request an appeal hearing, the affected employee must first submit their request in writing to Human Resources within three (3) working days of the disciplinary action. This will take their appeal through the proper steps beginning with the Department Director/Vice President. If a resolution can still not be attained, the employee may request a meeting with the Appeals Panel.

Disciplinary action from the Written Warning level and above will be considered. (The Panel will not consider appeals on Verbal Warnings.) The Panel will investigate the matter in order to get all the facts of the case.

At the conclusion of the investigation, the panel will then decide the outcome of the appeal. All interested parties will be immediately notified of the decision.

Fischer v. Sysco
Sys 0475

(This page left intentionally blank.)

Fischer v. Sysco
Sys 0476



# SERIES 300:
# EMPLOYEE BENEFITS

Fischer v. Sysco
Sys 0477

(This page left intentionally blank.)

28

Fischer v. Sysco
Sys 0478

## POLICY NO. 301: YOUR BENEFITS IN GENERAL

SYSCO Food Services of Central Alabama offers an excellent benefits package to its employees. All regular, full-time employees are eligible to participate in the benefits package on the first of the month following sixty (60) days of full-time employment, and after one year, the company retirement plan. Please see Human Resources for details.

Here are some of the more important provisions of the plans for which you will become eligible. They represent, in part, the Company's program to help you save for the future, to assist you in case of sickness or disability, to furnish basic life insurance free of charge as well as supplemental life insurance at a reasonable cost, and to provide income following retirement.

A full explanation of all available benefits plans will be given to you at the time of orientation. Further, all employees receive, annually, a full statement of all benefits during annual enrollment. These statements cover the details and provisions of each plan.

## POLICY NO. 302: WAGE COMPARISON

It is our policy to pay wages, salaries, and commissions, which compare favorably with other employers in the community and in our industry. They are reviewed periodically and adjusted to keep pace with changing circumstances.

"Only active employees are eligible for wage and/or salary increases." *Active employees are considered to be those currently working and on regular Sysco payroll.*

**Policy Updated July 2001**

## POLICY NO. 303-A: PAY PERIODS AND PAYDAY

At SYSCO Central Alabama, we are paid on a weekly basis, with checks being issued on the last regular workday of the week for the previous week's work. If payday falls on a holiday, checks are issued on the last workday before the holiday. All employees are paid on Friday for work performed through midnight of the proceeding Saturday.

If it is necessary for another individual to pick up your paycheck, we will release your paycheck to that individual <u>only</u> if we have signed authorization from you and the individual gives satisfactory proof of identification. It will be the individual's responsibility to keep this authorization current.

## POLICY NO. 303-B: BONUS

Any Marketing Associate who resigns his/her employment prior to promotional programs ending will not receive any bonus off these programs.

Employees who resign prior to the end of the bonus period will not receive a bonus for the partial bonus period. We will not prorate bonuses. You must work for the full qualifying period of the bonus. This includes quarterly, semi-annual or annual bonuses.

For Night Warehouse, please refer to Policy No. 420: Attendance Bonus on page 62.



**Fischer v. Sysco**
**Sys 0479**

## POLICY NO. 304:  DIRECT DEPOSIT

Payroll deductions from your paychecks for direct deposit into banks or credit unions are available.  Please contact Human Resources for specific information.

## POLICY NO. 305:  COMPENSATION FOR OVERTIME HOURS

Under the provisions of the Fair Labor Standards Act, an hourly employee will receive time and one-half their regular rate of pay for all hours worked over 40 during any one work week.  Holiday hours are not credited toward 40 hour calculations.  All overtime must be authorized in advance by your supervisor.

SYSCO Central Alabama will pay an employee an additional four (4) hours pay if an employee is called in for work outside of the employee's regularly scheduled shift and the employee must make a road trip between home and work.  SYSCO Central Alabama will not pay this benefit when the Company makes reasonable attempts to notify the employee of the change in schedule.  Hourly employees who normally work a forty-hour schedule will be paid overtime only for hours actually worked in excess of forty (40) hours for that week.  Further, the Company reserves the right not to pay the 4-hours benefit in any circumstances beyond the Company's control, i.e., fire, flood, civil disturbances, power equipment failures, acts of God, etc.

## POLICY NO. 306:  HEALTH INSURANCE

### MEDICAL INSURANCE

Due to employees having different preferences regarding health insurance, SYSCO has elected to offer its employees a choice of Blue Cross Blue Shield of Illinois PPO Plan or Blue Cross & Blue Shield of Alabama PCN Plan.  Both are good companies with good health insurance packages.  The choice is up to the employee as to his or her personal and/or family needs.

While SYSCO pays the majority of the premium, a small portion of the premium will be the responsibility of the employee and is payroll deducted on a weekly basis.

Effective April 14, 2003, new federal regulations regarding medical privacy rights become effective.  It is recommended that you contact claims/customer service representatives associated with Blue Cross, MetLife, VSP, United Behavioral Health, Group Resources, MedcoHealth in regard to medical bills or claims you receive.  We do understand, however, that in some circumstances you may require assistance from Human Resources/Benefits Coordinator in order to help you understand Explanation of Benefits (EOB), medical bills, or questions regarding a medical situation.  In order for Human Resources to assist you, you will need to sign a participant authorization form that will enable that person to assist you.  The purpose of this authorization form is to protect your medical privacy and ensure that you have permitted a third party to assist you.

Please contact your Human Resources Department for booklets or additional information.

### OPT-OUT OPTION

You can opt-out of medical coverage at open enrollment or if you have a qualified event and receive a $40 reimbursement each month, as long as you are covered under a medical plan that is not sponsored by a Sysco.

Fischer v. Sysco
Sys 0480

## DENTAL INSURANCE

Dental insurance is offered to all eligible employees. You may select either a basic or a premium dental option. You do not have to be covered under a Sysco sponsored medical plan to elect dental benefits.

## PRESCRIPTION COVERAGE

Prescription coverage is also a part of the medical insurance package and is covered under the medical insurance premium.

## VISION INSURANCE

Vision coverage is offered to all eligible employees so that employees and their dependents are afforded an opportunity to obtain eye exams and corrective lenses as needed. You do not have to be covered under a Sysco sponsored medical plan to elect vision benefits.

## POLICY NO. 307:  LIFE INSURANCE

SYSCO offers life insurance benefits of one and one-half times the employee's annual salary. This benefit is company paid.

## POLICY NO. 308:  ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE

SYSCO employees receive AD&D insurance equaling one times their annual salary in case of accidental death. Also, a percentage of the coverage will be paid in case of accidental dismemberment. This benefit is company paid.

## POLICY NO. 309: RETIREMENT PROGRAM

All regular full-time employees are automatically enrolled in the SYSCO Retirement Plan after one year of employment. This plan is non-contributory and employees are fully vested (which means you are entitled to a non-forfeitable right to a benefit at some future date) after five years of vesting service or have attained age 65. A summary plan description may be obtained from the Human Resources office. Employees in certain classifications may have special retirement opportunities, please see Human Resources for additional information.

## POLICY NO. 310: 401K PLAN

All regular full-time employees are automatically enrolled contributing at 3% in the Savings Incentive Plan – 401 (K) on the first day of the month following ninety (90) days of employment. SYSCO Corporation provides a guaranteed 20% match in funds to all active participants on contributions up to 6% of their salary. Further, provided SYSCO Central Alabama achieves certain financial goals within a fiscal year, it will provide a 30% match in funds to all active participants for up to 6% of their contributions. Employees are fully vested (which means you are entitled to a non-forfeitable right to a benefit at some future date) after five years of vesting service.



Fischer v. Sysco
Sys 0481

## POLICY NO. 311:  EMPLOYEE'S STOCK PURCHASE PLAN

All regular full-time employees are eligible to participate in the SYSCO Employee's Stock Purchase Plan.  The Stock Purchase Plan gives you the opportunity to purchase SYSCO common stock on a quarterly basis through automatic payroll deductions.  The employee purchase price for stock is 85% of the closing market value on the last business day of the fiscal quarter.  You may authorize deductions in $5.00 increments not to exceed 10% of your previous year's W-2 compensation.  You may find this plan, which utilizes automatic payroll deductions, to be an easy investment opportunity.

## POLICY NO. 312:  EMPLOYEE ASSISTANCE PLAN

All employees who are eligible to participate in the SYSCO sponsored medical plan will be eligible for the SYSCO Employee Assistance Plan (EAP).  The Employee Assistance Program includes confidential counseling and you may call the EAP if you need help in dealing with personal problems or stress related situations such as family conflicts, emotional strain, job stress and alcohol or drug abuse.  SYSCO pays the entire cost, up to five visits per problem, for each employee and covered dependent.  If the EAP professionals determine that additional treatment is necessary, they will coordinate your care with the managed mental health benefit available through the SYSCO Managed Choice Plan or through your local HMO Benefit Plan.

To Access the EAP - Call 1-800-55-SYSCO Selection Number 4 and the individual will help coordinate your EAP visits to help provide maximum coverage and service.

## POLICY NO. 313:  SUPPLEMENTAL LIFE AND DEPENDENT LIFE

Regular full-time employees may elect to enroll in Supplemental Life and obtain additional coverage from one to five times their previous years eligible earnings.  Employees are also afforded the opportunity of electing life insurance coverage for their dependents.  Dependents are no longer required to be covered under a Sysco sponsored medical plan to be eligible for coverage.  Coverage for a spouse can be elected at a maximum of $50,000, and for dependent children you can elect coverage up to a maximum of $10,000.  The employee is responsible for the premiums for this coverage.  However, this coverage is offered at low group premiums and is payroll deducted.

## POLICY NO. 314:  SUPPLEMENTAL AD&D INSURANCE

Regular full-time employees may also elect to take additional AD&D insurance on themselves as well as their dependents.  Again, this premium is the responsibility of the employee.  It is offered at low group premiums and is payroll deducted.

Fischer v. Sysco
Sys 0482

## POLICY NO. 315: REIMBURSEMENT ACCOUNTS

### *HEALTHCARE*

Employees may set aside a set amount each week on a pre-tax basis for deposit into a healthcare spending account. You may elect to begin contributing to this account on January 1st or July 1st. You may contribute up to $5,000 for a January 1st effective date and $2,500 for a July 1st effective date. The minimum allowable deposit is $100. This money may be used for co-pays, deductibles, and most charges under the medical insurance package, which may be the responsibility of the employee.

### *DEPENDENT CARE*

Employees may set aside a set amount each week on a pre-tax basis for deposit into a dependent care spending account. You can elect to enroll in this account for a January 1st effective date. The minimum deposit allowable is $100 and the maximum deposit allowable is $5000. This money may be used for payment of day-care expenses, etc.

## POLICY NO. 316: BENEFITS SUMMARY

This is a brief summary of the benefits for SYSCO Food Services of Central Alabama employees. Employees must enroll within 31 days of the date first becoming eligible to enroll in benefits. If an employee does not enroll during that time frame, he/she will be required to wait until the next open enrollment period which begins in the fall of each year for a January 1 effective date.

Also, employees need to make sure that if there are any changes in their coverage, i.e., a new dependent, marriage, divorce, etc., that the proper forms are completed in Human Resources within 31 days of the qualifying event. Otherwise, the changes in coverage will not take place until the next open enrollment period. Changes (i.e., divorce) not communicated to Human Resources within the appropriate time frame may result in the employee reimbursing the company portion for the ineligible dependent coverage overcharge.

