IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK FISCHER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-CV-00763 |
| | ) |
| SYSCO FOOD SERVICES OF | ) |
| CENTRAL ALABAMA, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Frank Fischer, and the Defendant, Sysco Food Services of Central Alabama, Inc., by and through their respective counsel of record, and hereby jointly stipulate to the dismissal of this lawsuit as to all parties and claims pending in this Court with prejudice, each party to bear its own costs and attorney fees.

Done this ___14___ day of February, 2007.

_____
Davis L. Middlemas
1740 Oxmoor Road, Suite 210
Birmingham, AL 35209
Attorney for Plaintiff, Frank Fischer

{B0677263}

_____
Donald B. Kirkpatrick, II
CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
Attorney for Defendant
Sysco Food Services of Central Alabama, Inc.

_____
Arnold W. Umbach III
STARNES AND ATCHISON LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Attorney for Defendant
Sysco Food Services of Central Alabama, Inc.

{B0677263}