Fischer v. Sysco
Sys 0483

## POLICY NO. 317: SHORT-TERM DISABILITY

To ensure that employees have some form of financial protection for non-work related major illnesses or injuries, which cause absences from work or more than two weeks, SYSCO has initiated a short-term disability plan. The benefits an employee is eligible to receive will be based on income, as well as his/her length of service with the company.

Disabilities, which have their inception during the first 90 days of employment, are not covered. After completing 90 days of employment, an employee must be absent from work (10) consecutive working days to qualify for the short-term disability plan and the disability must be supported by a medical doctor's certification. The guidelines for benefits under the salary continuation plan are as follows:

*Eligibility:* All regular full-time personnel of SYSCO Central Alabama with at least 90 days continuous service are eligible for STD.

*Cost:* This plan is self-insured by SYSCO Central Alabama and requires no premium to be paid by the employee.

*Coverage:* Weekly benefits on all non-work related illness will begin on the 11th work day of disability. Effective October 1, 2000, weekly benefits will begin on all non-work related injuries with no waiting period. The benefits will continue for 13 to 26 weeks depending on length of service. After 26 weeks, the employee may become eligible for long-term disability. Short-term disability will be paid according to the following schedule:

*Length of Continuous Service Benefits:*

| | |
|---|---|
| 90 Days to 2 years | 60% of salary/week for 13 weeks |
| 2-5 Years | 70% of salary/week for 26 weeks |
| 5-10 Years | 80% of salary/week for 26 weeks |
| 10 Years of more | 90% of salary/week for 26 weeks |

Effective January 1, 2001, employees within 60 days of the next level of benefit (i.e., within 60 days of having 2 years, 5 years, 10 years of service, etc.), will receive prorated benefits. This does *not* apply to probationary employees.

For hourly employees, this amount is based on the hourly base rate before incentives and a 40-hour work week.

Pay for a commissioned salespersons is based on 52-week average of the previous year's commission.

*Exclusions:* Any portion of a period of disability due to mental or emotional disorder, alcoholism, or drug addiction will be covered only if the employee is engaged in a corrective program under the guidance of a licensed physician.

Also excluded are benefits for disability due to any act of declared or undeclared war, attempted suicide, intentionally self-inflicted injury or for any disability which does not require, throughout its continuance, the regular attendance of a physician licensed to prescribe and administer all drugs and to perform all surgical procedures.

*Maximum Periods of Payment:* Payments under the plan end when you recover from your disability but never continue beyond the date when the maximum time shown in the schedule is used up. Unused short-term disability allowance may not be accumulated from one year to the next. If you are receiving benefits under this plan and your absence continues into the next calendar year, the previous year's maximum allowance will continue to apply. The next year's scheduled amount will go into effect when you have been back at work for at least three months.

*Claims:* Anyone applying for short-term disability must bring to his/her supervisor a statement from a licensed physician stating approximate length of absence. If an employee stays out past this time,



34

Fischer v. Sysco
Sys 0484

another physician's statement must be obtained.  The supervisor will, in turn, submit all paperwork to Human Resources for processing.

*Termination of Coverage:* Coverage will terminate at the end of the last day of employment.

*Policy Updated January 2001*

## POLICY NO. 318:  LONG TERM DISABILITY POLICY

It may be a comfort to know that should you become totally disabled for an extended period of time, SYSCO provides long-term disability coverage as a means of financial protection for you and your dependents.  Under the plan, should you be disabled and unable to work for more than six months, you would receive 60% of your covered monthly compensation, up to a maximum benefit of $5,000 a month, less social security payments or other sources of payments such as workers' compensation benefits to which you and your dependents may be entitled each month.  Therefore, should you become disabled, you may be eligible to receive compensation from the company's short term disability plan, and should that disability continue beyond six months, you may become eligible to receive long-term disability payments.  SYSCO Central Alabama pays premiums for this coverage.

## POLICY NO. 319:  COBRA

Insurance continuation: In April, 1986, a federal law was enacted granting employees and their families the opportunity for an extension up to 18 months or 36 months (depending upon the circumstances) of health coverage at group rates, with a program commonly known as COBRA.  You have a right to this continuation if coverage is lost because:

? Your work hours are reduced below the minimum amount required to make you eligible for coverage.
? Your employment is terminated (for reasons other than gross misconduct on your part).

If you are the spouse of an employee covered by SYSCO's group health plan, you have the right to elect COBRA continuation coverage for yourself if you lose coverage for any of the reasons listed below:

? Death of your spouse.
? Termination of your spouse's employment (for reasons other than gross misconduct) or reduction in your spouse's work hours making your spouse ineligible for group coverage.
? Divorce, annulment, or legal separation from your spouse.
? Your spouse's entitlement to Medicare.

An eligible dependent child of an employee covered by SYSCO's group health plan also has the right to elect COBRA continuation coverage if coverage is lost for the following reasons:

? Death of the covered employee.  Termination of the covered employee's employment (for reasons other than gross misconduct) or a reduction in the employee's work hours making the employee ineligible for group health coverage.
? Employee's divorce, annulment, or legal separation.
? Employee's entitlement to Medicare.
? The dependent no longer meets the eligibility requirements for a dependent child under SYSCO's group health plan (i.e. exceeding maximum age limit).  If a member of your family becomes eligible for COBRA, it is your



Fischer v. Sysco
Sys 0485

responsibility to notify Human Resources so that they may furnish the required information to the dependent. If eligibility is known (such as due to termination) you will be furnished additional information about this insurance continuation program when you become eligible. The individual who has taken the COBRA coverage pays the full cost of insurance plus 2% administration fee.

## POLICY NO. 320: ANNUAL ENROLLMENT

Annual enrollment is offered for the various provided insurance programs in the fall of each year (eligibility will become effective on January 1). It gives all full-time employees the opportunity to change from one health insurance carrier to the other, add dependents, alter life insurance coverages and elect participation in the health care and dependent care reimbursement accounts. For those enrolled in the managed care plan, this does not, however, allow dependents be added that have not previously been carried by the employee on medical/dental/vision coverage without proof of insurability. The Human Resources Department gives notification annually and enrollment forms must be turned in before any changes may be made. It is essential that these enrollment forms be returned in timely fashion. Failure to do so may result in the termination of all voluntary insurance coverage.

## POLICY NO. 321: SOCIAL SECURITY

SYSCO Food Services of Central Alabama is required to deduct certain amounts from each of your paychecks for social security purposes. While the amount deducted may seem large, it is only one-half of the amount paid to social security. The company also pays a contribution to social security, which is equal to your deductions. Social Security provides retirement, medical disability and death benefits as specified by federal law.

## POLICY NO. 322: WORKERS' COMPENSATION

In order to protect you and your family against medical care expenses and loss of wages caused by injury or illness arising out of and in the course of your employment, you are covered by workers' compensation insurance, which is completely paid for by SYSCO Central Alabama. This insurance provides for prompt payments of all job related claims in amounts specified under the state law.

It is your responsibility to immediately report all job-related injuries to your supervisor. The insurance coordinator will process all claims.

Fischer v. Sysco
Sys 0486

## POLICY NO. 323:  VACATIONS

Vacations can be scheduled as of January 1 of each year for vacations to be taken during that calendar year. All full-time active employees will be granted vacation with pay in accordance with the following schedule:

If you were hired between January 1st and June 30th, you are entitled to ½ earned vacation day for every month worked full-time through June 30th. This vacation must be taken between July 1st and December 31st of that year. For example, if you were hired March 1st, on July 1st, you will have 2 vacation days to take prior to December 31st.

If you were hired between July 1st and December 31st, you will earn no vacation until the following January 1st, at which time you will receive 7 vacation days to be taken between January 1st and December 31st.

| | |
|---|---|
| January 1st of year in which 1st anniversary falls - | 7 working days |
| January 1st of year in which 2nd anniversary falls - | 10 working days |
| January 1st of year in which 8th anniversary falls - | 15 working days |
| January 1st of year in which 18th anniversary falls - | 20 working days |

**Vacation periods will be based on a calendar year basis (*January 1st through December 31st*).**

**Please Note:** This vacation policy applies to all full-time employees with the exception of Marketing Associates. Due to the unique requirements of primarily commissioned sales personnel, two (2) weeks vacation will be extended after one (1) year of continuous service. Marketing Associates will receive two (2) weeks vacation plus one (1) week pay after 8 years and three (3) weeks vacation and one (1) week pay after 18 years. Marketing Associates vacation period will be based on an anniversary basis.

***Vacations must be taken in the year granted:*** All vacations must be taken during the year for which it is granted. It cannot be carried over into subsequent years, nor can an employee receive cash in lieu of vacation. Therefore, any vacation not taken during the year for which it was granted, is lost.

***Scheduling:*** All requests and time restraints for submitting requests, for vacation, floater days, etc., will be set and authorized by each department's management based on the needs of the department. All vacation and floater day requests must be submitted to the Human Resources department by the various departments, no later than 2 weeks prior to time taken.

**Vacation pay for Operations Employees:** All full-week vacation time taken by Operations employees whose pay is based on incentives will be paid based on the prior four weeks weekly gross average.

***Termination:*** If you voluntarily resign your employment with Sysco Central Alabama and do not give at least one weeks notice you will not be paid for any remaining earned or accrued vacation.

*Policy Updated March 2003*

## POLICY NO. 324:  SICK TIME

Every regular, hourly, or ABC paid full-time employee will earn 1 (one) sick day per quarter worked as a regular, full time employee. A sick day is considered one regularly scheduled shift.

Sick time off will count as an unscheduled absence in accordance with the attendance policy even though an earned day is taken and paid. Any incentives which might be paid for perfect attendance will not be paid if sick time is taken during that week, even though the sick time is earned and paid.

Sick time will be paid at the straight time hourly rate and will not be used to calculate overtime.



Fischer v. Sysco
Sys 0487

Any unused earned sick days will be paid out to hourly employees after December 31st.

Any hourly employee who has perfect attendance from January 1st through December 31st will receive pay for an additional sick day. Perfect attendance means that an employee has NO tardies, leave earlies, absences or suspensions for any reason. If so, the employee will not receive the extra day pay.

We will advance current year sick days if necessary. However, if you leave employment with the company, advanced days not yet earned, will be deducted from your last paycheck. In addition, sick days are for active employees only, upon termination whether voluntarily or involuntarily any sick day balance is forfeited.

*Policy Updated March 2003*

## POLICY NO. 325: HOLIDAYS

SYSCO Central Alabama recognizes the following paid holidays for eligible full-time employees:

New Years Day
Memorial Day
Independence Day
Labor Day
Thanksgiving
Christmas
Employee's Birthday
SYSCO Day

Each full-time employee who has completed 30 days of employment will receive eight (8) hours pay. If you are off for the holiday you must work the entire last scheduled shift before the holiday and the entire scheduled shift following the holiday, unless special circumstances exist and approval is given by your supervisor, i.e., jury duty, military leave, FMLA, Worker's Comp., or a doctor's note saying you could not work that shift due to illness or accident.

If an hourly employee works on a SYSCO recognized holiday, his/her pay will be based at one and one-half times his/her hourly rate for all hours worked on the holiday plus eight (8) hours straight time holiday pay. (This amounts to double time and one-half for the first eight hours.)

If an employee is not scheduled to work the holiday, that employee will receive eight (8) hours straight time holiday pay for the holiday.

We guarantee 32 hours pay during a holiday week if you have worked all hours available to by the Company.
*Example 1: If you are scheduled and work 29 hours and do not work the holiday (due to not being scheduled on the holiday) , you will receive 32 hours straight time hours pay plus 8 straight time holiday pay.*

*Example 2: If an employee volunteers to work on a holiday when requested by management, and has worked all the hours made available to him/her during the 4 scheduled working days of a holiday week (such as 29 hrs), he/she will receive 32 hours straight time for those four days. The employee will also receive time and one-half for all hours worked on the holiday in addition to the 8 hours straight time holiday pay.*



38

Fischer v. Sysco
Sys 0488

The SYSCO Day is an extra "floating holiday" that is given to the employee. **The SYSCO holiday cannot be scheduled until an employee has completed their probation period.** You may request the SYSCO Day holiday convenient to you as long as the Company is given two weeks notice and your immediate supervisor can allow you to be off at the time requested. The SYSCO Day holiday may not be used to extend another holiday unless special supervisory approval has been given. Due to business necessity, SYSCO reserves the right to ask employees to reschedule the SYSCO Day holiday.

Birthday Holiday is an extra holiday given to the employee. You must take your birthday holiday either on or within 30 days after your birthday. The only exception to this will be if the Company cannot allow the employee off at that time his/her scheduling time for their birthday holiday will be extended and will be allowed to take the birthday holiday as soon as their supervisor can allow it.

Floater holidays include both the Sysco Day and the Birthday Holiday, as these days are classified as holidays, any unused floater day will not be paid out upon termination whether voluntary or involuntary.

*-Policy Updated February 2000*

## POLICY NO. 326:  LEAVES OF ABSENCE

The following is a list of <u>unpaid leaves</u> of absence, which may be granted, <u>with documentation.</u>

***Family/Medical Leave Act***
    Employee medical leave (with physician documentation)
    Employee's immediate family medical leave of absence (with physician documentation).

***Military Leave of Absence*** (Employee must provide a document from unit with monthly dates for the next 3 months, prior to taking military leave.)

The following is a list of <u>paid leaves</u> of absence which may be granted, <u>with documentation.</u>

***Funeral Leave*** – The Company sympathizes with any employee who loses a family member through death and understands the emotional and financial strains which can be caused in such a situation. Because of this, the following policy has been adopted:

The Company will provide up to three paid days absence in the event of the death of an immediate family member. For immediate family members, the days paid should be consecutively scheduled workdays, one of which must be the day of the funeral. Immediate family members are:

    Spouse, Child (natural, adopted, step), Mother, Father, Brother, Sister or Grandparent and Mother-in-law or Father-in-law.

Up to one paid day will be provided for other family members covered by this policy. For other family members, only the day of the funeral will be paid, if it is a scheduled workday. Other family members include:

    Daughter-in-law, Son-in-law, Grandparent-in-law, Brother-in-law and sister-in-law.

Proof of death and relationship to deceased <u>may</u> be requested by the supervisor.

Additional time off <u>may</u> be granted for extenuating circumstances i.e., extensive travel to funeral site, with approval by supervisor and the Human Resources Department.

*Policy Update January 2002*



**Fischer v. Sysco**
**Sys 0489**

**Jury Duty** – The employee must provide copy of Summons for Jury Duty as soon as he/she receives the Summons. In order to be paid for Jury Duty, the employee must provide documentation of the pay received from the court. If the Court pays the employee a transportation fee only, the Company will pay the time missed from scheduled workdays that were attended for Jury Duty. However, if the Courts pay the employee a "Jury Fee", the Company will pay the difference in the "Jury Fee" and the pay the employee would have otherwise been paid had they worked.

You are expected to work on any day(s) in which you are not required to be in attendance for jury duty.

No Jury Duty pay will be paid until the proper documentation from the Court is sent to Human Resources.

*Policy Updated June 1999*

40

Fischer v. Sysco
Sys 0490

## POLICY NO. 327: FAMILY AND MEDICAL LEAVE

***Reasons for FMLA:*** Employees who have worked for the Company for at least twelve (12) months and at least 1,250 hours during the prior twelve (12) months may take up to twelve (12) weeks of unpaid leave (FMLA leave) for the following reasons:

Birth and/or care of a child of the employee; placement of a child into the employee's family by adoption or by a foster care arrangement; care of the employee's spouse, child or parent who has a serious health condition; or inability of the employee to perform the functions of the employee's position due to a serious health condition;

***Calculation of Amount of FMLA Leave:*** An employee is eligible for up to 12 weeks FMLA leave during a rolling 12-month period. FMLA leave of up to twelve (12) weeks can be taken with appropriate documentation, if required, or for however many weeks recommended by your physician up to 12 weeks. Please see the Human Resources Department regarding specific eligibility requirements in regards to FMLA.

***Birth, Care or Placement of Child:*** The right to family leave for the birth, care and/or placement of a child into an employee's family may only be taken within the twelve (12) months after the date of the birth or placement of the child. In the case of unpaid leave for the birth, care or placement of a child, intermittent leave or working a reduced number of hours is not permitted, unless both the employee and the Company agree. If both spouses are employed by the Company, the combined leave for either birth, care and/or placement of a child or family member shall not exceed twelve (12) weeks. However, each employee may use the remainder of his/her individual FMLA leave for other allowance reasons.

***Intermittent Leave:*** In the case of unpaid leave for serious health conditions, the leave may be taken intermittently or on a reduced hours basis only if such leave is medically necessary. Where an employee requests intermittent leave or leave on a reduced hours basis due to an immediate family member's or the employee's own serious health condition, the Company has the option, in its sole discretion, to require the employee to transfer to a temporary alternative job for which the employee is qualified and which better accommodates the intermittent leave or reduced hours leave than the employee's regular job. The temporary position will have equivalent pay and benefits as the employee's regular job.

***Paid Leave and FMLA Leave:*** Employees are required to use their available vacation time during the twelve (12) week family leave period and available sick days may be used when medical leave is taken because of serious health conditions of the employee. Note: That portion of the family leave of absence which is vacation time and/or sick days will be with pay according to the Company's policies regarding vacation time and sick days. The employee will be notified verbally within two business days from the date the Company learns that the leave is for FMLA reasons, that the vacation time and sick days will be counted towards the twelve (12) weeks of family leave. The Company will confirm the verbal notification by the following payday (or second payday if the period after the verbal notification is less than one week).

***Notification by Employee:*** When the necessity of leave is foreseeable due to the expected birth or placement of a child, the employee must provide the Company at least thirty (30) days notice of the employee's intention to take leave. If the date of birth or placement of a child requires the employee's leave to begin in less than thirty (30) days from the date of notice to the Company, the employee must provide such notice as soon as practical. Where the necessity for leave is due to a family member's or an employee's own serious health condition and is foreseeable based on planned medical treatment, the employee must:

Give at least thirty (30) days notice, or as soon as practical if treatment start in less than thirty (30) days; and consult with the Company and make a reasonable effort to schedule the treatment so as not to unduly disrupt the operation of the Company, subject to the approval of the health care provider.

Where the need for leave is unforeseeable, the employee must give notice as soon as practical. Any leave request based on a family member's or employee's own serious health condition must be supported by



41

certification from a health care provider. The employee must provide a copy of the certification to the Company in a timely manner (fifteen (15) calendar days will be allowed to provide the certification). The Company will use Form WH-380 for certification from the health care provider. All appropriate information must be provided on Form WH-380. Failure to provide the certification in a timely manner will result in denial of the leave until certification is provided. The Company will notify the employee if the certification form is incomplete and the employee must provide the additional information.

**Employee Benefits:** During family leaves of absence, the Company will continue to pay its portion of the health insurance premiums and the employee must continue to pay his/her share of the premium. Failure of the employee to pay his/her share of the health insurance premium in the required time frame may result in loss of coverage. If the employee fails to timely pay the employee's share of health insurance premium, the employee will have a grace period of thirty (30) days. At least fifteen (15) days before the expiration of the grace period, the Company will mail a written notice to the employee informing the employee of the date the insurance will expire if the employee's share of the premium is not paid. The Company may, at its option, pay the employee's share of the premium and will recover that cost from the employee. If the employee does not return to work after the expiration of the leave, the employee will be required to reimburse the Company for payments of the health insurance premiums during the family leave, UNLESS the employee does not return because of the presence of a serious health condition of the employee or the employee's family member, or circumstances beyond the control of the employee.

**Accrual of Employment Benefits:** During the leave, the employee shall not accrue employment benefits such as vacation pay, sick pay, pension, etc. Employment benefits accrued by the employee up to the day on which the family leave of absence begins will not be lost.

**Employee's Reporting Requirements:** The Company may require an employee on FMLA leave to report periodically on his/her status and the intention of the employee to return to work, and also periodic recertification of the medical condition. The Company will notify the employee in writing of its initial requirement for medical certification. The Company will advise the employee of its need for additional medical certification either verbally or in writing. The interval for subsequent certification should be at least thirty (30) days, or beyond the initial period of incapacity set forth in the original medical certification, whichever is greater, unless circumstances have changed significantly or the Company receives information that casts doubt about the employee's stated reason for the absence. If the Company receives a complete medical certification, it will limit its inquiries to the healthcare provider for clarification and authenticity. If the employee is covered by Workers' Compensation, the Company will follow Workers' Compensation procedures.

An employee taking leave due to the employee's serious health condition is required to obtain certification that the employee is able to resume work prior to the return from any FMLA leave.

**Restoration of Employees Returning from FMLA Leave:** Employees who return to work from family leave of absence within or on the business day following the expiration of the twelve (12) weeks are entitled to return to their job or an equivalent position without loss of benefits or pay.

**FMLA Leave Procedure:** Applications for family leave of absence must be submitted in writing to Human Resources. Applications should be submitted at least thirty (30) days before the leave is to commence or as soon as possible if thirty (30) days notice is not possible. Appropriate forms should be submitted to Human Resources to initiate a family leave and to return the employee to active status.

Each employee taking leave which meets the requirements for FMLA leave will be provided the "Employer Response to Employee Request for Family or Medical Leave" form (From WH-381). The Company will inform the employee of its response either to the employee's request for FMLA leave or upon learning that the employee's absence from work is for a FMLA reason within three (3) business days following receipt of all required paperwork. If the employee is not eligible for FMLA leave, the employee shall be informed of that fact.



Fischer v. Sysco
Sys 0492

All medical documents, including the medical certificates, shall be maintained in the employee's separate confidential medical file. The Company will keep a record of all FMLA leave on its payroll records designated FMLA for every hour taken.

*FMLA Definitions:* A serious health condition means an illness, injury, impairment, or physical or mental condition that involves one of the following: hospital care – inpatient care (i.e., an overnight stay in a hospital, hospice, or residential medical facility, including any period of incapacity).

Fischer v. Sysco
Sys 0493

## POLICY NO. 328:  BREAKS

All warehouse employees will be entitled to one fifteen (15) minute break during a shift to be determined by your supervisor.  If the breaks are fifteen minutes in duration and are not part of a lunch period, they will be paid breaks.  The supervisor can decide, based upon the workload, whether or not to have a break period extend the permitted lunch period.  Additional breaks may be allowed at supervisor discretion.

Office employees should check with their respective manager.

## POLICY NO. 329:  CREDIT UNION

Credit Union benefits are available through Mutual Savings Credit Union.  If you desire further information, contact the Human Resources Department.

Fischer v. Sysco
Sys 0494



# SERIES 400:
# EMPLOYEE RESPONSIBILITIES



Fischer v. Sysco
Sys 0495

(This page left intentionally blank.)

Fischer v. Sysco
Sys 0496

## POLICY NO. 401: ORIENTATION PERIOD, WORK ATMOSPHERE AND WORK BEHAVIOR

The first 90 calendar days of employment with SYSCO Central Alabama are considered an orientation and probationary period for new employees. This period gives you a chance to learn about the company's operations and how your duties as an employee harmonize with overall company objectives. It also gives us a chance to determine whether your goals as an employee coincide with company goals.

Employees can be discharged before the completion of the 90-day probation period. Successful completion of orientation period does not guarantee continued employment.

## POLICY NO. 402: TRAINING

Since the Company's reputation for quality products and service rests in our hands we all must know how to perform our assignment in the right way. As a new employee, and later, if you are transferred to a different job, you will be trained so that when you take over on your own, you can do quality work safely and efficiently.

The most efficient method is usually the best method from the standpoint of safety and health. By following instructions closely and learning from the experience of others, we can quickly gain the knowledge and ability needed to perform our assignments most effectively.

During your career, you may train other employees. We at SYSCO Central Alabama consider this a most important responsibility which is shared by all of us. Let's do a good job.

## POLICY NO. 403: PERSONNEL INFORMATION

As an employee, it is your responsibility to notify Human Resources within two (2) weeks whenever there is a change in your:

Name
Address
Phone Number
Marital Status
Immigration Status
Military Status
Number of Dependents and Names
Insurance Beneficiaries
Person to Notify in Case of Emergency
Auto Insurance (if applicable)

This information is necessary to provide appropriate insurance coverage, to contact you in case of schedule changes or emergencies, etc.



Fischer v. Sysco
Sys 0497

## POLICY NO. 404: CONTRIBUTION TO SUCCESS THROUGH EXTRA EFFORT AND TEAMWORK

We contribute to the success of our company by doing our assigned work well. But in addition to that, our extra effort and extra attention will play a significant part in maintaining the quality and acceptance of our products and service to our customers. As such, all employees, whether they are in Sales, Operations, or General and Administrative, must work together as a team for the good of the Company and for the best interest of all employees.

## POLICY NO. 405: COMPANY INVESTIGATION POLICY

In the event of unexplained losses, you will be expected to participate in the investigation process, and to participate in the reduction of loss and shrinkage by efficient performance of your duties. In addition, the company expects from time-to-time, that employees may be requested to furnish information regarding their employment activities which would aid the company in the reduction of loss or the identification of wastes and inefficiencies. You may be required to engage in an investigation technique commonly referred to as a polygraph test or lie detector test in accordance with State and Federal laws. Your willingness to participate in this investigation technique is mandatory and failure to cooperate with the company in such an examination may result in disciplinary action being taken against you, up to and including termination.

## POLICY NO. 406: SOLICITATION AND DISTRIBUTION

Solicitation and distribution of literature by non-employees on SYSCO Central Alabama property is prohibited at all times.

Solicitation by employees on SYSCO Central Alabama property during working hours is prohibited. Solicitation is prohibited if either the solicitor or person being solicited is on working time. Working time does not include free time such as break periods and meal times.

Distribution of literature by employees on SYSCO Central Alabama property during working time is prohibited. Distribution is prohibited if either the distributor or the person receiving the distribution is on working time.

Distribution of literature by employees in working areas is prohibited at all times.



Fischer v. Sysco
Sys 0498

## POLICY NO. 407: DISCIPLINARY PROCEDURE

SYSCO Central Alabama recognizes its continuing responsibility to properly administer rules and regulations in a fair and consistent manner. Regulations for acceptable employee conduct are necessary for the protection of the rights and safety of all employees and the efficient and effective operation of the business. The primary purpose of any disciplinary action or penalty, if taken, shall be corrective; but in certain instances, separation from employment will occur.

The standards of behavior and conduct encompassed in the rules are of a general nature and, therefore, do **not cover every situation which may lead to disciplinary action or termination.** They should be regarded as illustrations rather than a complete and all-inclusive statement of misconduct.

Employees are expected to observe appropriate standards of job performance and good conduct. When performance or conduct do not meet the Company's standards, the Company will endeavor, when it deems appropriate, to provide the employee a reasonable opportunity to correct the deficiency. If, however, the employee fails to make the correction, he or she will be subject to discipline, including termination.

Discharge for poor performance, failure to meet the Company's standards and/or misconduct will often be preceded by a verbal warning and a written warning. The Company reserves the right to proceed directly to a written warning and/or suspension or to termination for misconduct or performance deficiency or failure to meet the Company's standards, without resort to prior disciplinary steps, when the Company deems such action appropriate. The great majority of employees want to do what is expected of them while at work. The understanding of and compliance with these and other common sense rules of good conduct will benefit the well being of all. Violation of the following rules subjects an employee to disciplinary action.

## POLICY NO. 408: RULES OF CONDUCT

It is not possible nor is it necessary to publish every rule of conduct covering every possible circumstance, resulting in an effort to keep these rules to a minimum. All regulations will be enforced with fairness, uniformity, and understanding.

If you have any questions about these rules or the penalties for violations, ask your supervisor. So that there is **NO MISUNDERSTANDING** about acceptable conduct, the following rules have been adopted and violation may subject to disciplinary action, **up to and including discharge.**

### RULES VIOLATIONS THAT WILL RESULT IN TERMINATION:

1.  **ATTENDANCE:** Excessive and/or chronic absenteeism, or tardiness (excused or unexcused) may be grounds for termination. Please see attendance rules for details.

2.  **SLEEPING:** Employees are not to sleep, or give the appearance of sleeping during working time.

3.  **DRUGS OR INTOXICANTS:** An employee is subject to immediate discharge if he or she enters the Company premises while under the influence of alcohol or illegal narcotics, or brings into, possesses or consumes alcohol or illegal narcotics on Company premises or during work hours while delivering Company product.

4.  **WEAPONS & EXPLOSIVES:** An employee who carries or conceals within the building or Company premises or during work hours while delivering Company product, any type of weapon or explosive shall be discharged, in addition to be subject to civil or criminal charges.



49

5. **PHYSICAL/PROPERTY DAMAGE:** The intentional destruction of Company or personal property, attempts to destroy property, fighting or attempts to injure another employee on Company property or during work hours while delivering Company product, whether or not injury actually occurs will result in immediate termination.

6. **STEALING AND UNAUTHORIZED POSSESSION OF COMPANY PROPERTY:** Unauthorized possession, destruction, abuse, theft, use or consumption of any Company property, equipment, records (including customer records) or materials will subject an employee to immediate discharge in addition to facing civil or criminal charges. If an employee is found guilty of any criminal offense or if the charges against the employee result in temporary incarceration making it impossible to report to work, the individual shall be discharged.

7. **FALSIFICATION AND FRAUDULANT STATEMENTS:** Knowingly falsifying Company records (time cards, production reports, employment applications, etc.), punching another employee's timecard, having someone else punch your time card, falsifying working hours in any other manner, providing false statements in or during an investigation, or OutLet and/or Will-Call employees intentionally selling product at a price lower than that set by the Company may result in termination.

**RULES VIOLATIONS THAT WILL RESULT IN THE MOST SEVERE DISCIPLINARY ACTION INCLUDING SUSPENSION AND POSSIBLE TERMINATION, DEPENDING UPON THE SEVERITY OF THE INFRACTION:**

8. **DISORDERLY CONDUCT:** Disorderly conduct working hours or on Company property, including horse-play, profane or threatening language or abusing other employees shall result in disciplinary action up to and including termination.

9. **INSUBORDINATION:** Threats or attempting to intimidate management is prohibited. Further, no employee shall refuse to perform work, which is properly assigned, refuse properly assigned work locations or otherwise fail to cooperate with management.

10. **HARASSMENT:** Harassment or discriminatory actions taken by one employee against another because of race, sex, age, religion or national origin will not be tolerated.

11. **SAFETY & HEALTH:** Violations of safety rules, including traffic violations, posted by the Company, city or State, or a violation of general safety practices in the performance of work for the Company or in the use of the Company's facilities for any purpose may subject an employee to termination.

12. **LEAVING WITHOUT PERMISSION:** Leaving the facility or work area without permission of management may be grounds for termination. Established practices such as lunch periods, etc. are excluded from this rule.

13. **LOAFING OR LOITERING:** Employees are expected to work all hours for which they are paid. Employees are not to be involved in loafing, loitering, unauthorized visiting or stopping work before break time.

14. **SLOWDOWN:** Employees' conduct or actions that bring about or are intended to bring about unauthorized work slow downs or other limiting of production or restricting other employees from performing their assigned work is considered to be a most serious rules violation.



**Fischer v. Sysco**
**Sys 0500**

**RULES VIOLATIONS THAT WILL RESULT IN PROGRESSIVE DISCIPLINE, INCLUDING SUSPENSION OR TERMINATION DEPENDING UPON THE SEVERITY OF THE INFRACTION**

15. **PROFESSIONALISM:** All employees are expected to look and act in a professional manner while at work. This includes being courteous to any and all visitors, conversations with customers and vendors and other outsiders as well as co-workers.

16. **VENDING, SOLICITATION OR COLLECTIONS:** No distribution of written literature or printed matter of any description (not related to authorized Company business) will be allowed in work areas. No form of solicitation for contributors, membership, ticket sales or the selling of products will be permitted.

17. **GAMBLING:** Employees will not engage in gambling during working hours or on Company property.

18. **WORKMANSHIP:** No employee shall fail to follow supervisory or work instructions or established occupational practices. Where unacceptable work is produced causing lost time, schedule delays or unnecessary expenses, disciplinary actions may be taken.

19. **NEGLIGENCE:** The commission of negligent or careless acts during working time or on Company property that results or could result in personal injury or substantial property damage, or that cause significant injury or substantial property damage, or that cause significant expenses to be incurred by the Company, is a serious violation.

20. **PERFORMING OTHER THAN COMPANY WORK:** Performing work on Company premises other than duties assigned is not permitted. Employees are not to transact personal business during working hours.

21. **OFF DUTY EMPLOYEES:** Off duty employees are not permitted on Company property except for Company sponsored events or if specific permission has been granted by management.

*Policy Updated January 2002*



**Fischer v. Sysco**
**Sys 0501**

## POLICY NO. 409: DRESS CODE

As a food service supplier, we require some conformity in wearing apparel in order to maintain the safety and dignity of the employee and the Company, as well as project a professional image to our customers. SYSCO Central Alabama has established the following dress code guidelines, on which we expect your cooperation. It is not the intent of SYSCO Central Alabama to dictate or judge fashion; however, we do expect all employees to wear neat and clean clothing, appropriate to their job assignments.

*Office Area Personnel:* All office area personnel are expected to wear clothing appropriate to a professional business environment, avoiding extremes. The following is <u>unacceptable</u> dress for office employees:

| | | | |
|---|---|---|---|
| Thong shoes (i.e., flip-flops) | Shorts | Sweat Suits | T-shirts |
| Mini skirts/dresses | Denim Jeans(any color) | Leggings | Tennis Shoes |
| Capri and Cropped Pants | | | |

SFS Central Alabama will recognize Fridays as "casual day". However, none of the above items of clothing will be allowed even on casual day. The following is acceptable attire for casual day:

| | |
|---|---|
| No Tie for Men | Dockers-Type Pants/Golf Shirts |
| Casual Shoes (not including the above) | |

If unsure, see your supervisor.

*Sales Personnel:* All marketing associates are expected to dress in a manner consistent with a professional business environment, avoiding extremes.

*Policy Updated March 2003*

## POLICY NO. 410: UNIFORM AND GROOMING – OPERATIONS & TRANSPORTATION

With Uniforms, the Company can project a positive image to its customers and the community in general with uniformity in out appearance. Uniforms are required to be worn by day shift warehouse personnel and delivery associates while at work. Some night shift warehouse employees may also be required to wear uniforms. A monetary allowance is credited to the employee after 90-days of full-time employment for the purchase of uniforms through a specific vendor.

Jewelry is restricted in the interest of safety. All necklaces and neck chains must be worn inside the shirt. No visible body piercing will be allowed with the exception of the ear lobes. Only stud or post type earrings may be worn by warehouse or delivery associates as they present a hazard to the employee by being caught on objects or moving equipment. No hoops or dangle-type earrings may be worn at any time while working

All delivery associates must maintain the highest standards of personal cleanliness and grooming. It is expected that employees who are in the customers' facilities and the community present a neat, businesslike appearance at all times during working hours.

Any employee not meeting the above requirements will not be allowed to work until the proper attire and safety restrictions are met. The employee will not be compensated if they are sent home due to violations of this policy.

*Policy Updated January 2002*



Fischer v. Sysco
Sys 0502

**POLICY NO. 411: SAFETY SHOE & FREEZER CLOTHING – Operations**

For employees whose job classification requires freezer work, the Company will provide adequate clothing to perform such work.

After an employee achieves 90 days of employment, the Company will pay $50.00 toward the cost of purchase of safety shoes to be worn during your scheduled working hours. There is a limit on one pair per year for full-time and part-time employees only. You must show proof of purchase in order to be reimbursed for the Company's portion. The wearing of safety shoes by all operations employees is required.

Fischer v. Sysco
Sys 0503

## POLICY NO. 412: SANITATION RULES

SYSCO Central Alabama stands for quality product. We have learned that to consistently provide our customers with a quality product, we must maintain high sanitation standards. Our customers have a right to expect that the food we sell is clean and wholesome and is stored in a clean environment where the possibility of product contamination is very remote.

In order to meet the exacting standards set by our customers, large expenditures have been made for sanitary construction. It is up to us, the operating personnel, to maintain a high level of sanitation and appearance. Listed below are practices which if conscientiously followed by each of us will lead to the warehousing and distribution of high quality, wholesome product our customers expect.

1. A high level of personal cleanliness is expected of all persons. This includes items such as bathing daily, keeping hair clean, and wearing clean clothing.

2. Clean uniforms should be worn. They should be changed daily or more often if they become soiled; shoes should be kept clean and free of foreign material.

3. Employees must scrub their hands with soap and water before starting work, after their hands have soiled by an unsanitary operation such as: clean up work, using the rest room, etc.

4. Hair should be kept neatly trimmed.

5. No loose jewelry is to be worn.

6. No tobacco use is permitted in the warehouse area.

7. Smoking is permitted only in designated smoking areas.

8. Storage and consumption of food is permitted only in the designated areas. Food is not to be stored in desks or lockers.

9. All employees are expected to: clean sinks after washing hands; clean up lunch scraps, paper, cups, bottles, etc., in the lunch room and break areas after using; keep lockers and locker room neat.

10. All equipment and work areas are to be maintained in a clean and neat condition.

11. Report any evidence of insect or rodent infestation or other unsanitary conditions to your supervisor immediately.

12. No food or drink is allowed in the warehouse areas.



**Fischer v. Sysco**
**Sys 0504**

## POLICY NO. 413: SAFETY

We insist on Safe Operations at SYSCO Central Alabama.

Safety is everyone's full-time job. With your cooperation and assistance, the company will make every effort to provide a clean, safe and healthy place for you to work. You are expected and required to do your part to work safely, wear required equipment, abide by all safety rules and regulations and keep your workplace neat and clean. Specific safety rules are available from your supervisor.

## POLICY NO. 414: GENERAL SAFETY RULES

**INJURIES AND/OR ACCIDENTS:** Any injuries and/or accidents sustained on the Company premises or during working hours MUST immediately be reported (no matter how slight) to your supervisor.

**HOUSEKEEPING:** Each employee must maintain good housekeeping practices at all times. Aisles must be kept clean; debris must be removed immediately, etc. It is the Company's policy to maintain safe and healthy conditions for all employees. Therefore the Company will conduct a continuous program to promote the operation of this facility in the safest possible manner.

**EQUIPMENT OPERATION:** Operation of all equipment must be accomplished without by-passing or removing any safety devices installed for your protection. Any defect or malfunction of equipment must be reported to your supervisor at once.

**MOTOR VEHICLES:** Employees, while on Company business and/or during working hours are required to wear safety belts when operating any motor vehicle.

**FORKLIFT OPERATION:** Only certified, authorized employees may operate forklift equipment.

**PROTECTIVE EQUIPMENT:** Various areas or jobs may require wearing personal protective equipment such as safety shoes, safety glasses, etc. Compliance with this requirement is mandatory. Failure to wear protective equipment will result in the employee being sent home without pay and will count as an unscheduled absence on attendance, as well as disciplinary action being taken.

**EMERGENCY EQUIPMENT:** All emergency equipment such as fire extinguishers, exit doors, etc. must be kept clear of obstacles.

**EQUIPMENT REPAIR:** Anytime equipment is in the process of repair or maintenance, the main power sources must be locked out and tagged. This lock and tag may not be removed by anyone other than the individual performing the maintenance or a supervisor.

**SMOKING:** Smoking is permitted only in designated smoking areas.

**HORSEPLAY:** Horseplay is any manner, shape or form will not be tolerated.

**PARKING LOT:** The Company parking lot has a speed limit of 10 m.p.h.

**FIRE DOORS:** All fire doors must be kept clear at all times.

**BATTERIES:** When changing batteries, all safety precautions must be taken and instructions followed per lift operator training.



**Fischer v. Sysco**
**Sys 0505**

**POWERED EQUIPMENT:** No employee will ride on the forks of a lift. When using the hi-rise lifts, the employee must wear the safety harness at all times. All operators of equipment must use horn before crossing an intersection, before entering dock areas, and when passing through any curtained door. All equipment operators must report all problems or repairs to be done on proper forms located in maintenance areas.

**FOOD IN WAREHOUSE:** There will be no food or drinks allowed in the warehouse, docks, garage, and storage areas. There will be no exceptions!

**WHEEL CHOCKS:** All trucks must have wheels chocked before any equipment enters said truck (unloading and loading).

**REMEMBER - - THERE IS NO SUCH THING AS CARELESSNESS JUST THOUGHTLESSNESS.**


## POLICY NO. 415: VEHICLE POLICIES

### A: CERTIFICATE OF INSURANCE

Some positions at SYSCO Central Alabama require the use of a motor vehicle as part of the job: i.e., truck drivers, marketing associates, beverage technicians and management. An appropriate, valid driver's license and satisfactory driving record are required as a condition of employment in such positions.

If you are assigned or are using a Company vehicle, we require that it be operated in accordance with prevailing laws and regulations.

*Use of Company Trucks:* We are forced to prohibit the personal use of Company trucks.

*Employee Cars:* Those employees that use personal cars for Company business shall furnish valid certificate of insurance with the following inclusions:

| | |
|---|---|
| Bodily Injury | $100,000 per person |
| | $300,000 per accident |
| Property Damage | $ 50,000 |

A Certificate of Insurance **MUST BE** submitted immediately upon hire to the Human Resources Department and upon renewal. It is the responsibility of each individual to see that this is done.

**No vehicle should be operated for Company business unless coverage is certified and a proof of insurance certificate is in the individual's personnel file. Failure to produce this information will result in termination.**

56

**Fischer v. Sysco**
**Sys 0506**

## B: DRIVING AND ACCIDENTS
(For Tractor Trailer & Straight Truck Drivers)

### Maximum Driving Time
**Drivers may not:**

1.  Drive more than 11 hours after 10 consecutive hours off duty.

OR

2.  Remain on-duty (defined below) more than 14 hours after eight (10) consecutive hours off-duty.

OR

3.  Drive after being on-duty BUT NOT OPERATING A VEHICLE EVERY DAY for 60 hours in any consecutive 7 day period.

OR

4.  Drive after being on-duty AND OPERATING A VEHICLE EVERY DAY for 70 hours in any consecutive 8 day period. "On-Duty" Time includes:

    A.  All time at a carrier or shipper plant, terminal, facility, or other property, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier;

    B.  All time inspecting equipment or otherwise inspecting, servicing, or conditioning any commercial motor vehicle at any time;

    C.  All driving time;

    D.  All time, other than driving time, in or up on any commercial motor vehicle except time spent resting in a sleeper berth;

    E.  All time loading or unloading a vehicle, supervising, or assisting in the loading or unloading, attending a vehicle being loaded or unloaded, remaining readiness to operate the vehicle, or in giving or receiving receipts for shipments loaded or unloaded;

    F.  All time spent performing driver requirements relating to accidents; or

    G.  All time repairing, obtaining assistance, or remaining in attendance upon a disabled vehicle.

## C: RULES FOR ADVERSE DRIVING CONDITIONS

"Adverse driving conditions" means snow, sleet, fog, other adverse weather conditions, a highway covered with snow or ice, or unusual road and traffic conditions, none of which were apparent on the basis of information known to the dispatcher at the time the run began.

HOWEVER, a driver encountering such adverse driving conditions may not:

1.  Drive more than 13 total hours after 10 consecutive hours off-duty.

OR

2.  Remain on duty more than 14 hours after 10 consecutive hours off-duty.

**Any driver violating any of the above driving restrictions will be subject to disciplinary action, up to and possibly including discharge.**

## D: REQUIREMENTS OF THE DEPARTMENT OF TRANSPORTATION

All drivers hired and/or employed by the Company must meet all requirements for drivers in DOT regulations. Any driver who does not meet or does not comply with such regulations will not be allowed to operate a Company vehicle. If any deficiency under DOT regulations cannot be remedied within a reasonable period of time as determined by the Company, that driver's employment with the Company will be terminated. Drivers are required to comply with Federal Motor Carriers Safety Regulations Parts 390-399 at all times while employed by SYSCO Central Alabama.



**Fischer v. Sysco**
**Sys 0507**

## POLICY NO. 416: ACCIDENTS

**This policy applies to all Delivery Associates, Shuttle Drivers, and any employee who drives on company business at least six trips per year.**

Every driver of a motor vehicle involved in an accident from which there results injury to or death of any person or persons, or property damage to a any kind, regardless of the amount, shall:

1. Stop immediately.

2. Take all necessary precautions to prevent further accidents at the scene.

3. Render all reasonable assistance to injured persons. Movement of injured persons by a driver should not be undertaken if likely to cause further injury.

4. If requested by any person involved in the accident, or any law enforcement official or government official, you must provide your name and address (and acquire same from person requesting the information and any others involved in the accident), and the name and address of SYSCO Central Alabama, the State Tag Registration Number of the vehicle involved, and if requested, exhibit your CDL license.

5. **Report all details of the accident immediately to your supervisor or manager.**

6. Management of SYSCO Central Alabama retains sole discretion to investigate any accident, as appropriate, and drivers are expected to cooperate fully. Failure to cooperate with any investigation by SYSCO Central Alabama may result in disciplinary action, including termination.

7. If any driver is issued a traffic citation as a result of any accident while engaged in the business of SYSCO Central Alabama such driver may be suspended from employment with SYSCO Central Alabama pending investigation of the accident. Any driver cited for DUI, regardless of the vehicle being operated, shall be suspended from driving privileges until resolution of the citation.

**State and Federal regulations require that we report all accidents and injuries. Therefore, each of you is responsible for reporting any accident or injury, no matter how slight. If you are injured at work, you should report the injury to your supervisor immediately, but no later than the end of your shift so that your supervisor can complete the forms required by State Workers' Compensation law and required by the Occupational Safety and Health Act. If you become ill at work, notify your supervisor immediately. If your supervisor is not available, report the injury or illness to the Safety Manager or any member of the Sysco Management Team.**

**Employees are responsible for following the above policy, as well as the policy on Driving and Accidents and the Accident Review Policy, which is located in the Sysco Central Alabama Safety Manual.**

**Policy Updated March 2003**



Fischer v. Sysco
Sys 0508

## POLICY NO. 417: LICENSE REVOCATION & CITATIONS

**Notification of License Revocation:**

A driver or any employee who drives six or more trips per year on company business who receives a notice that his/her license, permit or privilege to operate a motor vehicle has been revoked, suspended or withdrawn shall notify SYSCO Central Alabama of the contents of the notice before the end of the business day following the day that he/she received the notice. Any employee receiving a DUI citation shall be subject to suspension, pending the resolution of the citation.

**Notification of Citation or Inspection:**

Any driver or any employee who drives six or more trips per year on company business who receives a citation for a traffic violation, other than parking tickets, or who is involved in an accident <u>on personal time,</u> must report that incident to their department manager, Safety and Human Resources within 24 hours. All accidents during company time or on a company trip or errand must be reported <u>immediately.</u>

Any driver stopped for an inspection by the proper inspection agencies shall notify their supervisor at the next stop. Return all forms to your supervisor at the end of your shift.

Failure to comply with this part could result in disciplinary action up to and including termination.

**Policy Updated March 2003**

**Fischer v. Sysco**
**Sys 0509**

## POLICY NO. 418: ATTENDANCE

All employees are expected to be regular in attendance. Employees who are irregular in their attendance, for whatever reason, fail to make the direct performance contribution expected of them and interfere with the ability of others to contribute to the team's performance and their own personal growth. In addition to the published attendance rules, excessive attendance falling outside the unscheduled absence rules may also result in termination.

### Attendance Rules

Your job at SYSCO Central Alabama is an important one. It is important to the Company and your fellow workers that you report for work on time and work your full scheduled hours.

The SYSCO Central Alabama attendance policy will be based on a rolling 12- month period beginning January 1st. For example, on February 5, 1999, all unscheduled absences from February 6, 1998 through February 5, 1999, shall be deemed current.

Each employee will be allowed unscheduled absences as follows:

An absent shift will be counted as 1 unscheduled absence. If 2 or more consecutive shifts are missed due to the employee's illness and a physician's note is presented, excusing all consecutively missed shifts; the absences will be counted as 1 unscheduled absence.

Tardies of 1 hour or less from the start of the shift will count as ½ unscheduled absence. Tardies of over 1 hour from the start of the shift will count as 1 unscheduled absence.

Employees who "leave early" with less than 1 hour left in the shift will receive ½ unscheduled absence. Those who "leave early" more than 1 hour remaining in the shift will receive 1 unscheduled absence. "Leave Earlies" must be pre-approved by the employee's supervisor.

The disciplinary action will be progressive and will be as follows:

| Step 1 | - | 2 unscheduled absences | - | Verbal Warning |
| Step 2 | - | 3 unscheduled absences | - | Written Warning |
| Step 3 | - | 4 unscheduled absences | - | Final Written Warning |
| Step 4 | - | 5 unscheduled absences | - | One Shift Suspension |
| Step 5 | - | 6 unscheduled absences | - | Termination |

If an employee has a "clear" attendance record for 60 days, i.e., no tardies, leave earlies, or absences, excused or non-excused, the last disciplinary action will be removed and disciplinary action will begin at that step for the next unscheduled absence, i.e., an employee has 5 unscheduled absences and received a Written Warning. He/she goes 60 days with a clear record and the Written Warning is removed. The employee then has another absence and is now at 6 unscheduled absences. He/she will receive a Written Warning at 6 unscheduled absences.

If an employee goes 6 months with a "clear" attendance record, i.e., no tardies, leave earlies, or absences, excused or non-excused, progressive discipline will start over at step 1, Verbal Warning.

Documented Jury duty, Vacations, Military leaves, Funeral leaves, Worker's Compensation leaves, Family & Medical leaves or absences due to subpoenas to court will be excused.

Any leave of absence will "freeze" the rolling 12 month and the employee will pick up where he/she left off when he/she returns to work.



Fischer v. Sysco
Sys 0510

Any employee who fails to clock in more than two (2) times within a 90-day period will receive 1 unscheduled absence.

An AWOL is a no show, no call in for the shift. If you have two (2) AWOLs within a 12-month period, you will be terminated. It is important that if you are not going to be able to be at work on time, that you notify your supervisor or shift manager as soon as possible.

*Policy Updated May 1989*

## POLICY NO. 419: ATTENDANCE FOR PROBATIONARY EMPLOYEES

During the 90-day probationary period, employees may only receive up to two unscheduled absences (any combination of absences, tardies, or leave earlies). Probationary employees will be terminated at 2 ½ unscheduled absences during this period.



**Fischer v. Sysco
Sys 0511**

## POLICY NO. 420: NIGHT WAREHOUSE ATTENDANCE BONUS

Currently the night warehouse attendance bonus is a benefit paid to night warehouse employees.

The night warehouse attendance bonus is for continuous time in service in the night warehouse. If a night warehouse employee accepts a position in another department, their time in service will start over if they return to the night warehouse at a later date.

If a night warehouse employee is on a disciplinary suspension, they are not eligible for either the individual attendance bonus or the group attendance bonus. The other night warehouse employees will not be affected by the suspension and will be eligible for the group bonus.

The night warehouse attendance bonus will be paid in full for an employee that works the entire week without any holiday, vacation, SYSCO, or birthday days off. The attendance bonus will be prorated for the employee for whom these days off occurred based on the actual numbers of days worked.

The night warehouse attendance bonus is paid on a weekly basis.

If everyone shows up to work every night, everyone will receive an additional bonus that week.

## POLICY NO. 421 - A:  SWIPE CARDS

Each employee will have swipe card for clocking in and out. A clock will be located convenient to their working area. If you leave the building during working hours and return before the end of your shift, punch "out" when leaving and punch "in" upon returning. Altering or mutilating any swipe card, or knowingly swiping in or out for another employee is cause for dismissal.

## POLICY NO. 421 - B:  SECURITY

In order to maintain the security, as well as, the safety of our employees and/or food products employees are required to have a security swipe badge in addition to a picture identification badge. All employees are required to wear both your I.D. badge and swipe card at all times while on the premises. These are only to be used by the person they are assigned to. Never give your card to someone else. Visitors to our facility must be accompanied by an employee throughout the facility. Visitors are to be escorted from and to the lobby.

Our facility has restricted areas and employees who are not authorized should not enter any such restricted area without permission. Our security system limits individual employee access to such areas. All employees are required to use their swipe card when entering an area/door with a swipe reader, even in the event of multiple people entering the same area.

For everyone's safety and security, it is vital that we know if your card is misplaced. Report any lost, misplaced, or stolen swipe card immediately to Human Resources/Safety so that we can inactivate your card (if you misplaced it) until it is found. Lost and/or stolen cards will be voided and new cards issued.

All employees are responsible for the safety/security of our facility. It is your responsibility to help maintain our secure environment. Do not allow any person, employee or otherwise, access in the building without the proper identification. It is a requirement that employees and managers report, in accordance with this policy, any behavior that compromises or may compromise Sysco's ability to maintain our security and provide a safe work environment. Reports should be directed to the Human Resources/Safety Department.



Fischer v. Sysco
Sys 0512

## POLICY NO. 422: COMMUNICATIONS AND ELECTRONIC MAIL

Electronic mail ("E-mail") is defined as an office communication tool whereby electronic messages are prepared, sent, and retrieved on personal computers and workstations. On-line services (i.e., the Internet) are defined as communication tools whereby business information, reference material and messages are sent and received electronically.

Sysco's electronic mail, voice mail, intranet and Internet systems enable employees to send and receive messages electronically. These systems are provided by the company to assist in the conduct of business within the company. For purposes of this policy, intranet, Internet, voice mail and electronic mail system means any electronic mail system used by Sysco.

The intranet, Internet, voice mail and electronic mail system hardware and software are company property. Additionally, all messages composed, sent, or received on these systems are and remain the property of the company. They are not the private property of any employee. No employee should have any expectation of privacy concerning intranet, Internet, e-mail or voice mail messages.

Intranet, Internet access, voice mail and e-mail are intended for business purposes during the business hours. These systems should not be used for personal use during these hours.

The use of the intranet, Internet, voice mail or e-mail to solicit others for commercial ventures, religious or political causes or other non-job-related solicitations is prohibited at any time. The intranet, Internet, e-mail and voice mail are intended for the transmission of business-related transactions and should be limited to those individuals who have a need to receive it. Neither the intranet, Internet, voice mail or e-mail system may be used in a way that may be disruptive, offensive to others, or harmful to morale. This includes sexually explicit images, messages, cartoons, ethnic slurs, racial epithets, or anything that could be construed as harassment or disparagement of others.

Users should be aware that it is not the policy of Sysco to routinely delete or back-up intranet, Internet, voice mail and e-mail files. Therefore, mail files should be deleted by individual users in a timely manner. Distribution lists should be kept current and updated regularly to reflect changes in responsibility or employment status.

Sysco will not forward intranet, Internet, voice mail or E-mail messages received for former employees, nor will advise the sender of a forwarding address.

Sysco reserves the right to access and disclose the contents of intranet, Internet, voice mail and e-mail messages for any purpose without prior notice or approval. Intranet, Internet records, voice mails and e-mail messages are to be treated like shared paper files, with the exception that anything in them is available for review by authorized representatives of Sysco or third parties who have a need to know in Sysco's sole opinion.

Log-on identifications and passwords may not be shared with anyone, unless an authorized management official of Sysco requests such password(s).

Sysco also reserves the right to disclose employee intranet, Internet records, voice mails and e-mail messages to law enforcement or government officials or to other third parties, without notification or permission from the employees sending or receiving the messages.

Use by an employee of the intranet, Internet, voice mail or e-mail and its directory shall constitute express

consent of the employee to monitoring and/or disclosure by Sysco of the contents of messages.

Misuse of the intranet, Internet, voice mail or e-mail and its directory may be considered grounds for disciplinary action up to and including termination.



**Fischer v. Sysco**
**Sys 0513**

## POLICY NO. 423: CUSTOMER CHARGES

It is a violation of Sysco Central Alabama's policy for any employee, Marketing Associate or otherwise, *to charge to a customer*, any product(s) which has been ordered *for other customers* or someone else, including the employees themselves.

Violation of this policy will be considered a severe violation of company policy and may be cause for immediate termination.

## POLICY NO. 424: CASH HANDLING

All money collected from customers by Marketing Associates or Account Executives, whether cash or checks, must be deposited within 24 hours of collection and the deposit receipt forwarded to Accounts Receivable within 48 hours of collection, unless pre-approved by V.P. of Sales. In this case, the collected funds should be deposited within 72 hours and the deposit receipt immediately forwarded to Accounts Receivable.

The following account violations relating to collections ARE NOT ACCEPTABLE:

- Calling in received funds when funds were actually not received, in order to keep a customer or take a customer off "stop".

- Marketing Associates or Account Executives writing personal checks for customers' orders.

- Collecting any funds, ie. cash, checks, money orders, etc., from customer and placing in Marketing Associate's or Account Executive's personal account.

- Checks from customer being altered in any way.

- Marketing Associates or Account Executives requesting or accepting a check from a customer made payable to the Marketing Associate.

- Failure to handle shorts and skips by the proper procedure.

- Using "bogus" control numbers instead of having the Credit Department issue one by procedure.

Any violation of this policy will be considered severe and the responsible employee may be subject to immediate termination.

*Policy Updated February 2003*



**Fischer v. Sysco
Sys 0514**

## POLICY NO. 424A: DELIVERY ASSOCIATE CASH HANDLING

All money collected from customers by Delivery Associates, whether cash or checks, must be deposited within 24 hours of collection and the deposit receipt forwarded to Accounts Receivable within 48 hours of collection.

Fischer v. Sysco
Sys 0515

(This page left intentionally blank.)



Fischer v. Sysco
Sys 0516



# SERIES 500:
# MISCELLANEOUS INFORMATION

Fischer v. Sysco
Sys 0517

(This page left intentionally blank.)

Fischer v. Sysco
Sys 0518

## POLICY NO. 501:  CONFIDENTIALITY OF COMPANY DOCUMENTS

All Company records, documents, and mail is to be kept confidential. Employees should only read Company documents or co-worker's documents or mail if the employees are authorized by the Company to read such materials. It is considered a serious offense for an employee to read or gain access or control over documents not belonging to or addressed to that employee.

## POLICY NO. 502:  PERSONNEL RECORDS

SYSCO Central Alabama will maintain an updated personnel file on each employee. Personnel records are Company property and will be treated the same as other confidential Company information. Upon fifteen (15) days prior notice, an active employee may request to view his/her personnel or medical file. Review must take place in the Human Resources Office with a member of management or a member of the Human Resources Department present at all times. Employees may not remove their file or parts of their file from the premises, nor may they take photocopies of the file.

Medical information pertaining to employees are extremely confidential and will be maintained separately from non-medical personnel information. Access to employee's personnel and medical records is restricted to authorized persons only. It is considered a very serious, dischargeable offense for any unauthorized employee to gain access to personnel and/or medical files.

## POLICY NO. 503:  COMMUNICATIONS

**Bulletin Boards:** Are intended for Company postings only. Individual employees or organizations will not be allowed to post any notices on any Company bulletin board.
Without prior approval by Human Resources, no information can be posted on any Company bulletin board.

Check the bulletin boards frequently and keep advised as to the most recent information that may affect you.

## POLICY NO. 504:  BREAKROOM

All employees may use their designated breakroom area at lunchtime. You may purchase food and beverages from the vending machine; or, if you prefer, you may bring your lunch and eat it there. No food or beverage may be carried into or consumed in the warehouse area. All employees are expected to do their part in keeping these areas neat and clean.

## POLICY NO. 505:  LOCKERS

Since the Company is unable to assume responsibility for your personal property, valuable should be left at home. It may be necessary to open individual lockers at times. When such inspections are necessary, lockers will be inspected only by persons authorized by the Director of Operations.

Fischer v. Sysco
Sys 0519

## POLICY NO. 506: SEARCHES ON COMPANY PROPERTY

SYSCO Central Alabama may, from time-to-time, and without further notice, conduct searches for alcohol or drugs on Company premises or property of any employee's possessions or vehicles on Company premises. All employees are required to cooperate in the conducting of such searches as a condition of continued employment.

SYSCO Central Alabama reserves the right to search employees and their personal property brought onto or removed from its premises. Employees are required to consent to such searches as a condition of continued employment.

## POLICY NO. 507: COMPANY PROPERTY

All Company property, including, but not limited to, lockers, desks, file cabinets, and vehicles, is subject to being searched and the contents held by Company personnel at any time. Theft of any funds or property in any form or fashion will result in immediate dismissal. In addition, formal charges will be filed with the appropriate law enforcement agency. The Company reserves the right to investigate any circumstances, including suspected theft of any form or matter, any accident or any other matter deemed appropriate by the Company using any lawful investigative procedures.

Employees are discouraged from bringing personal items to work. The Company may, from time-to-time, search and/or require employees to allow searches of parcels, bags and/or other personal items and/or personal vehicles brought onto Company property. No one is allowed to ride with Company drivers other than Company employees. Violation of this policy can result in immediate dismissal.

All Company property must be returned to SYSCO Central Alabama upon separation from employment. The replacement cost of any Company property that is not returned to the Company upon separation from employment or upon request will be deducted from the employees' paychecks.

## POLICY NO. 508: COMPANY TELEPHONES

Company telephones are for business and are not intended for personal calls. In case of an emergency, local calls (both in and out) may be made when other telephones are not available. Company telephones should never be used for personal long distance calls.

## POLICY NO. 509: PHOTOGRAPHS

Photos may be taken on Company property only with the permission of the Operations Management or Human Resources.

## POLICY NO. 510: GIFTS

Employees of SYSCO Central Alabama, on occasion, may be offered gifts from suppliers and others who have business relations with the Company. In general, it would be advisable to avoid such gifts as favors in order to eliminate any possible negative influence or conflict of interest. If such gifts are received, their value is strictly regulated by the SYSCO Code of Conduct. Please refer to your *Code of Ethics Book*.



Fischer v. Sysco
Sys 0520

## POLICY NO. 511: CLOSING REMARKS

This Handbook is intended as a summary description of our policies, procedures and benefits while employed at SYSCO Central Alabama. The information in this Handbook is general in nature and your manager can be consulted for additional details. This Handbook is not intended to establish terms of employment, which may not be amended at the Company's discretion. While we intend to observe these general policies, benefits and rules contained in this Handbook, changes or improvements in their interpretation or application may be made from time to time.

## POLICY NO. 512: SUMMING UP

There you have it! The background, the criterion, and the reward of your job at SYSCO Central Alabama. We expect that the background information will give you sufficient understanding of our industry, Company and services to enable you to begin making an effective contribution to our group effort that much sooner.

We intend that the statement of our policies, practices, rules and standards will give you a clear and honest picture of what will be expected of you in the matters of personal conduct and job performance. We feel sure that you, like the rest of us, will accept these standards as necessary to the continued success of our business and to all of us who share the many rewards from this success. And we hope that the description of our program -- from pay and security to our benefit package -- will give you an appreciation of what you can do for yourself and your family by meeting SYSCO Central Alabama standards. All of this adds up to a great opportunity. Make the most of it.

**Fischer v. Sysco**
**Sys 0521**

(This page left intentionally blank.)

Fischer v. Sysco
Sys 0522

# ACKNOWLEDGMENT AND RECEIPT OF HANDBOOK

I understand that the employee handbook describes important information about SYSCO Central Alabama and that I should consult my manager regarding any questions not answered in the handbook.

Since provisions of the handbook are subject to change, I further understand that revisions to the handbook may supersede or eliminate one or more existing policies.

My employment relationship with SYSCO Central Alabama is voluntarily entered into and is subject to termination by me or my employer at will, with or without cause, for any or no reason, with or without notice, at any time either party believes such action to be appropriate.

I acknowledge that this handbook is neither a contract of employment nor a legal document.  I have received, read, understood and will comply with both the policies contained in this handbook and any revisions made to it.  I understand that this handbook belongs to the Company and I will return it when I am no longer employed by the Company.


_____          _____
Employee's Signature                            Date


_____          _____
Employee's Name  (Print)


**Fischer v. Sysco**
**Sys 0523**

# EXHIBIT E



**SYSCO Central Alabama**
**Accident Review Policy**
**Notification Sheet**
Effective March 13, 2000

Print Name
I FRANK  FISCHER  have been given a copy and understand the Accident Review Policy.  I also understand that as of  March 13, 2000, all accidents will be handled as the Accident Review Policy states.

Employee
Frank Fisch_____  Date 1 5 – 6 – 0

Supervisor
_____  Date 11-15-00

Fischer v. Sysco
Sys 0342

# EXHIBIT F

FLORIDA DEPT. OF LABOR & EMPLOYMENT SECURITY
DIVISION OF WORKERS' COMPENSATION

**FIRST REPORT OF INJURY OR ILLNESS**

**RECEIVED**
JUN 3 0 2004
G.B / ORLANDO

**FRANK FISHER**
3907 WEST 19TH STREET
PANAMA CITY    FL    32405
850-872-2186

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    06    29    2004    B D

DRIVER WENT OFF ENBANKMENT, HEAD HIT WINDSHIELD BODY
HIT STEERING WHEEL
MAJOR COMPLAINT TO THE LEFT SHOULDER

**SHUTTLE DRIVER**
12  24  1963

BRUISES/CONTUSIONS    LEFT SHOULDER/ HEAD

**SYSCO**
1000 SYSCO DRIVE
CALERA    AL    35040
206-668-7048

06  29  2004

GROCERY & RELATED
PRODUCTS

11  01  1977

PO BOX 1750
CALERA    AL    35040

06  29  2004

06  28  2004

HWY 271
MONTGOMERY    AL
COUNTY OF ACCIDENT MONTGOMERY

JASCKSON EMERGENCY
MONTGOMERY AL

MARGIE SELF    08/30/2004

waiting period 6.30.04 - 7.6.04

Gallagher Bassett
PO Box 186071
Orlando FL 32878

625    6008



**Fischer v. Sysco**
**Sys 0003**

07/08/04  08:08 FAX 4072816853        GALLAGHER BASSETT SVCS                    ☒003

**FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY**
**DIVISION OF WORKERS' COMPENSATION**
1-900-342-1741 (or) contact your local office for assistance

**WAGE STATEMENT**

CARRIER NJORT #
FOR CARRIER'S DATE STAMP
RECT BY CARRIER | SENT TO DIVISION

EMPLOYEE NAME & ADDRESS:

EMPLOYER NAME & ADDRESS:

SOCIAL SECURITY #

DATE OF ACCIDENT

TELEPHONE:

TELEPHONE:

| WEEK NO. | SALARY/WAGES (paid by employer) | | | | GRATUITIES AS REPORTED TO THE EMPLOYER OR WRITTEN AS TAXABLE INCOME | FRINGE BENEFITS (employee received) | | |
|---|---|---|---|---|---|---|---|---|
| | WEEK | | # OF DAYS WORKED | # OF HOURS WORKED | | FOR ALL DATES OF ACCIDENT | | FOR DATES OF ACCIDENT AFTER 10/1/93 |
| | FROM | TO | | | | HEALTH INS. | OTHER/HOUSING | OTHER |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| | TOTAL | | | | | | | |

WILL EMPLOYER CONTINUE TO PROVIDE ABOVE BENEFITS?
☐ YES ☐ NO   ☐ YES ☐ NO   ☐ YES ☐ NO
TOTAL FRINGE BENEFITS  $
TOTAL OF WAGES, GRATUITIES AND FRINGES  $

EMPLOYER SIGNATURE          DATE

**NOTICE TO EMPLOYER:** If you discontinue any fringe benefit which you have elected to continue providing as noted above, you must notify the carrier in writing of the last date the fringe benefit was provided and specify the type.

**CARRIER INFORMATION**

Carrier File #

Did the average weekly wage and compensation rate need adjusting based on the information provided above?  ☐ YES ☐ NO

Initial Average Weekly Wage  $_____      Initial Compensation Rate  $_____
Adjusted Average Weekly Wage  $_____      Adjusted Compensation Rate  $_____
Amount of Underpayment  $_____      Date adjusted amount paid to employee  ___/___/___
Amount of Overpayment  $_____      Received at $_____  Ret. for ___ wks

ADJUSTER NAME:

ADJUSTER SIGNATURE          DATE ___/___/___

CARRIER NAME, ADDRESS & TELEPHONE:
Gallagher Bassett Services, Inc.
P O Box 705071
Orlando, Fl 32878
407-895-5005

Any person who, knowingly and with intent to injure, defraud or deceive any employer or employee, insurance company or self-insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree.
LES Form DWC-1 (Rev)

JUL-08-2004  07:26               4072816853                    P.03

Fischer v. Sysco
Sys 0004

## NOTICE OF ACTION/CHANGE
### FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
### DIVISION OF WORKERS' COMPENSATION
2728 Centerview Drive, 202 Forrest Building
Tallahassee, FL 32399-0685
For assistance call 1-800-342-1741 or contact your local EAO Office

**COMPLETE ALL APPLICABLE SECTIONS BEFORE FILING WITH THE DIVISION**

| CARRIER SENT TO DIVISION DATE |
|---|
| 07-14-04 |

PLEASE PRINT OR TYPE

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | DATE OF ACCIDENT |
|---|---|---|
| Frank Fisher | 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 | 06 / 29 / 04 |

INDICATE ONLY ACTION OR CHANGE - PLEASE REFER TO KEY FOR DWC-4 TYPES/CODES ON REVERSE SIDE

| | | | | |
|---|---|---|---|---|
| INITIAL INDEMNITY STARTED: | EFFECTIVE DATE | 07 / 07 / 04 | DISABILITY TYPE: | TTD |
| ALL INDEMNITY SUSPENDED: | EFFECTIVE DATE | / / | REASON CODE: | |
| INDEMNITY REINSTATED AFTER SUSPENSION: | EFFECTIVE DATE | / / | DISABILITY TYPE: | |

| | | | |
|---|---|---|---|
| RELEASED ONLY RETURN TO WORK DATE: | / / | RESTRICTIONS: | ☐ YES   ☐ NO |
| ACTUAL RETURN TO WORK DATE: | / / | RESTRICTIONS: | ☐ YES   ☐ NO |
| FINAL INDEMNITY SETTLEMENT DATE: | / / | | |
| OVERALL MMI DATE: | / / | PI RATING: _____ % SAW | DATE OF DEATH _____ / / |

| | | | |
|---|---|---|---|
| PERMANENT IMPAIRMENT BENEFITS (DIA'S PRIOR TO 8/01/94): | | DATE PAID: _____ / / | |
| IMPAIRMENT INCOME BENEFITS (DIA'S ON OR AFTER 8/01/94): | | START DATE: _____ / / | WEEKLY RATE: $_____ |
| | | TOTAL # OF WEEKS OF ENTITLEMENT: | |

| PERMANENT TOTAL: | DATE ACCEPTED/ADJUDICATED | | AVERAGE WEEKLY WAGE AND/OR COMPENSATION RATE AMENDMENTS: | |
|---|---|---|---|---|
| | PT SUPPLEMENTAL RATE | $_____ | PREVIOUS AWW: | $_____ |
| | PT SUPP EFFECTIVE DATE | / / | PREVIOUS COMP RATE: | $_____ |
| | BENEFIT ADJUSTMENTS | | AMENDED AWW: | $_____ |
| ADJUSTMENT TYPE | _____ | ADJUSTMENT TYPE _____ | AMENDED COMP RATE: | $_____ |
| WEEKLY ADJ AMOUNT | _____ | WEEKLY ADJ AMOUNT _____ | RETROACTIVE TO DIA: | ☐ YES   ☐ NO |
| EFFECTIVE DATE | _____ | EFFECTIVE DATE _____ | IF NO, GIVE EFFECTIVE DATE: | / / |
| ADJUSTMENT END DATE | _____ | ADJUSTMENT END DATE _____ | | |

| CORRECTIONS OF: | RISK CLASS CODE |
|---|---|
| ☐ SOCIAL SECURITY NUMBER/CORRECT #: _____ | |
| ☐ DATE OF ACCIDENT/CORRECT DATE: _____ | |
| ☐ NAME/CORRECT NAME: _____ | SIC CODE |
| ☐ CARRIER/SERVICING AGENT: _____ | |

REMARKS:
PLACED OUT OF WORK EFFECTIVE 06-30-04.   WAITING PERIOD 06-30-04 THRU 07-06-04

CC:
EMPLOYER, SYSCO, DWC, FILE

| CARRIER CODE # | DATE PREPARED | CARRIER NAME, ADDRESS & TELEPHONE |
|---|---|---|
| 626 | 07 / 14 / 04 | GALLAGHER BASSETT SERVICES<br>P.O. BOX 785071<br>ORLANDO, FL 32878 |
| SERVICE CO/TPA CODE # | CARRIER FILE # | |
| 6008 | 011924/074490 | |

Any person who, knowingly and with intent to injure, defraud or deceive any employer or employee, insurance company or self insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree.
LES Form DWC-4 (11/94)

Fischer v. Sysco
Sys 0005

# WAGE STATEMENT

## DIVISION OF WORKERS' COMPENSATION

| FOR CARRIER'S DATE STAMP |
|---|
| REC'D BY CARRIER |

**NOTICE TO EMPLOYEE:** If you have any questions about the information contained on this form, please contact your employer or insurance company. If further assistance is needed, contact the Division's Employee Assistance Office at 1-800-342-1741.

**PLEASE PRINT OR TYPE**

**EMPLOYEE NAME** Frank Fischer

**SOCIAL SECURITY NUMBER** 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

**DATE OF ACCIDENT** 6/29/04

**EMPLOYER NAME & ADDRESS**
Sysco
1000 Sysco Dr.
Calera, AL 35040

**CONCURRENT EMPLOYER NAME & ADDRESS (if applicable)**

**ARE THE WAGES LISTED BELOW FOR A SIMILAR EMPLOYEE?** ___ YES __✓__ NO

**TELEPHONE** 205-668-7048

**TELEPHONE**

**SIMILAR EMPLOYEE'S NAME**

**SSN OF SIMILAR EMPLOYEE**

**EMPLOYEE'S CUSTOMARY WORK WEEK**

**EMPLOYEE'S CUSTOMARY DAYS WORKED/WEEK** 2

**EMPLOYEE'S CUSTOMARY HOURS WORKED/WEEK**

**OCCUPATION OF SIMILAR EMPLOYEE**

**NOTICE TO EMPLOYER:** Please read all instructions on the back of this form carefully. Complete the form as fully as possible and submit it to your carrier within 14 days after knowledge of any accident that has caused your employee to be disabled for more than 7 calendar days. If you discontinue providing any fringe benefits, you must file a corrected Wage Statement with your carrier within 7 days of such termination, reflecting the type and amount of fringe benefits that were paid, and the last date they were provided.

Please list wages earned for the 91 day period immediately preceding the accident.
DO NOT combine wages of two or more employees.

| WEEK NO. | WEEK FROM | WEEK TO | # OF DAYS WORKED THAT WEEK | # HOURS WORKED THAT WEEK | GROSS PAY | GRATUITIES AS REPORTED TO THE EMPLOYER OR EXISTING AS TAXABLE INCOME | FRINGE BENEFITS (employers cost) EMPLOYER COST ONLY HEALTH INSURANCE | RENT/ HOUSING |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/13/04 | 6/19/04 | 5 | 57.40 | 899.61 | | | |
| 2 | 6/6/04 | 6/12/04 | 5 | 58.20 | 1072.82 | | | |
| 3 | 5/30/04 | 6/5/04 | 5 | 46.70 | 601.46 | | | |
| 4 | 5/23/04 | 5/29/04 | 5 | 98.90 | 1087.11 | | | |
| 5 | 5/16/04 | 5/21/04 | 5 | 53.30 | 939.62 | | | |
| 6 | 5/9/04 | 5/15/04 | 5 | 47.70 | 770.11 | | | |
| 7 | 5/2/04 | 5/7/04 | 5 | 49.10 | 1008.24 | | | |
| 8 | 4/25/04 | 5/1/04 | 5 | 56.60 | 819.51 | | | |
| 9 | 4/18/04 | 4/24/04 | 5 | 49.50 | 796.83 | | | |
| 10 | 4/11/04 | 4/17/04 | 5 | 46.00 | 791.87 | | | |
| 11 | 4/4/04 | 4/10/04 | 5 | 66.40 | 1145.38 | | | |
| 12 | 3/28/04 | 4/3/04 | 5 | 47.10 | 953.49 | | | |
| 13 | 3/21/04 | 3/27/04 | 5 | 62.60 | 1209.26 | | | |
| 14 | 3/14/04 | 3/20/04 | 5 | 58.30 | 899.92 | | | |

**RETURN THIS FORM TO:** (Carrier Name, Address & Telephone #)
Gallagher Bassett

**TOTAL** 14,497.23

**WILL EMPLOYER CONTINUE TO PROVIDE ABOVE BENEFITS?** ___ YES ___ NO

**TOTAL FRINGE BENEFITS** $

**TOTAL OF GROSS PAY, GRATUITIES AND FRINGES** $

**(FOR CARRIER USE ONLY)** AWW ___ COMP RATE

Any person who, knowingly and with intent to injure, defraud or deceive any employer or employee, insurance company or self-insured program, files a statement of claim containing any false or misleading information, is guilty of a felony of the third degree.

Nancy Nukus

**PREPARER'S NAME**

**TELEPHONE #** (205) 668-7034

**DATE** 7/8/04

Form DWC-1a (11/05)

Fischer v. Sysco
Sys 0006

# EXHIBIT G



## *Dept: Transportation*

## MEMORANDUM

**TO:** ~~Return Agency~~

**FROM:** Smokey Parker

**DATE:** November 5, 2002

**SUBJECT:** Safety Concerns

---

Over the last couple of weeks many of you have been audited on the Preferred Work Methods. Many of the preferred work methods take a lot of practice and are not always easy to follow. Although, they will help protect you and help keep you and others safe if followed.

On the other hand, there are a few Preferred Work Methods that are mandatory. Whether required by the Department of Transportation (DOT), or by SYSCO, violation cannot and will not be tolerated. The following preferred work methods are mandatory and must be followed AT ALL TIMES when operating a Company vehicle.

Not following these preferred work methods will result in immediate disciplinary action:

- Driver should only use a cell phone in the truck if the truck is parked and not in motion. If you have a NEXTEL phone you are allowed to use it when traveling as a 2-WAY only. It should not be used as a cell phone and the two ways should not be used at your ear. No other cell phone that has to be held to the ear is allowed. Many companies offer "hands free" accessories for these types of phones.

- Driver MUST wear seatbelt at all times. Self-explanatory…

- Driver MUST follow posted speed limits. If you are on a major highway going down hill a few miles over the speed limit will be tolerated because of truck weight. Speeding in any way otherwise, ESPECIALLY IN RESIDENTIAL AREAS will not be tolerated.

- When entering an intersection: survey surroundings, signal intent, STOP, and proceed at safe speed. Not stopping completely at a stop sign "rolling through", and running red lights will not be tolerated.

SYSCO Central Alabama is dedicated to safety and we, as well as you, must do whatever it takes to protect you, others, and the Company. When we say you make the "Million Dollar Decisions" for the company, it is no an exaggeration. It only takes one mistake, one time to cause a major accident in a vehicle that ways over 20,000 pounds.

If you have any questions please feel free to call me at any time. Thank you.

*Please sign and return by November 18th acknowledging receipt of this memo.*

FRANK  FISCHER                          Fisch
_____                 _____
Print Name                              Driver's Signature

                                        11-20-2
_____                 _____
Manager/Supervisor Signature            Date



Fischer v. Sysco
Sys 0186